p XIO

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Curtis M. Collins  SBI-314128
    (Name of Plaintiff)        (Inmate Number)

S.C.I. STATE PRISON-P.O. Box-500
Zip 19947
    (Complete Address with zip code)

- 05-739

(2) _____
    (Name of Plaintiff)        (Inmate Number)

                                        (Case Number)
                                ( to be assigned by U.S. District Court)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

                vs.    ET. ALL

(1) Rick Kearney (Warden)
(2) S.9.T. James Chandler
(3) C/O Berezinsky
    (Names of Defendants)

CIVIL COMPLAINT

FILED
OCT 21 2005

• • Jury Trial Requested
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

I.   PREVIOUS LAWSUITS

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

        _____
        _____
        _____
        _____
        _____



II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  • (Yes)  • • No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  • •(Yes)  • • No

C. If your answer to "B" is Yes:

1. What steps did you take? I FILED INMATE GRIEVANCE

2. What was the result? NOT GRIEVANCEABLE AND REJECTED

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Rick KEARNEY
    Employed as WARDEN AT S.C.I. at STATE PRISON
    Mailing address with zip code: P.O. BOX 500 GEORGETOWN DEl
    ZIP 19947

(2) Name of second defendant: S.GT. JAME CHANDLER
    Employed as CORRECTIONAL at STAFF. SGT.
    Mailing address with zip code: P. BOX 500 GEORGETOWN-DEl

(3) Name of third defendant: _____
    Employed as _____ at _____
    Mailing address with zip code: _____

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

p 10

### IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. WARDEN This Person Knows how CORR· STAFF TREAT INMATES AND FULLY-AWARE how OFFICERS ARE-KNOWING TO BEAT INMATE without CAUSE As many cases has happened in the past

2. (SGT) stood by as fellow officers, Beat inmate Down while in handcuffs and (SGT) Did Nothing to Stop inmate from Getting Beat up By fellow officers and by doing this (SGT) Allowed inmate to recieve unnecessary injuries.

3. C/o Berezinsky punched me in my face, kicked me to the Floor, I hit my face on the hard floor and Fractured Ribs Suffered Lip and Neck injuries all awhile when I was in handcuffs they beat me up For No reason.

### V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Inmate would like to see the Defendant properly Sanction for what they did. Also the plaintiff is seeking money in the sum of 500,000 thousand dollars, for pain and Suffering and mental distress. Medical Neglect Because medical refuse to treat me for my injuries.

3



2. I Fear For my Safety That with fileing this complaint, I place my Self in Danger or Retaliation for filing said compliant I ask the Courts if anything happens to me I ask the courts to put this on Record in case Should Something happen to me.

3.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __18__, 2__005__.

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

United State District Court District of Delaware

Curtis Collins
VS.

_____Warden Et. All
Defendands

Civil - Action
1983 Form - Complaint
Continued.

1. Rick Kearney
2. Sgt James Chandler
3. % Berezinsky
4. _____

Civil Action on Above Defendants

Now comes the Above plantiff with the complaint At Hand on 8-6-05 plantiff did recieve unnecessary injuries during Breakfast. The plantiff Asked A couple of inmates to slide down the trays so plantiff could sit down. Where as officer (Berezinsky) reacted in a very unprofessional manner by useing profanity stating shut the "F"*** up and throw your "F,ing" tray (Food) Away. The plantiff asked officer why did He had to throw plantiffs food tray Away? Now the Plantiff understands and knows that their is no talking in the chow hall. However if officers was doing their jobs and to make sure that there was eight (8) people to A table the plantiff would not have opened his mouth in the chow hall. And only did so because there was

