EXIZIB — A

FORM #584

## GRIEVANCE FORM

RECEIVED
AUG 0 8 2005
SCI GRIEVANCE CHAIRMAN

FACILITY: S.C.I   DATE: 8-6-05

GRIEVANT'S NAME: Curtis Collins   SBI#: 3·1·4·1·2·8·

CASE#: 16024   TIME OF INCIDENT: 5:30 Am

HOUSING UNIT: MSB-ASDA

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

On the above date, and time, I immate Collins was sitting at the table in the MSB Chow hall, and I then ask another immate to slide his tray down, officer Barrett told me to "shut the fuck up, and throw my tray away," then I tried to explain to him what I said to the other immate. Officer Barrett then said, "just throw your tray away and get the fuck out."

→ cont.

ACTION REQUESTED BY GRIEVANT: _____

GRIEVANT'S SIGNATURE: _____   DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___(YES)   ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

(5)

## FORM #584

## GRIEVANCE FORM

FACILITY:_____   DATE:_____

GRIEVANT'S NAME:_____   SBI#:_____

CASE#:_____   TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Officer, Berozinski was being very unprofessional about it, so I threw my tray away, and proceeded to walk away, and told him he didn't need to speak to me that way, he then ran towards me, and I stood still and he threw a punch at me, and push me outside of the chow hall near the grievence boxes along with a couple of other C/O's threw me to the floor and proceeded to punch and kick me.

cont. →

ACTION REQUESTED BY GRIEVANT:_____
_____
_____
_____
_____

GRIEVANT'S SIGNATURE:_____   DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?   ____(YES)   ____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____   DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE **RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

FORM #584

## GRIEVANCE FORM

FACILITY: _____   DATE: _____

GRIEVANT'S NAME: _____   SBI#: _____

CASE#: _____   TIME OF INCIDENT: _____

HOUSING UNIT: _____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

Then when I was handcuffed they sprayed me, and still commenced to punching, and kicking me, and they put me in the asda area (holding cell) and push me around some more. Then the nurse came and they refused me medical treatment, and I told them, my ribs were broke, and the nurse told me stop crying like a little bitch.

ACTION REQUESTED BY GRIEVANT: I would ask for all the officers involved be reprimanded as well as Sgt. James Chandler cause he watched it go down

GRIEVANT'S SIGNATURE Curtis Collins   DATE: 8-6-05

WAS AN INFORMAL RESOLUTION ACCEPTED?   ___ (YES)   X (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

PAGE 9

THE PLAINTIFF HAS ALSO FILED A NUMBER OF COMPLANTS WITH THE FOLLOWING PEOPLE BELOW.

1. Filed Letter on 10-7-05 TO THE DEPUTY WARDEN OFFICE THE PLAINTIFF HAS YET TO GET ANY FORM OF REPLY ON THIS MATTER.

2. THE PLAINTIFF HAS also FILED A COMPLANT TO THE GOVERNOR OFFICE on 10-9-05 TO (RUTH ANN MINNER) TO SEEK SOME FORM OF ACTION AND OR HELP WITH THIS ON GOING COMPLANT.

3. THE PLAINTIFF ALSO FILED A COMPLANT WITH (I.A.F.) INTERNAL AFFAIRS OFFICE ON 10-9-05 TO SEEK HELP IN GETTING SOME FORM OF ACTION TO THOSE THAT PLACE THE PLAINTIFF IN HARMS WAY BY LETTING FELLOW OFFICERS BEAT AN INMATE UP FOR NO REASON AND UNJUSTLY.

4. ALSO THE PLAINTIFF FILED A COMPLANT TO THE DEPT. OF JUSTICE ON 10-9-05 IN GEORGETOWN DE. 19947 ALL THEE ABOVE COMPLANTS WERE FILED DUE TO THE FACT THAT S.C.I. PRISON, HAS SHOWEN NO INTREST NOR DOES ANY PRISON OFFICAL WISH TO HELP THE PLAINTIFF RESOLVE THIS MATTER ALSO GRIEVANCE OFFICE REFUSE TO FORWARD THIS COMPLANT TO THE WARDEN OFFICE.

## CONCLUSION

THE PLANTIFF Brings This complant To THis HONORABLE COURT And ASK To do An Investigation And To order A Hearing So That All pArties Involved CAn Be Held ACCOUNTABLE For There ACTions. Also The plAnTiFF IS seeking DAmAges FOR InJuries He recieved during STAFF members unFAiR And out of control ACTions TowArds plAnTiFF.

THE PlAn TiFF ASK ThAT This court will see To it ThAT Justice IS seRved And To GrAnT The Fore Going motions And GrAnT The PlAnTiFFs peTiTion.

I/M Curtis M. Collins
S.B.I. 314128
GEORGETOWN, DEL
P.O. BOX 500 S.C.I.

CC: CLERK OF COURTS,
WARDEN, Rick KEARNEY
SGT. JAMES ChAndler
C/O. BERCZINSKY
I/M Curtis Collins

x Curtis Collins
DATE: 10/18/2005