Here, is A Copy of THE Denieal GRIEVANt IN oRDeR, To Show This Honorable Court That Theirs is NO-IN-House Remedy Available To, Resolve This oN Going Issue IN close Your Copy AND I would Like To ADD This Compliant Because Theirs is No IN-House Remedys To Help me with This oN going issues ThanK- You Curtes Collins
S.B.I 314128



FILED

OCT 27 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Antoine Willis SBI 314128 BLDG: M.S.B.
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

Clerk
U.S. District Court
Lock Box 18
844 N. King St
Wilmington, Del 19801