FORM #584

## GRIEVANCE FORM

RECEIVED
OCT 03 2005
SCI GRIEVANCE CHAIRMAN

FACILITY: S.C.I.                         DATE: 9-30-05

GRIEVANT'S NAME: Curtis Collins          SBI#: 314128

CASE#: 18132                             TIME OF INCIDENT: ON Going Issues

HOUSING UNIT: M.S.B. Island-A-Cell-10

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

The Above Inmate is Seeking The Following on -8-6-05-
I was Assaulted By Four Officers, That are employees
of S.C.I. State Prison Inmate did Received Injury's
And is seeking Payment for Unnecessary Pain
And suffering Inmate Received Broken Ribs,
Eye Trouble from Peper Spray, Officer Repeatedly
To Punch And kick Inmate while He was Down
on The Ground, Hand cuff

ACTION REQUESTED BY GRIEVANT: Inmate is seeking 5,000.00
Dollars for Pain And suffing Inmate is
Also Seekin Inmate some Form some Disciplinary
Action To Those That Are involved

GRIEVANT'S SIGNATURE: C.C.                DATE:

FILED
OCT 27 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WAS AN INFORMAL RESOLUTION ACCEPTED?    ___(YES)   _(NO)_

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____           DATE:_____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV