Printed: 10/17/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 4/1/2005 through 9/30/2005*

Page 1 of 4

SBI: 00314128      NAME:   COLLINS, CURTIS M

05-739 (SLR)

| Date | Balance |
|---|---|
| 04/01/2005 | $3.02 |
| 04/02/2005 | $3.02 |
| 04/03/2005 | $3.02 |
| 04/04/2005 | $3.02 |
| 04/05/2005 | $0.19 |
| 04/06/2005 | $0.19 |
| 04/07/2005 | $0.19 |
| 04/08/2005 | $0.19 |
| 04/09/2005 | $0.19 |
| 04/10/2005 | $0.19 |
| 04/11/2005 | $0.19 |
| 04/12/2005 | $200.19 |
| 04/13/2005 | $200.19 |
| 04/14/2005 | $200.19 |
| 04/15/2005 | $200.19 |
| 04/16/2005 | $200.19 |
| 04/17/2005 | $200.19 |
| 04/18/2005 | $200.19 |
| 04/19/2005 | $200.19 |
| 04/20/2005 | $200.19 |
| 04/21/2005 | $200.19 |
| 04/22/2005 | $200.19 |
| 04/23/2005 | $200.19 |
| 04/24/2005 | $200.19 |
| 04/25/2005 | $200.19 |
| 04/26/2005 | $135.06 |
| 04/27/2005 | $135.06 |
| 04/28/2005 | $135.06 |
| 04/29/2005 | $135.06 |
| 04/30/2005 | $135.06 |
| 05/01/2005 | $135.06 |
| 05/02/2005 | $135.06 |
| 05/03/2005 | $109.36 |
| 05/04/2005 | $109.36 |
| 05/05/2005 | $109.36 |
| 05/06/2005 | $109.36 |
| 05/07/2005 | $109.36 |
| 05/08/2005 | $109.36 |
| 05/09/2005 | $109.36 |
| 05/10/2005 | $85.62 |
| 05/11/2005 | $85.62 |
| 05/12/2005 | $85.62 |
| 05/13/2005 | $85.62 |
| 05/14/2005 | $85.62 |
| 05/15/2005 | $85.62 |
| 05/16/2005 | $85.62 |
| 05/17/2005 | $62.57 |
| 05/18/2005 | $62.57 |



FILED
NOV 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Printed: 10/17/2005

**Average Daily Balance For Pauper Filing**
*For Days the Individual was in Residence at SCI from 4/1/2005 through 9/30/2005*

SBI: 00314128        NAME:    COLLINS, CURTIS M

Page 2 of 4

| Date | Balance |
|---|---|
| 05/19/2005 | $62.57 |
| 05/20/2005 | $62.57 |
| 05/21/2005 | $62.57 |
| 05/22/2005 | $62.57 |
| 05/23/2005 | $62.57 |
| 05/24/2005 | $31.55 |
| 05/25/2005 | $31.55 |
| 05/26/2005 | $31.55 |
| 05/27/2005 | $31.55 |
| 05/28/2005 | $31.55 |
| 05/29/2005 | $31.55 |
| 05/30/2005 | $31.55 |
| 05/31/2005 | $31.55 |
| 06/01/2005 | $31.55 |
| 06/02/2005 | $31.55 |
| 06/03/2005 | $19.88 |
| 06/04/2005 | $19.88 |
| 06/05/2005 | $19.88 |
| 06/06/2005 | $19.88 |
| 06/07/2005 | $19.88 |
| 06/08/2005 | $19.88 |
| 06/09/2005 | $19.88 |
| 06/10/2005 | $9.63 |
| 06/11/2005 | $9.63 |
| 06/12/2005 | $9.63 |
| 06/13/2005 | $9.63 |
| 06/14/2005 | $9.63 |
| 06/15/2005 | $9.63 |
| 06/16/2005 | $9.63 |
| 06/17/2005 | $9.63 |
| 06/18/2005 | $9.63 |
| 06/19/2005 | $9.63 |
| 06/20/2005 | $9.63 |
| 06/21/2005 | $9.63 |
| 06/22/2005 | $9.63 |
| 06/23/2005 | $9.63 |
| 06/24/2005 | $9.63 |
| 06/25/2005 | $9.63 |
| 06/26/2005 | $9.63 |
| 06/27/2005 | $9.63 |
| 06/28/2005 | $6.28 |
| 06/29/2005 | $6.28 |
| 06/30/2005 | $6.28 |
| 07/01/2005 | $6.28 |
| 07/02/2005 | $6.28 |
| 07/03/2005 | $6.28 |
| 07/04/2005 | $6.28 |
| 07/05/2005 | $6.28 |

