① 

IN THE **U.S District Court** OF THE STATE OF DELAWARE
IN AND FOR **New Castle** COUNTY

Curtis Collins

V.                                    1:05-CV-739(SLR)

Rick Kearney, Et All
Sgt James Chandler
C/o Berezinsky

MOTION FOR **Deposition Hearing**

FILED
NOV 2 8 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COMES NOW, the Movant, **Curtis Collins**, pro se, who moves this Honorable Court to grant this motion. In support, the following facts are asserted:

Now comes the above Plaintiff with the case at hand to ask this Honorable Court to grant this motion to have a Deposition order so the courts will understand this case fully.

The Plaintiff feels and believes that it is necessary to order a Deposition, This will not only help this case against the above Defendants But will also Allow the Courts more information that is needed to show cause and fault with the claims filed against the above Defendants.

Therefore the Plaintiff respectfully ask that this court will grant this motion and order the above Defendants and have a Deposition hearing.

Also the Plaintiff feels that it would be wise that given a order to a Deposition hearing that all Defendants should be done seperately so that they can't compare notes. The Plaintiff has a number of questions for each Defendant but on the same form. And therefore wishes to ask each Defendant seperately. This will not only bring out the truth in what happened, But will also show the unprofessionisum that is going on in this prison, And the unfair treatment

that was done to the Plaintiff.

Respectfully submitted, Curtis Collins

x *Curtis Collins*

CC: (warden) Rick Kearney - Et. All
     Clerk of Courts



IN The U.S District Court of the State of Delaware
IN and For NewCastle County

Curtis Collins,

V.

No. 1:05-cv-739(SLR)

Rick Kearney, Et-All.
Sgt James Chandler
C/o Berezinsky

## ORDER

IT IS HEREBY ORDERED, this _____ day of _____, 20____ that the attached Motion for _____

Has been read and considered.

IT IS ORDERED THAT _____
_____
_____
_____

_____
JUDGE

(4)

## CERTIFICATE OF SERVICE

I, Curtis Collins, hereby certify that I have served a true and correct copy of the attached Petition / Deposition Hearing upon the following person/s below:

| NAME | STREET | CITY/STATE/ZIP |
|------|--------|----------------|
| Warden Rick Kearney | P.O Box 500 | Georgetown, Delaware 19947 |
| Sgt James Chandler | | |
| C/o Berezinsky | | |

By placing same in a sealed, postage pre-paid envelope and depositing same in the United States Mail at Sussex Correctional Institution, P.O. Box 500, Georgetown, Delaware 19947.

This 23 day of November, 2005.

I/M: Curtis Collins BLDG: M.S.B.   S.B.I 314138
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

U.S.M.S. X-RAY
1425  U.S. POSTAGE  PB2230370
7978  $00.370  NOV 23 05
5998  FROM ZIP CODE  19947

Clerk
   ''
U.S. District Court - DEL-
Lock Box-18-
844-N. King St.
Wilmington-DEL-
19801