Curtis Collins (Plaintiff)
  -vs-
(Warden) Rick Kearney
Sgt James Chandler
C/o Berezinsky
    Defendants

CASE # 1:05-CV-739(SLR)

Now comes the above Plaintiff in reguards to the Consent to Exercise Jurisdiction By A United States magistrate Judge Consent form to the United States magistrate Judge AO Form 85, The above Plaintiff has discovered that the Consent form that had to be Signed by the Above Defendants, The Plaintiff would like to cancel the (90) day Extension that was asked to get Signatures. Also the Plaintiff ask the Courts to disreguard to Compelle on 11/20/05, the above Defendants to Sign. Reason being the Defendant talked to A Paralegal And the form was explained to Him and the Plaintiff does not want a United States magistrated Judge to make A ruling on this Case. There by The Plaintiff is Seeking A Jury trial in this Court with this case at hand, Civil Action Filed against all Defendants.

Curtis Collins,

x Curtis Collins

11/23/05



FILED
NOV 28 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE