IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-739-SLR |
| | ) |
| WARDEN RICK KEARNEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, Plaintiff filed a Motion for Deposition Hearing (D.I. 6) seeking the deposition of each named defendant;

WHEREAS, to date defendants have either not been served or have not entered their appearance;

NOW THEREFORE, IT IS HEREBY ORDERED this 13th day of December, 2005 that Plaintiff's Motion for Deposition Hearing (D.I. 6) is **DENIED without prejudice** with leave to refile upon service of defendants.

_____
United States District Judge