Dear M's Judge Sue,                          12-8-05

My new location is Smyrna Correctional Center

05-739 (SLR)

1181 Paddock Road Zip 19977

Now my reason why I am ~~corresponding~~ corresponding to you is because you sent a from to Georgetown prison on the first of Dec, it took Georgetown prison five days to send my mail to Smyrna. Now that is ridiculous. I received that on the six of Dec and I sing it and cause myself mailing back to the court I had to get a envolep from someone, as you no that I am a new individual here in Smyrna is because that civil action is disturbing their action for beating inmates for no reason. Now let me take you back to the ten line starting from the top, about the mailing situation I was the recipent of that recently mail that you sent to me I received on six of Dec and I sent it right back to you on that same day I received from Georgtown Prison but the mailing situation here in Smyrna is diffrent and the diffrenac is in Smyrna you need a stamp or a pay to form which is your trust funds account. Now in Georgtown prison all you need just a plain envolpe to send your mail out and that's whate I

[FILED DEC 16 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

Did "wrong" I sent "The "mail-to-the Court's with "useing a pay-to-trust funds account I "didn't no how they operate in Smyrna, they should send my mail back to me and tell me that I "need a pay to trust funds "account I taik to Lt. and he said maybe I "got lucky" and I'm prayin that the Court's received that recently mail! -If-Not- It must got "L" ~~and the right~~ or Smyrna is messing with my mail so I would "like to cover myself and ask the court's to send me another form to Sing" And ~~for the courts~~ I' would like to ask-the- court for a ten-days extenension

Thank-you-
Curtis Wallis
have a happy New-years

Curtis Collins SBI.314108
Smyrna Corr. Center
1181-Paddock-Road
Delaware Zip 19977

USPS Postage $00.37 0 DEC 14 2005

M.S. Judge Sue
U.S. District Court
Lock-Box-18-
844 N. King St. Wilmington
Zip 19801-3570

U.S.M.S. X-RAY

19801/3570