IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 05-739-SLR |
| v. ) | |
| ) | |
| WARDEN RICK KEARNEY, ) | |
| SGT. JAMES CHANDLER, and ) | |
| C/O BEREZINSKY, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Erika Y. Tross on behalf of Defendants Warden Rick Kearney, Sgt. James Chandler, and C/O Bradley Berezansky[1] (the "Defendants"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Erika.Tross@state.de.us
Attorney for the Defendants

Dated: March 16, 2006

---

[1] Defendant Bradley Berezanksy's last name is misspelled in the caption.

# CERTIFICATE OF SERVICE

I, Erika Y. Tross, Esq., hereby certify that on March 16, 2006, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate Curtis M. Collins
SBI #00314128
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓ Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400