IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-739-SLR |
| | ) |
| WARDEN RICK KEARNEY, SGT. | ) |
| JAMES CHANDLER, and | ) |
| C/O BEREZINSKY, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 25th day of April, 2006, pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(c);

IT IS ORDERED that:

1. **Discovery.** All discovery in this case shall be initiated so that it will be completed on or before **August 25, 2006.**

2. **Application by Motion.** Any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, the parties shall **not** deliver copies of papers or correspondence to Chambers.

3. **Summary Judgment Motions.** All summary judgment motions and an opening brief and affidavits, if any, in support of the motion, shall be served and filed on or before **September 25, 2006.** Answering briefs and affidavits, if any, shall be

filed on or before **October 25, 2006**. Reply briefs shall be filed on or before **November 8, 2006**.

                                                                                    _____
United States District Judge