In The United States District Court
For The District Of Delaware

Curtis. M. Collins
    Plaintiff
    v
Rick Kearney et.al.,
    Defendants

Civil Action 1:05-CV-739SCR

## Notice Of Motion

Please Be Advised that the Attached Motion To Amend Complaint Shall Be heard By the Court At The Earliest Convinient Time.

Respectfully Submitted,

Curtis Collins

Curtis. M. Collins pro-se
SBI# 314128
DE. Correctional Center
Bldg 17 D-Lower 2
1181 Paddock Road
Smyrna DE 19977

DATED: 3-29-06   2006



FILED
MAY 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In the United States District Court
For the District of Delaware

Curtis. M. Collins
                Plaintiff
        v.                              Civ Action # 1:05-cv-00739 SLR
Rick Kearney et.al.,
                Defendants

Motion to Amend Complaint
Pursuant to

The Plaintiff Curtis. M. Collins above moves to amend his complaint as of right pursuant to to include the following:

(1) Jury Trial Demand   7Th Amendment USCA.
(2) Jurisdiction Pursuant to 28 USC § 1331
(3) The Correction of The Spelling of Def. Berezansky
(4) The Additions of Defendants C/o Milligan C/o Daisey, C/o Irvin Johnson John Doe 1, John Doe 2.

(5) To invoke the Constitutional Violations of said Defendants of Plaintiffs Rights Pursuant to (4Th) (8Th) and (14Th) Amendments USCA.

(6) To include in Demand For Relief unconditional Release From Custody of The Delaware Dept of Justice. A Court (Order) Directing all Named Defendants To have no further Contact with Plaintiff while in The Custody of Delaware Department of Corrections. Criminal Liability of Each Defendant Pursuant to 18 USC § 242. loss of Their Jobs and Incarceration. Monetary Compensation $500,000.00 Total, And $1,000,000.00 Punitive Damages.

Upon a jury verdict in favor of Plaintiff automatic deduction of money from Defendants accounts into Plaintiffs account so Plaintiff has no trouble collecting his award. As is enforced on dead beat dads in child support cases.

The Plaintiff has also enclosed the Amended Complaint as described and ask the court to disclose the full names of Defendants c/o Milligan, c/o Daisey, John Doe 1, and John Doe 2.

The Plaintiff request the court move on this motion expeditiously!

Dated: 3-29-06

Respectfully Submitted,
Curtis Collins
Curtis. M. Collins pro-se
SBI# 314 128
DE. Correctional Center
Bldg 17 D- lower 2
1181 Paddock Road
Smyrna DE 19977

cc. File Shu paralegal
AG Brian Engrams
Court Refused to sign and I swear
Legal notarize this document is true
this document to be true
under penalty of perjury.
CC

This was sworn before me this ___ day of ___ 2006.
_____
Notory Public

In the United States District Court
For the District of Delaware

Curtis. M. Collins
    Plaintiff

V.

Warden Rick Kearney,
Sgt. James Chandler,
C/O Bradley Berezansky
C/O     Milligan
C/O     Daisey
C/O Irvin Johnson
John Doe 1 and 2.
Sued in their official and
Individual Capacities.
    Defendants

Civ.Act# 1:05-CV-00739 SLR

"Jury Trial Demand"

Pursuant to The
(7th Amendment USCA)

Civil Complaint 42 USC § 1983
Criminal Complaint 18 USC § 242

This is a Civil Rights Complaint filed by the Plaintiff Curtis. M. Collins pursuant to the Civil Rights Statute of 1871 (IE) 42 USC §1983, it alleges execcessive use of force, assault and battery, and verbal abuse violating my Constitutionally protected Rights in accordance with the (8th Amendment) of the USCA, by being physically beaten by members of the Delaware Department of Corrections Officers, their actions also violated my Constitutionally protected Rights of Equal Protection in accordance with the (14th Amendment) of the USCA, and my rights against unreasonable seizures violating my Constitutionally protected Rights in accordance with the (4th Amendment) of the USCA. Also refusal of medical treatment violating my Constitutionally protected Rights in accordance with the (8th Amendment) of the USCA, and the (14th Amendment) of the USCA Right to Equal Treatment/Protection, and the torts of Medical Malpractice.

## Jurisdiction

This Court has Federal Question Jurisdiction to hear Plaintiffs Claims pursuant to 28 USC §1331.

**Previous Lawsuits:** The Plaintiff Curtis. M. Collins has had **NO** Previous Lawsuits Dismissed as **Frivolous** in Any Court of the United States of America.

