Dear "                                    4 19 06

    CIEArk,

To
whom it may BE conceened
That I" Curtis m Collins
I sent ATTorney Gener(al
ERika y Tross copys
of my amendin complaint
also she Received copys for
Each Defendants That Namced in
my case it was sent To
CARIS Dansburg ATToRney General
And To ERika y Tross ID 4506
Dept of Justic CARVEL State Bld,
820 North French st wilm Dec

®JS 44  (Rev. 11/04)                           **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)   **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| (b)  County of Residence of First Listed Plaintiff  COLLins m CURTis <br>(EXCEPT IN U.S. PLAINTIFF CASES) | WArDEN <br>County of Residence of First Listed Defendant  KEArney Rick ET. AL <br>(IN U.S. PLAINTIFF CASES ONLY) <br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br>LAND INVOLVED. |
| (c)  Attorney's (Firm Name, Address, and Telephone Number) <br>PRO-SA  DELAWAre CORReCTIONAL CENTER SMYRAA <br>Curtis m Collins   DCL - 19999 | Attorneys (If Known) <br>DEPUTY ATTORNEY GENERAL <br>CArIS DANbuRG/ ERIKA TROSS |

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

| ❏ 1  U.S. Government <br>Plaintiff | 🅇 3  Federal Question <br>(U.S. Government Not a Party) |
| ❏ 2  U.S. Government <br>Defendant | ❏ 4  Diversity <br>(Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)   and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated or Principal Place <br>of Business In This State | ❏ 4 | 🅇 4 |
| Citizen of Another State | 🅇 2 | ❏ 2 | Incorporated and Principal Place <br>of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a <br>Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance <br>❏ 120 Marine <br>❏ 130 Miller Act <br>❏ 140 Negotiable Instrument <br>❏ 150 Recovery of Overpayment <br> & Enforcement of Judgment <br>❏ 151 Medicare Act <br>❏ 152 Recovery of Defaulted <br> Student Loans <br> (Excl. Veterans) <br>❏ 153 Recovery of Overpayment <br> of Veteran's Benefits <br>❏ 160 Stockholders' Suits <br>🌣 190 Other Contract <br>❏ 195 Contract Product Liability <br>❏ 196 Franchise | **PERSONAL INJURY** <br>❏ 310 Airplane <br>❏ 315 Airplane Product <br> Liability <br>❏ 320 Assault, Libel & <br> Slander <br>❏ 330 Federal Employers' <br> Liability <br>❏ 340 Marine <br>❏ 345 Marine Product <br> Liability <br>❏ 350 Motor Vehicle <br>❏ 355 Motor Vehicle <br> Product Liability <br>❏ 360 Other Personal <br> Injury | **PERSONAL INJURY** <br>❏ 362 Personal Injury - <br> Med. Malpractice <br>❏ 365 Personal Injury - <br> Product Liability <br>❏ 368 Asbestos Personal <br> Injury Product <br> Liability <br>**PERSONAL PROPERTY** <br>❏ 370 Other Fraud <br>❏ 371 Truth in Lending <br>❏ 380 Other Personal <br> Property Damage <br>❏ 385 Property Damage <br> Product Liability | ❏ 610 Agriculture <br>❏ 620 Other Food & Drug <br>❏ 625 Drug Related Seizure <br> uf Property 21 USC 881 <br>❏ 630 Liquor Laws <br>❏ 640 R.R. & Truck <br>❏ 650 Airline Regs. <br>❏ 660 Occupational <br> Safety/Health <br>❏ 690 Other <br>**LABOR** <br>❏ 710 Fair Labor Standards <br> Act <br>❏ 720 Labor/Mgmt. Relations <br>❏ 730 Labor/Mgmt.Reporting <br> & Disclosure Act <br>❏ 740 Railway Labor Act | ❏ 422 Appeal 28 USC 158 <br>❏ 423 Withdrawal <br> 28 USC 157 <br>**PROPERTY RIGHTS** <br>❏ 820 Copyrights <br>❏ 830 Patent <br>❏ 840 Trademark <br>**SOCIAL SECURITY** <br>❏ 861 HIA (1395ff) <br>❏ 862 Black Lung (923) <br>❏ 863 DIWC/DIWW (405(g)) <br>❏ 864 SSID Title XVI <br>❏ 865 RSI (405(g)) <br>**FEDERAL TAX SUITS** | ❏ 400 State Reapportionment <br>❏ 410 Antitrust <br>❏ 430 Banks and Banking <br>❏ 450 Commerce <br>❏ 460 Deportation <br>❏ 470 Racketeer Influenced and <br> Corrupt Organizations <br>❏ 480 Consumer Credit <br>❏ 490 Cable/Sat TV <br>❏ 810 Selective Service <br>❏ 850 Securities/Commodities/ <br> Exchange <br>❏ 875 Customer Challenge <br> 12 USC 3410 <br>❏ 890 Other Statutory Actions <br>❏ 891 Agricultural Acts <br>❏ 892 Economic Stabilization Act |
| **REAL PROPERTY** <br>❏ 210 Land Condemnation <br>❏ 220 Foreclosure <br>❏ 230 Rent Lease & Ejectment <br>❏ 240 Torts to Land <br>❏ 245 Tort Product Liability <br>❏ 290 All Other Real Property | **CIVIL RIGHTS** <br>❏ 441 Voting <br>❏ 442 Employment <br>❏ 443 Housing/ <br> Accommodations <br>❏ 444 Welfare <br>❏ 445 Amer. w/Disabilities - <br> Employment <br>❏ 446 Amer. w/Disabilities - <br> Other <br>🌣 440 Other Civil Rights | **PRISONER PETITIONS** <br>❏ 510 Motions to Vacate <br> Sentence <br>**Habeas Corpus:** <br>❏ 530 General <br>❏ 535 Death Penalty <br>❏ 540 Mandamus & Other <br>🅑 550 Civil Rights <br>❏ 555 Prison Condition | ❏ 790 Other Labor Litigation <br>❏ 791 Empl. Ret. Inc. <br> Security Act | ❏ 870 Taxes (U.S. Plaintiff <br> or Defendant) <br>❏ 871 IRS—Third Party <br> 26 USC 7609 | ❏ 893 Environmental Matters <br>❏ 894 Energy Allocation Act <br>❏ 895 Freedom of Information <br> Act <br>❏ 900Appeal of Fee Determination <br> Under Equal Access <br> to Justice <br>🅇 950 Constitutionality of <br> State Statutes |

