# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

### CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

May 23, 2006

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re:   *Collins v. Kearney, et al.*
      D. Del., C.A. No. 05-739-SLR

Dear Chief Judge Robinson:

Please allow this letter to reflect the Defendants' non-opposition to Plaintiff's Motion to Amend the Complaint in the above-captioned action (D.I. 20). This non-opposition, however, shall not be considered a waiver of any defenses and objections to the Amended Complaint. Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General

cc:   Curtis M. Collins, Plaintiff
EYT/vd