6"5"06

CURTIS COLLINS
"PLAINTIFF"

C.A. 105-CV-739.

vs.

Rick KEARNEY · ET·AL.

DEFENDANTS

FILED
JUN 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

NOW COMES THE ABOVE PLAINTIFF WITH THE CASE AT HAND TO ASK THIS HONORABLE COURT TO GRANT THIS MOTION TO HAVE A DEPOSITION ORDER SO THE COURTS WILL FULLY UNDERSTAND THIS CASE ALSO IT WILL SAVE THE COURTS ALOT MONEY & TIME

THE PLAINTIFF FEELS AND BELIEVES THAT IT IS NECESSARY TO ORDER A DEPOSITION" THIS WILL NOT ONLY HELP THIS CASE AGAINST THE ABOVE DEFENDANTS BUT WILL ALSO ALLOW THE COURTS MORE INFORMATION THAT IS NEEDED TO SHOW CAUSE AND FAULT WITH THE CLAIMS FILED AGAINST THE ABOVE DEFENDANTS. THEREFORE THE PLAINTIFF RESPECTFULLY ASK THAT THIS COURT WILL GRANT THIS MOTION AND ORDER THE ABOVE DEFENDANTS ALSO HAVE A DEPOSITION HEARING ALSO THE PLAINTIFF FEELS THAT IT WOULD BE WISE THAT GIVEN A ORDER TO A DEPOSITION HEARING THAT ALL DEFENDANTS SHOULD BE "DONE" SEPERATELY

6" 5" 0" 6"

C.A. 105 cv 739

so that they cant compare'

More?

The plaintiff has a good number of questions for each defendants but of the same form.

And, therefore wishes to ask each defendant's "seperately"

This will not only bring out the truth in what happened' but will also show the seriousness of unprofessionsum that is going on in Delaware/prison system the unfair treatment of "inmates"

"Respectfully Submitted"

"Signature"

Curtis Cellens
Pro. se

Erika y
Tross #
4506

"All defendants have

"Copys" # 8

.C.C.

C.C.

ALL OF THE DEFENDANTS has BEEN Served Through ERiKAy TrOSS #A506 DEPT OF JUSTIC STATE B.L.D.g. AT 820 NORTh FRench ST WiIm, DEl 19801-3509



I/M Curtis Cousins
SBI# 314128  UNIT C-U-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Clerk" of the Court
844 N. King Street
Lockbox 18
Wilmington, DEL
19801-3570