

## STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

### CARL C. DANBERG
Attorney General



| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

June 21, 2006

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *Collins v. Kearney, et al.*
                  <u>D. Del., C.A. No. 05-739-SLR</u>

Dear Chief Judge Robinson:

      Please allow this letter to reflect State Defendants Rick Kearney, Bradley Berezansky and James Chandler's[1] non-opposition to Plaintiff's Motion to Order Depositions in the above-captioned action (D.I. 23). State Defendants Kearney, Berezansky and Chandler do not object to the taking of their depositions regarding the allegations in this matter, provided that these depositions are held and conducted at Plaintiff's expense. Thank you.

                           Sincerely,

                           */s/ Erika Y. Tross*

                           Erika Y. Tross
                           Deputy Attorney General

cc:     Curtis M. Collins, Plaintiff
EYT/vd

---

[1] Defendants C/O Milligan, C/O Daisey and C/O Irvin Johnson have been named as defendants in this action. It appears from the docket, however, that these defendants have not been served. Therefore these defendants are not a party to this letter.