# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-739-SLR |
| v. | ) |
| | ) |
| WARDEN RICK KEARNEY, et al., | ) |
| | ) |
| Defendants. | ) |

### Notice of Deposition

TO:   Curtis M. Collins
      SBI #00314128
      Delaware Correctional Center
      1181 Paddock Road
      Smyrna, DE 19977

**PLEASE TAKE NOTICE** that the oral deposition of Curtis M. Collins will be taken by Erika Y. Tross, Deputy Attorney General, on August 17, 2006 at 10:00 a.m. The deposition will take place at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977, and will be transcribed by a professional reporter.

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
   Attorney for Defendants Rick Kearney,
   James Chandler, and Bradley
   Berezansky

Dated: August 7, 2006

## **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on August 7, 2006, I caused a true and correct copy of the attached *Notice of Deposition* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate Curtis M. Collins
SBI #00314128
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

/s/ Erika Y. Tross
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400