IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PLAINTIFF
CURTIS COLLINS
    APPELLANT,

v.

DEFENDANTS
Rick KEARNEY ET APPELLEE.
AL DEFENDANTS

CIVIL ACTION NO. 05-739-SLR

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW, the appellant, _____, pro se, and moves this Honorable Court for Appointment of Counsel, to represent appellant.

In support of this Motion appellant states that the following is true and correct, to the best of his knowledge and belief:

1. Appellant is incarcerated.

2. Appellant is unskilled in the law.

3. The administration at the Delaware Correctional Center where the appellant is held limits the days and times that appellant is allowed access to the law library.

4. Appointment of counsel would serve "the best interests of justice" in this case.

WHEREFORE, appellant prays this Honorable ~~Court appo~~int counsel to represent the appellant.

DATE: 8-4-06

_Curtis Collins_ (signature)

FILED
AUG - 9 2006

Delaware Corr. Center
Smyrna, DE  19977