In the United States District Court
For the District of Delaware.

| | |
|---|---|
| Curtis M. Collins. <br> Plaintiff <br> v. <br> Warden <br> Rick Kearney, et Al., <br> Defendants | C.A. No. 05-739-SLR |

## Plaintiff Answer

Comes Now the Plaintiff Curtis M. Collins and Hereby Answers Defendants Questions. Plaintiff Curtis M. Collins do By Swar that His Answers Are true And Currect On this Date. August 4TH, 2006.

FILED
AUG - 9 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned

#1) Plaintiff, Curtis M. Collins "Admits", that on August 6, 2005 He was Eating Breakfast in the M.S.B. Chow Hall of SCI.

#2) Plaintiff, Curtis M. Collins "Admits", that on August 6, 2005 He did Ask A Couple of inmates to Move over in their Seats So that He Could Sit down And Eat His Breakfast in the M.S.B. Chow Hall.

#3) Plaintiff, Curtis M. Collins "Admits", that on August 6, 2005 He was Given A direct order to dump His Breakfast tray For Talking to A Inmate Asking that inmate to move over So that Mr. Collins Could Set down And Eat His Breakfast. Plaintiff, Curtis M. Collins "Denies" that He was Given A Direct Order to Stop Talking. on August 6. 2005.

#4) Plaintiff, Curtis M. Collins "Admits" that when He followed His last directive From Correctional office. To dump His ~~Food~~ tray. Mr. Collins Admits to Speaking to Because He did nothing wrong. So Mr. Collins Tryd to Resolve the issue By following His Chain of Comand.

#5) Plaintiff Curits M. Collins "Denies" Admission. (5). On August 6. 2005.

#6) Plaintiff Curtis M. Collins "Denies" Admission (6) on August 6, 2005.

#7). Plaintiff Curtis M. Collins "Denies" Admission (7) on August 6, 2005.

#8). Plaintiff Curtis M. Collins "Denies" Admission (8) on August 6, 2005.

#9). Plaintiff Curtis M. Collins "Admits" that on August 6, 2005. He was sprayed with Capstun only after Plaintiff was Handcuffed.

#10). Plaintiff Curtis M. Collins "Admits" that on August 6, 2005. A Nurse only looked at me And she Refuse to treat my Pain and injuries that was Substane From Being Brutaly Betten By the defendants.

#11). Plaintiff Curtis M. Collins "Admits" that the Instatution did Find Him Guilty of disorderly or Threatening Behavior. But on the Contrary this issu was not Finish Because I Appealed the Allegations of August 6, 2005.

x

Curtis M. Collins
            Plaintiff
SBI # 314128
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware
                19977

8/4/06
DATE

IMCaSR
SBI# 314128   UNIT C-H-3-B-L-D-9-21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON, DE 19880   AUG 8

"CLERK"
UNITED "STATES" DISTRICT "COURT"
844 N' KING STREET LOCK BOX 18
Wilmington, Delaware
19801-3570

Legal mail

L'EGAL mail