OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 31, 2006

TO: Curtis M. Collins
    SBI #314128
    Delaware Correctional Center
    SHU 17-DL-2
    1181 Paddock Road
    Smyrna, DE 19977

        **RE:  285 Form Received on 8/29/06; 05-739(SLR)**

Dear Mr. Collins:

    The Clerk's Office is in receipt of a USM 285 form for Dr.
Robert Burns(enclosed and returned herewith).  Please be advised
that it is unclear how you wish these papers to be treated.  Please
clarify your intentions and return for filing if necessary.

    Please be advised that it is inappropriate to direct
inquiries, requests or pleadings to the Magistrate or to a District
Court Judge.  All such papers are to be forwarded to the Clerk's
office.

    Nothing contained in this letter is intended to express an
opinion as to the merits of any claims which you may be alleging.

                        Sincerely,

/bad                    PETER T. DALLEO
                        CLERK

cc:  The Honorable Sue L. Robinson
enc: USM 285 form