IN THE UNITED STATES OF
DISTRICT COURTS FOR THE STATES OF DELAWARE

Curtis M. Collins
Plaintiff,

v.

Berezansky
Warden Rick Kearney
Sgt. Chandler, ET. AL

Civ. Act. No.
05-739-SLR

# MOTION TO PRODUCE MEDICAL RECORD REPORTS OF PLAINTIFF

1. Plaintiff Curtis M Collins Requests First Corr Medical, Services of Sussex Corr Inst Dr. Roberta Burns "Head" of the Medical Dept to Produce Medical Records Reports of Plaintiff Collins from the Date of August 6, 2005 up until now the present date. That Plaintiff has been allowed to proceed in the above Civil Action before the Courts that Plaintiff Collins has suffered serious life threatening injuries due to the ganging up and beating up on Plaintiff by Correctional Officers Berezansky, Sgt. Chandler, ET. AL

IN THE UNITED STATES
DISTRICT COURTS FOR THE
"STATES OF DELAWARE"

Plaintiff is entitled to have copies of his MEDICAL RECORDS REPORTS to show support of these life threatening injuries. That Plaintiff was transferred from Sussex Corr. Inst. S.C.I. to Del. Corr. Center (D.C.C.) Therefore, Plaintiff requests the Courts to order production of Plaintiff Collins medical reports of First Corr. Medical Services C.M.S. of D.C.C. That Plaintiff is still being treated for the serious medical injuries sustained in the near death beatings of Sussex Corr. Center Correctional Officers Plaintiff has named in this instant civil action. Where as Plaintiff prays for relief and for this honorable Court to grant Plaintiff Motion to Produce Medical Records Reports

PAGE "3"
OF PLAINTIFF
COLLINS" MOTION
TO PRODUCE MEDICAL
RECORDS REPORTS ~~XXXXXX~~

*Curtis Collins*

CURTIS COLLINS
S.B.I## #314128
D.C.C.
B.L.D.g## #21
TIER C-U-3#
1181 PADDOCK RD SMYRNA
DEL, 19977

DATE: 8-27-06

# Certificate of Services

4

I, CURTIS M COLLINS hereby certify that on this 8 day of 29-06 I have handed this motion to produce Medical Records to a Delaware Corr Center prison guards to place said motion in D.C.C. United State's Mail System in a pre-paid envelope to be sent to the Del District Courts and:

ERIKA Y. TROSS ESQ.
(ID # 4506)
Deputy Attorney General
Dept of Justice
Carvel State Office Building
820 N French Street
6th Floor
Wilmington, Del 19801
ph# 302-577-8400

SCI· DR· ROBERTA BURNS
P.O· Box 500 Georgetown
Del 19947

By Curtis Collins
S.B.I 3141128
D·C·C· B·1·D·9 21
Tier C-U-3

First Corr Medical Services
1575 McKee Rd·
Dover Del 19904

1181 Paddock Rd·
Smyrna, Del 19977