p2

②

At said table. Therefore officer wrongly accused the plaintiff of talking. Office approaches the plaintiff in a very unprofessional manner and made plaintiff throw his food tray away. So plaintiff obeyed the direct order, to throw his tray away. Then plaintiff approaches Sgt James Chandler in a respectfull manner and asked why the plaintiff couldn't finish his meal. So Seargant Chandler did not respond to plaintiff because he did not want to go against his officers. As plaintiff was speaking to the Sgt, c/o Berezinsky became very perturb because plaintiff was talking to the Sgt about what was transpiring. So as plaintiff was leaving the chow hall office Berezinsky said something smart to plaintiff. As plaintiff turns around in the chow hall to face c/o Berezinsky to hear what he had to say. He came running towards plaintiff in the chow hall. As plaintiff stood still, he the c/o punched the plaintiff in his face, while others (officers) assisted c/o Milligan and c/o Daisey. And to the best of my knowledge c/o Irvin Johnson, They pushed the plaintiff out of the chow hall and slammed plaintiff up against the wall near the Grievance Box and they had me in a hand cuffed posistion and I did not resit at any given time. Then they slammed the plaintiff to the floor using brutal force. And then I was apprehended then they

P.3



And proceed to punch and kick plaintiff which made no sense Because plaintiff was no threat. At this time plaintiff was in hand cuffs and then they took plaintiff to ASDa Holding Cell and At that time they denied plaintiff medical Attention, which I know I needed Because Such pain In my Rib Area. After complaining About my pain They Brought a nurse that was short, and mean to Asda Holding Cell. Which she did not examine Plaintiff at all. She said nothing was wrong with plaintiff. Then they placed plaintiff in asda 1. And plaintiff went approximately Forty Seven (47) days Before recieving medical Attention. Upon recieving medical Attention I had exrays taken. Which indicated I had fractured Ribs and Also had Several witnesses that will verify all of this happened to plaintiff. The plaintiff filed many Inmate Grievance Forms that were denied. Therefore there is no inhouse Remidies left. The plaintiff has recieved no help in finding Resolve with this complaint. The plaintiff comes to this Honorable court for help. In seeking restitution for pain and Suffering and mental distress. Plaintiff is also Seeking Some form of displinary actions against the officers that are involved. The plaintiff is also seeking damages as for pain and Suffering in the Sum of $500,000 dollars. Not only has the Plaintiff suffering unnecessary injories such as fractured Ribs a Bloody lip and was kicked



Several times and plaintiff has injured wrist, And was Beat up while handcuffed and Also is having eye trouble from pepper spray And to this very day. The plaintiff's pain from the above injuries during Correctional Staff Beating up on the plaintiff. This Alone is inviolation of the plaintiff Eighth (8) Ammendments' Rights as for cruel and unusual punishment. This Alone is unconditional and unprofessional on their part.

---

THE PLAINTIFF HAS Filed A Number of INHouse ComPLAINTS AS FOR THE Following Inmate Grievances

<u>1.</u>   EXIZIB - A

Inmate Grievance filed on <u>AUG. 8, 2005</u>   3 PAGES NO ACTion TAken And or Denied As For 4.4 Grievance will Not place displIIary Action Against Any STAFF.

<u>2.</u>   EXIZIB - B

Plaintiff Filed Another Inmate Grievance And Is seeking some form Restitution In Thee Amount of $500,000 Dollars And some form of displinary Action To Those That caused Plaintiff Bodily Harm. This Grievance was Also Denied on <u>10-17</u> / <u>2005</u>. And Therefore The Plaintiff HAS No other choice But To Bring This To The Court to Have This Complaint Addressed As Soon As posible.

PAGE 11

## CERTIFICATE OF SERVICE

I, Curtis M Collins, hereby certify that I have served a true and correct copy of the attached 1983 Form / Complaint upon the following person/s below:

NAME | STREET ATT: | CITY/STATE/ZIP

(All Persons Are Employed At The Same Address Below.)

(Warden) Rick Kearney
(Sgt.) James Chandler
(C/o.) Berczinsky

S.C.I Corr. Inst. P.O. Box 500, Georgetown De. 19947

Copy also sent to Clerk of Courts, U.S. District Court, Lock Box 18, 844 N. King Street, Wilmington, DE. 19801

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 10 day of 18, 2005.

x Curtis Collins

I/M Curtis Collins BLDG. M.S.B.
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

CLERK
U.S. District Court
lock box 18
844 N. King Street
Wilmington, DE 19801