Printed: 10/17/2005

## Average Daily Balance For Pauper Filing
*For Days the Individual was in Residence at SCI from 4/1/2005 through 9/30/2005*

Page 3 of 4

SBI: 00314128          NAME:     COLLINS, CURTIS M

| Date | Balance |
|---|---|
| 07/06/2005 | $6.28 |
| 07/07/2005 | $6.28 |
| 07/08/2005 | $6.28 |
| 07/09/2005 | $6.28 |
| 07/10/2005 | $6.28 |
| 07/11/2005 | $6.28 |
| 07/12/2005 | $6.28 |
| 07/13/2005 | $6.28 |
| 07/14/2005 | $6.28 |
| 07/15/2005 | $0.04 |
| 07/16/2005 | $0.04 |
| 07/17/2005 | $0.04 |
| 07/18/2005 | $0.04 |
| 07/19/2005 | $0.04 |
| 07/20/2005 | $0.04 |
| 07/21/2005 | $0.04 |
| 07/22/2005 | $0.04 |
| 07/23/2005 | $0.04 |
| 07/24/2005 | $0.04 |
| 07/25/2005 | $0.04 |
| 07/26/2005 | $0.04 |
| 07/27/2005 | $0.04 |
| 07/28/2005 | $0.04 |
| 07/29/2005 | $0.04 |
| 07/30/2005 | $0.04 |
| 07/31/2005 | $0.04 |
| 08/01/2005 | $0.04 |
| 08/02/2005 | $0.04 |
| 08/03/2005 | $0.04 |
| 08/04/2005 | $0.04 |
| 08/05/2005 | $0.04 |
| 08/06/2005 | $0.04 |
| 08/07/2005 | $0.04 |
| 08/08/2005 | $0.04 |
| 08/09/2005 | $0.00 |
| 08/10/2005 | $0.00 |
| 08/11/2005 | $0.00 |
| 08/12/2005 | $0.00 |
| 08/13/2005 | $0.00 |
| 08/14/2005 | $0.00 |
| 08/15/2005 | $0.00 |
| 08/16/2005 | $0.00 |
| 08/17/2005 | $0.00 |
| 08/18/2005 | $0.00 |
| 08/19/2005 | $0.00 |
| 08/20/2005 | $0.00 |
| 08/21/2005 | $0.00 |
| 08/22/2005 | $0.00 |

Printed: 10/17/2005

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 4/1/2005 through 9/30/2005

Page 4 of 4

SBI: 00314128       NAME:   COLLINS, CURTIS M

| Date | Balance |
| --- | --- |
| 08/23/2005 | $0.00 |
| 08/24/2005 | $0.00 |
| 08/25/2005 | $0.00 |
| 08/26/2005 | $0.00 |
| 08/27/2005 | $0.00 |
| 08/28/2005 | $0.00 |
| 08/29/2005 | $0.00 |
| 08/30/2005 | $0.00 |
| 08/31/2005 | $0.00 |
| 09/01/2005 | $0.00 |
| 09/02/2005 | $0.00 |
| 09/03/2005 | $0.00 |
| 09/04/2005 | $0.00 |
| 09/05/2005 | $0.00 |
| 09/06/2005 | $0.00 |
| 09/07/2005 | $0.00 |
| 09/08/2005 | $0.00 |
| 09/09/2005 | $0.00 |
| 09/10/2005 | $0.00 |
| 09/11/2005 | $0.00 |
| 09/12/2005 | $0.00 |
| 09/13/2005 | $0.00 |
| 09/14/2005 | $0.00 |
| 09/15/2005 | $0.00 |
| 09/16/2005 | $0.00 |
| 09/17/2005 | $0.00 |
| 09/18/2005 | $0.00 |
| 09/19/2005 | $0.00 |
| 09/20/2005 | $0.00 |
| 09/21/2005 | $0.00 |
| 09/22/2005 | $0.00 |
| 09/23/2005 | $0.00 |
| 09/24/2005 | $0.00 |
| 09/25/2005 | $0.00 |
| 09/26/2005 | $0.00 |
| 09/27/2005 | $0.00 |
| 09/28/2005 | $0.00 |
| 09/29/2005 | $0.00 |
| 09/30/2005 | $0.00 |