**Exhaustion Pursuant to PLRA:** The Plaintiff Curtis. M. Collins has Satisfied the Requirements of the PLRA Act, By

(1) Filing A Complaint within the Sussex Correctional Institutions **Grievance** office on 8-6-2005 The Date of the Complained About Action Occured. [ SEE EXIBIT - A ]. He was Told IOP 4.4 has No Mechinism For Relief, I Appeal That Decision.

(2) The Plaintiff Curtis. M. Collins wrote a **Letter** To The Deputy Wardens Office dated 10-7-2005, **NO** Reply was given to him.

(3) The Plaintiff Curtis. M. Collins wrote a **Letter** To Govenor Ruth. Ann. Minner About This Matter, Dated 10-9-2005

(4) The Plaintiff Curtis. M. Collins wrote a **Letter** To The Sussex Correctional Centers Internal Affairs Office dated 10-9-2005

(5) The Plaintiff Curtis, M.Collins wrote a **Letter** To The Department of Justice dated 10-9-2005

(6) The Plaintiff Curtis, M. Collins Appealed his Regular Grievances & He Never got an Answer!

## STATEMENT OF CLAIM

On 8-6-2005 Plaintiff Curtis. M. Collins entered the main Chow Hall at Break Fast time while at the Sussex Correctional Center located in Georgetown, DE. He asked other inmates already seated at the table to slide down so he could sit down to eat, at which time (C/O Berezansky) told Curtis to "Shut the F*** up" And "Throw your F***ing Food Tray Away"! Curtis asked him why he had to throw away his food tray, He was told Theres no talking in the Chow Hall, Curtis was not "Talking" in the Chow Hall, He simply asked another inmate to slide down so he could sit down to eat. Curtis then went to (Sgt. Chandler) who was in the Chow hall to ask why he couldnt finish his meal, Sgt Chandler did not respond, As Curtis was leaving the Chow hall, (C/O Berezansky) said some thing smart to Curtis, As Curtis turned around to hear what he said, (C/O Berezansky) came running at Curtis and punched him in his face, C/Os (milligan) (Daisey) And (Irvin Johnson) Also got involved And pushed Curtis out of the Chow Hall and slammed Curtis to the wall And, Coffed, Curtis behind his back and slammed Curtis to the ground using Brute Force. Then they sprayed 2 cans of Pepper Spray in Curtis Face, And proceeded to punch and kick Curtis while he was Coffed and in no way a "Threat" to any of the officers safety or well being. Curtis was taken to ASDA holding cell and he complained of pain in his ribs, at which time A nurse (John Doe I) came to see Curtis. She did no examination and told Curtis to ("Stop crying Like A Little Bitch!") They then placed Curtis in Cell ASDA #1 And Curtis went (47) Days without Receiving medical attention. At which time X-Rays were taken of Curtis Ribs which indicated

his RIBS WERE FRACTURED, HE REQUESTED A COPY OF THE X-RAYS AND WAS TOLD HE COULD NOT HAVE THEM BY (DOCTOR JOHN DOE 2)

## DEMAND FOR RELIEF

(1) The Plaintiff Curtis. M. Collins Seeks Against (All) Named Defendants A Trial By Jury At USDC DE. 844. N. King Street Wilmington DE 19801.

(2) Monetary Compensation In The Amount Of $500,000.00 For The Injuries Inflicted On Him By The For Named Defendants.

(3) Unconditional Release From The Custody And Control Of The Delaware Department Of Corrections To Society.

(4) An (ORDER) From This Court To (All) Defendants To Stay Away From And Have No Contact With Plaintiff Collins While He (Is) In The Custody And Controlled Of The Delaware Department Of Corrections.

(5) That Each Named Defendant Also Be Found Criminally Liable For Violating Plaintiffs Rights Pursuant To 42 USC §1983 As is Authorized By 18 USC § 242 And That They Be Sentenced Accordingly To The Time Authorized For Their Criminal Conduct. Specifically loss of Their Jobs Working For The Delaware Department Of Corrections And Incarcerated In Prison.

(6) Plaintiff also request this Court to set this case for trial by giving all parties notice of a trial date scheduled on the "Earliest" open date on the Courts calander.

(7) That upon a Jury verdict in favor of Plaintiff, any monetary award lodged against the Defendents be automatically deducted electronically from their personal accounts and transferred into the acount of Plaintiff, so that the Plaintiff does not have any problem collecting his settlement!

Respectfully Submitted,

Dated: 3-29-06 2006

Curtis Collins
Curtis. H. Collins (pro-se)
SBI# 314128
Delaware Correctional Center
Bldg 17 D-Lower 2
1181 Paddock Road
Smyrna DE 19977

cc. File
Court
A.G.
Legal.

She paralegal brian Engram refused to sign and notorize this document. I swore this under TRUE to be penalty of perjury!