**V. ORIGIN** (Place an "X" in One Box Only)

| ❏ 1 Original <br>Proceeding | ❏ 2 Removed from <br>State Court | ❏ 3 Remanded from <br>Appellate Court | 🅇 4 Reinstated or <br>Reopened | ❏ 5 Transferred from <br>another district <br>(specify) | ❏ 6 Multidistrict <br>Litigation | ❏ 7 Appeal to District <br>Judge from <br>Magistrate <br>Judgment |

Cite the U.S. Civil Statute under which you are filing  (Do not cite jurisdictional statutes unless diversity):

**VI. CAUSE OF ACTION**   Brief description of cause:
Temporal mUrDER exccccessive UsE of Force ASSAULT AND BATTERY VERBAL ABUSE

| **VII. REQUESTED IN** <br>**COMPLAINT:** | 🏴 CHECK IF THIS IS A CLASS ACTION <br> UNDER F.R.C.P. 23 500,000 in TOTAL 1,000,000.00 | **DEMAND $** <br>PUNITIVE DAMESS | CHECK YES only if demanded in complaint: <br>**JURY DEMAND:** 🗹 Yes   ❏ No |
|---|---|---|---|

**VIII. RELATED CASE(S)** <br> **IF ANY**   (See instructions):   JUDGE                              DOCKET NUMBER

DATE                          SIGNATURE OF ATTORNEY OF RECORD

4 -19 - 06

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE

It is not the responsibility of the Court to review each document and determine whether personal information has properly been protected. Every document submitted for filing will be docketed and made publicly accessible over the Court's electronic filing system. If, after docketing, you determine that a document contains personal information that you want to treat as confidential, you must file a "Motion to Seal" with the Court, giving your reasons for your privacy concerns. If the Motion to Seal is granted, the Court will remove the electronic link to the document in question from the public docket and mark the entry "sealed". The Court may also require you to file another version of the document that does not contain the private information or that contains only limited personal information.