Summary for 'SBI' = 00314128 (183 detail records)        **Average Daily Balance:   $34.43**

# Prior Month -- Individual Statement

Date Printed: 10/17/2005    Page 1 of 1

## For Month of April 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $3.02 |
|---|---|---|---|---|---|---|
| 00314128 | COLLINS | CURTIS | M | | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 4/5/2005 | ($2.83) | $0.00 | $0.00 | $0.00 | $0.19 |
| Mail CK | BUTCH LEWIS PROD | 4/12/2005 | $200.00 | $0.00 | $0.00 | $0.00 | $200.19 |
| Commissary | | 4/26/2005 | ($65.13) | $0.00 | $0.00 | $0.00 | $135.06 |
| | | | | | Ending Mth Balance: | | $135.06 |

## Prior Month -- Individual Statement

Date Printed: 10/17/2005                                                                 Page 1 of 1

### For Month of May 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $135.06 |
|---|---|---|---|---|---|---|
| 00314128 | COLLINS | CURTIS | M | | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 5/3/2005 | ($25.70) | $0.00 | $0.00 | $0.00 | $109.36 |
| Commissary | | 5/10/2005 | ($23.74) | $0.00 | $0.00 | $0.00 | $85.62 |
| Commissary | | 5/17/2005 | ($23.05) | $0.00 | $0.00 | $0.00 | $62.57 |
| Commissary | | 5/24/2005 | ($31.02) | $0.00 | $0.00 | $0.00 | $31.55 |
| | | | | | | Ending Mth Balance: | $31.55 |

# Prior Month -- Individual Statement

Date Printed: 10/17/2005                                                                 Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $31.55 |
|---|---|---|---|---|---|---|
| 00314128 | COLLINS | CURTIS | M | | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 6/3/2005 | ($11.67) | $0.00 | $0.00 | $0.00 | $19.88 |
| Postage | | 6/6/2005 | $0.00 | $0.00 | ($3.35) | $0.00 | $19.88 |
| Commissary | | 6/10/2005 | ($10.25) | $0.00 | $0.00 | $0.00 | $9.63 |
| Postage | | 6/28/2005 | ($3.35) | $0.00 | $0.00 | $0.00 | $6.28 |
| | | | | | Ending Mth Balance: | | $6.28 |

# Prior Month -- Individual Statement

Date Printed: 10/17/2005                                        Page 1 of 1

## For Month of July 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $6.28 |
|---|---|---|---|---|---|---|
| 00314128 | COLLINS | CURTIS | M | | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 7/15/2005 | ($6.24) | $0.00 | $0.00 | $0.00 | $0.04 |
| | | | | | | Ending Mth Balance: | $0.04 |

## Prior Month -- Individual Statement

Date Printed: 10/17/2005  
Page 1 of 1

### For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.04 |
|---|---|---|---|---|---|---|
| 00314128 | COLLINS | CURTIS | M | | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Medical | | 8/9/2005 | $0.00 | ($4.00) | $0.00 | $0.00 | $0.04 |
| Medical | | 8/9/2005 | ($0.04) | ($3.96) | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |

# Individual Statement - No Transactions This Month

Date Printed: 10/17/2005        Page 1 of 1

## For Month of September 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00314128 | COLLINS | CURTIS | M | | | |
| Current Location: | MULTI SEC ISL 1 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|
| | | | | | Ending Mth Balance: | $0.00 |



S.B.I. 314186

I/M: Curtis Collins BLDG. M.S.B.
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

"-CASE-
05-739-SLR-"

"Office-of-The Clerk
United-States-District-Court
844 N. King ST. Lock Box-18
Wilmington, Delaware
19801-3570"