This was sworn before me this _____ day of _____ 2006.

_____
Notory Public.

## CERTIFICATE OF SERVICE

I **Curtis. M. Collins** hereby certify that I caused a true and correct copy of the attached **Amend Complaint, Motion to Amend, Motion to Deny, Notice of Witness** to be served on the following individuals by placing same in the United States Mail by giving said mailing to c/o _____ who is employed at the Delaware Correctional Center where I am currently detained on this day **Friday April 7th** 2006.

(1) Erika. Y. Tross Esq.
(ID# 4506)
Deputy Attorney General
Dept. of Justice
Carvel State Office Building
820 N French Street
6Th Floor
Wilmington, DE. 19801
Ph# (302) 577-8400

(2) Peter. T. Dalleo (Clerk)
United States District Court
Delaware
Lock Box 18
844. N. King. Street
Wilmington, DE. 19801

(3) Carl S Dansberg
Attorney General (Delaware)
Dept of Justice
Carvel State Building
820.N. French Street
6Th Floor
Wilmington. DE. 19801

_Curtis Collins_ (signature)
Curtis. M. Collins pro-se
SBI# 314128
Delaware Correctional Center
Bldg 17 D-Lower 2
1181 Paddock Road
Smyrna DE 19977

In the United States District Court
For the District of Delaware

Curtis. M. Collins, plaintiff
v.
Warden Rick Kearney, et.al.,

Civ.A. # 1:05-cv-00739SLR

"Jury Trial Demand"
(7th Amendment USCA)

### Notice of Witnesses

Comes Now the Plaintiff in the above action, Curtis. M. Collins, who moves this Court to inform his intent to call "Eyewitnesses" in his behalf at the trial. These witnesses were all present when the complained of incident occured. And Plaintiff is in the process of securing their statements and testimony at trial.

Date: 3-29-06

Respectfully Submitted,
Curtis Collins
Curtis. M. Collins pro-se
SBI# 314128
Delaware Correctional Center
Bldg 17 D-Lower 2
1181 Paddock Road
Smyrna, DE 19977

cc. File
AG.
Court
Legal

Shu Paralegal Brian Engrams Refused to notorize, I swear under penalty of perjury this document CC

This was sworn before me this ___ day of ___ 2006.

_____
Notary Public.

In the United States District Court
For the District of Delaware

Curtis. M. Collins
                Plaintiff
       v                                  Civil Action 1:05-CV-739SLR
Rick Kearney, et.al.,
                Defendants

### Notice of Motion

Please take notice that the attached Motion to Deny Relief shall be heard by the Court at the Earliest Convenient Time.

Dated: 3-29-06      2006      Respectfully Submitted,
                              Curtis Collins
                              Curtis. M. Collins pro-se
                              SBI# 314128
                              DE. Correctional Center
                              Bldg 17 D-Lower 2
                              1181 Paddock Road
                              Smyrna DE 19977

In the United States District Court
For the District of Delaware

Curtis. M. Collins
                    Plaintiff
            v.                              Civil Action: 1:05-cv-739SLR
Rick Kearney et.al.,
                    Defendants

Acknowledgement of Entry
And Motion to Deny
Any Intended Relief.

The Plaintiff Received a Filing dated March 16, 2006 for the Entry of Erika. Y. Tross (#4506) as Attorney for the Defendants.

The Plaintiff Has Corrected Any Spelling Error of Defendant Bradley Berezansky name in his Amended Complaint Filled with the Court, and Further Asserts to the Court that if he was Supplied Proper Discovery as is Required Persuant to Fed. R. Civ. P.
  He would of Had the Correct Spelling, which is Mandatory Required of Defendants to Produce, and That Any Notice Implied By Ms Tross to dismiss this Civil Action Due to a Deminimus Spelling error Be So Rightfully Denied by the Court.

DATE: 3-29-06                                     Respectfully Submitted,
_____ 2006.                           _____
cc. file   She paralegal Brian Engrams            Curtis M. Collins
AG         refused to Notorize and Sign this      SBI# 314128   Pro-Se
Court      Document. I swear this document        DE. Correctional Center
           to be true under penalty of            Bldg 17 D-Lower 2
           Legal Perjory.' CC                     1181 Paddock Road
                                                  Smyrna De 19977
This was Sworn Before me
this ____ day of ____ 2006.
_____
      Notary Public

"Curtis" Collins
SBI# 314128  UNIT 21-C-U-3-
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"INDIGENT"

TO: "CLERK" "Peter" Dalleo
UNITED STATES DISTRICT COURT
DELAWARE, Lock Box 18
844 N. King Street
Wilmington, Delaware 19801

"LEGAL" MAIL
"LEGAL" MAIL