Mail the original and required number of copies of your complaint to the Clerk of Court at the following address:

**Clerk**
**U.S. District Court**
**Lockbox 18**
**844 N. King Street**
**Wilmington, DE 19801**

- CASE-NUMBER is
1:05-CV-739-
- JUDGE-SUE-Robinson

*- This is A Copy of The ORIGINAL Complaint
And Plaintiff STATEMENT, And Grievances
Enclosed!

( EXiBiT )

(Rev. 5/05)

**FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

(1) Curtis M. Collins STBI-314128
   (Name of Plaintiff)     (Inmate Number)

S.C.I. STATE PRISON-P.O.BOX-500
Zip 19947
   (Complete Address with zip code)

(2) _____
   (Name of Plaintiff)     (Inmate Number)

_____
   (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

         vs.  ET. ALL
(1) Rick Kearney (WARDEN)
(2) S.9.T. James Chandller
(3) Berezinsky
   (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

                   (Case Number)
           ( to be assigned by U.S. District Court)
           1:05-CV-739

**CIVIL COMPLAINT**

      • • Jury Trial Requested

**I.   PREVIOUS LAWSUITS**

   A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

_____

_____

## II.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A.    Is there a prisoner grievance procedure available at your present institution?    • (Yes)  • •No

B.    Have you fully exhausted your available administrative remedies regarding each of your present claims?    • •(Yes)  • •No

C.    If your answer to "B" is Yes:

1.    What steps did you take? I FILED·INMATE·GRIEVANCE.

2.    What was the result? NOT GRIEVANCEABLE·AND·REJECTEd

D.    If your answer to "B" is No, explain why not: _____

## III.    DEFENDANTS (in order listed on the caption)

(1) Name of first defendant: Rick·KEARNEY

Employed as WARDEN AT S.C.I.    at STATE PRISON

Mailing address with zip code: Po·BOX·500, GEORGETOWN·DEl
ZIP  19947

(2) Name of second defendant: S.G.T. JAME·Chandler

Employed as CORRECTIONAl    at STAFF. S.G.T.

Mailing address with zip code: R. BOX 500 GEORGETOWN-DEl

(3) Name of third defendant: C/o BEREZINSKy

Employed as CORRECTioNAl    at STAFF

Mailing address with zip code: P.O. BOX 500 GEORGETOWN-DEl

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

p 12

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. WARDEN This Person KNOWS how CORR. STAFF TREAT INMATES AND FULLY-AWARE how OFFICERS ARE-KNOWING TO BEAT INMATE WITHOUT CAUSE AS MANY Cases has happeNed in the past (SGt) stood by as fellow officers, Beat

2. inmate DOWN while iN handcuffs aNd (SGt) Did Nothing to Stop inmate from Getting Beat up By fellow officeis aNd by doing this (SGt) Allowed inmate to recieve unNecessary inJuries. C/O BereziNsky

3. punched me iN my face, kicked me to the Floor, I hit my face oN the hard floor aNd Fractured Ribs suffered Lip aNd Neck iNJuries all alwhile wheN I was iN handcuffs they beat me up For No reason.

## V.   RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. INmate would like to see the DefendaNt properly SanctioN for what they did. Also the plaintiff is seekiNg moNey iN the Sum of 500,000 thousaNd dollars, for paiN and sufferiNg and meNtal distress. Medical Neglect Because medical refuse to treat me for my iNJuries.



2. I Fear For my Safety That with FilEINg this complaint, I place my Self iN DaNger or Retaliation For Filing Said compliaNt I ask the Courts if aNything happeNs to me I ask the courts to put this oN Record

3. IN cASe Should SomethiNg happeN to me.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __10__ day of __18__ , 2005

_____
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

Curtis Collins
_____

Plaintiff

V.

Warden Rick Kearney
_____
Defendant(s)

Et. All

I, Curtis Mullins

Petitioner/Plaintiff/Movant        • • Other

## APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

CASE NUMBER: 1:0 5-CV- 739

_____ declare that I am the (check appropriate box)

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        • Yes      • •No      (If "No" go to Question 2)

   If "YES" state the place of your incarceration Georgetown , Del ScI

   **Inmate Identification Number (Required):** SCI# 314128

   Are you employed at the institution? No  Do you receive any payment from the institution? NO

   _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2. Are you currently employed?     • •Yes      (No)

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | • • Yes | • (No) |
   | b. | Rent payments, interest or dividends | • • Yes | • •(No) |
   | c. | Pensions, annuities or life insurance payments | • • Yes | • •(No) |
   | d. | Disability or workers compensation payments | • • Yes | • •(No) |
   | e. | Gifts or inheritances | • • Yes | • (No) |
   | f. | Any other sources | • • Yes | • •(No) |

   If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.



AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?            • • Yes    ( • •No )

      If "Yes" state the total amount $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
      valuable property?
                                                                        • • Yes    ( • No )

      If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute to their support, OR state NONE if applicable.
                                                                        N /A

      I declare under penalty of perjury that the above information is true and correct.

      10-+8-05          Curtis Cullins
      DATE              SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all reeeipts, expenditures, and balances duriug the last six months in your institutional accouuts.
If you have multiple accounts, perhaps beeause you have been in multiple institutions, attach one certified
statement of each account.**

United State District Court District
of Delaware

CURTIS·COLLINS
VS.

_____ Warden Et.All
Defendands

| Civil - Action
| 1983 Form - complaint
| continued.
|
|
|
|
|
|

1. Rick Kearney
2. Sgt James·Chandler
3% Berezinsky

4. _____

Civil Action on Above Defendants
_____

Now comes the Above plantiff with the complaint
At Hand on __8-6-05__ plantiff did recieve unnecessar
injuries during Breakfast. The plantiff Asked A couple
of inmates to slide down the trays So plantiff
could sit down. Where as officer (Berezinsky) reacted
in A Very unprofessional manner by useing Profanity
stating shut the "F"*** up and throw your "f,ing"
tray (Food) Away. The plantiff asked officar why did
He had to throw plantiffs food tray Away? Now the
Plantiff understands and knows that their is
no talking in the chow hall. However if officers
was doing their jobs and to make sure that
there was eight (8) people to A table the plantiff
would not have opened his mouth in the chow

②

P2

At said table. Therefore officer wrongly Accused The plaintiff of talking. Office Approaches the plaintiff in A very unprofessional manner And made plaintiff throw his food tray Away. So plaintiff obeyed the direct order, to throw his tray away. Then plaintiff Approaches Sgt James chandler in a respectfull manner and asked why the plaintiff couldn't finish his meal. So Seargant Chandler did not respond to plaintiff because he did not want to go Against his officers. As plaintiff was Speaking to the Sgt, c/o Berezinsky became very perturb because plaintiff was talking to the Sgt about what was transpiring. So As plaintiff was leaving the chow hall office Berezinky said something smart to plaintiff. As plaintiff turns Around in the chow hall to face c/o Berezinsky to hear what he had to Say. He came running towards plaintiff in the chow hall. As plaintiff stood still, he The c/o punched the plaintiff in his Face, While others (officers) assisted c/o milligan and c/o Daisey. And to the best of my knowledge c/o Irvin Johnson, They pushed the plaintiff out of the chow hall and slammed plaintiff up against the wall near the Grievance Box And they had me in a hand cuffed posistion And I did not resit at any given time. Then they Slammed the plaintiff to the floor using Brutal force. And then I was Apprehended Then they caostunned THE plaintiff

P3

③

TWICE WITH 2 CANS OF SPRAY And proceed to punch And kick plaintiff which made no sense Because plaintiff was no threat. At this time plaintiff was in hand cuffs and then they took plaintiff to ASDa Holding cell and at that time they denied plaintiff medical Attention, which I know I needed Because Such pain in my Rib Area. After complaining About my pain They Brought a nurse that was short, and mean to ASDa Holding cell. which she did not examine plaintiff at all. She Said nothing was wrong with plaintiff. Then they placed plaintiff in asda 1. And plaintiff went approximately Forty Seven (47) days Before recieving medical Attention. Upon recieving medical Attention I had ekrays taken. which indicated I had fractured Ribs and Also had Several witnesses that will verify all of this happened to plaintiff. The plaintiff filed many Inmate Grievance forms that were denied. Therefore There is no inhouse Remidies left. The plaintiff has recieved no help in finding Resolve with this complaint. The plaintiff comes to this Honorable court for help. In seeking restitution for pain and suffering and mental distress. Plaintiff is also seeking Some form of displinary actions against the officers that are involved. The plaintiff is also seeking damages as for pain and suffering in the Sum of $500,000 dollars. Not only has the plaintiff suffering unnecessary injories such as fractured Ribs a Bloody lip and was kicked

④

Several times and plaintiff has injured wrist, And was Beat up while handcuffed and Also is having eye trouble from pepper spray and to this very day. The plaintiff's pain from the above injuries during correctional staff beating up on the plaintiff. This Alone is in violation of the plaintiff Eighth (8) Ammendments' Rights as for cruel and unusual punishment. This Alone is unconditional and unprofessional on their part.

_____

THE PLAINTIFF HAS Filed A Number Of IN House Complants As For THE Following Inmate Grievances

1. EXIZI B – A

Inmate Grievance filed on AUG. 8, 2005  3 PAGES  No Action Taken And OR Denied As For 4.4 Grievance will Not place displiary Action Against Any STAFF.

2. EXIZI B – B

plaintiff filed Another Inmate Grievance And is seeking some Form Restitution In Thee Amount of $500,000 — Dollars And some Form OF displinary Action To Those That Caused plaintiff Bodily Harm. This Grievance was Also Denied on 10-17 /2005. And therefore the plaintiff Has No other choice But To Bring This To the court to have This complant Addressed As Soon As posible,

EXIZIB — A

RECEIVED①

AUG 08 2005

SCI GRIEVANCE CHAIRMAN

**FORM  #584**

**GRIEVANCE FORM**

FACILITY: _S . C . I_

GRIEVANT'S NAME: _CuRtis  Collins_

CASE#: _16024_

HOUSING UNIT: _MSB - ASDA_

DATE: _8 - 6 - 05_

SBI#: _3 . 1 . 4 . 1 . 2 . 8 ._

TIME OF INCIDENT: _5 ; 30  Am_

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

_On the above date, and time, I immate_
_Collins was "trying" sitting "to sit" at the table in the_
_MsB Chow hall, and I then ask another_
_immate to slide his tray down, officer_
_Barrett told me to "shut the fuck up, and_
_throw my tray away," then I tried to_
_explain to him what I said to the other_
_im'mate. Officer Barrett then said "Just_
_throw your tray away and get the fuck_
_out."_

→ cont.

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

⑤

**FORM #584**

**GRIEVANCE FORM**

FACILITY:_____    DATE:_____

GRIEVANT'S NAME:_____    SBI#:_____

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Officer Bennett Bennett was being very unprofessional
about it, so I threw my tray away, and
proceeded to walk away. and told him
he didn't need to speak to me that way, he
then Ran towards me, and I stood still
and he threw a punch at time, and push
me outside of the chow hall near the
grievence boxes along with a couple of other
C/O's threw me to the floor and proceeded
to punch and kick me.

                                                cont. ➐

ACTION REQUESTED BY GRIEVANT:_____

_____

_____

_____

GRIEVANT'S SIGNATURE:_____    DATE:_____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    _____(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV



**FORM #584**

**GRIEVANCE FORM**

FACILITY:_____    DATE:_____

GRIEVANT'S NAME:_____    SBI#:_____

CASE#:_____    TIME OF INCIDENT:_____

HOUSING UNIT:_____

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

Then when I was handcuffed they sprayed
me, and still commenced to punching, and
kicking me, and they put me in the
as de area holding cell and push me around
some more. Then the nurse came and
they refused me medical treatment, and
I told them, my ribs were broke, and
the nurse told me stop crying like a
little bitch.

ACTION REQUESTED BY GRIEVANT: I would ask for all the
officers involved be reprimanded as well
as Sgt. James Chandler cause he watched
it go down

GRIEVANT'S SIGNATURE_____ DATE: 8-6-05

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    X (NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE:_____    DATE:_____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

**FORM  #584**

**GRIEVANCE FORM**

RECEIVED

OCT 0 3 2005

SCI GRIEVANCE CHAIRMAN

FACILITY: S.C.I.                    DATE: 9-30-05

GRIEVANT'S NAME: Curtis Collins          SBI#: 314128

CASE#: 18132                    TIME OF INCIDENT On going Issues

HOUSING UNIT: M.S.B. Island-A-Cell-10-

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED
IN THE INCIDENT OR ANY WITNESSES.

The Above Inmate is seeking The Following on-8-6-05-
I was assaulted By Four-officers, That are employees
of S.C.I. state person Inmate Did, Received Injury's
And is seeking Payment for Innecessary Pain
And suffering Inmate Received Broken Ribs,
Eye Trouble From Peper, Spray, officer Repeatly
To Punch And Kick Inmate while He was Down
on The ground, HandCuff

ACTION REQUESTED BY GRIEVANT: Inmate is seeking 5,000.00 Thousand
Dollars For Pain And Suffeing Inmate is
Also Seekin Inmate Some Form Some Disceplinary
Action To Those That Are Involved

GRIEVANT'S SIGNATURE: C.C.             DATE: _____

WAS AN INFORMAL RESOLUTION ACCEPTED?    _____(YES)    (NO)

(COMPLETE  ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

**IF UNRESOLVED, YOU ARE  ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

PAGE 9

THE PLAINTIFF HAS ALSO FILED A NUMBER OF COMPLANTS WITH THE FOLLOWING PEOPLE BELOW.

1. Filed LETTER on 10-7-05 TO THE DEPUTY WARDEN OFFICE THE PLAINTIFF HAS YET TO GET ANY Form of reply on This MATTER.

2. THE PLAINTIFF HAS also Filed A COMPLANT TO THE GOVERNOR OFFICE on 10-9-05 TO (RUTH Ann minner) TO seek some form of ACTion And OR Help with This on Going COMPLANT.

3. THE PLAINTIFF Also Filed A COMPLANT WITH (I.A.F.) INTERNAL AFFAIRS OFFICE on 10-9-05 To seek Help In GETTing Some form of ACTion TO Those THAT PLACE THE PLAINTIFF In HARMS WAY by LETTing Fellow OFFicers BEAT AN INMATE UP For NO reason And UNJUSTly.

4. Also The PLAINTIFF Filed A COMPLANT TO The DEPT. OF JUSTICE on 10-9-05 In GeorgeTown DE. 19947 All Thee ABove COMPLANTS were Filed due To The FACT THAT S.C.I. Prison, HAS showen NO InTResT NOR does Any Prison OFFicAL wish To Help THE PLAINTiFF Resolve This MATTER Also GRIevance OFFice ReFUse To FORWARD This COMPLANT To The WARDEN OFFFice.

## CONCLUSION

THE PlANTIFF Brings This complant To THis HONORABLE COURT And ASK To do An InvesTigaTion And To order A Hearing So ThAT All pARTies InVolved cAN Be Held ACCOUNTAble For There ACTions. AlSo The plANTIFF IS seeking DAMAges FOR Injuries He recieved during STAFF members unFAiR And ouT of conTroL ACTions TowARds plANTiFF.

THE PlAnTiFF ASK ThAT This courT will see To iT ThAT JUSTice IS serVed And To GrAnT The Fure Going moTions And GrAnT The PLANTiFFS peTiTion.

I/M CurTis M. Gollins
S.B.I. 314128
GEORGETOWN, DEl
P.O. BoX 500 S.C.I.

CLERK OF COURTS,
CC: WARDEN, Rick KEARNEY
    SGT. JAMES ChANDLER
    c/o. BERCZINSKY
    I/M CURTIS Collins

X Curtis Collins
DATE: _____ /2005

10