IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Curtis M. Collins,
   Plaintiff,

v.                                    C.A. NO. 05-739-SLR

Warden Rick Kearney, et al.,          JURY TRIAL DEMAND
   Defendants,

## MOTION Defendants TO EXTEND DEADLINE FOR COMPLETION OF *Discovery*

COMES NOW THE PLAINTIFF CURTIS COLLINS IN THE ABOVE MOTION TO EXTEND DEADLINE! THAT DEFENDANTS COUNSEL HELD A DEPOSITION DISCOVERY ON AUGUST 17, 2006 8 DAYS BEFORE THE AGREED UPON AUGUST 25, 2006 DEADLINE. THAT BECAUSE PLAINTIFF HAS NOT BEEN PROVIDED TRANSCRIPTS OF THE AUG 17, 2006 DEFENDANT'S DISCOVERY HEARING BEFORE THE AUG 25, 2006 DEADLINE, PLAINTIFF HAS NOT BEEN GIVEN THE OPPORTUNITY TO CONTROVERT AND REFUTE THE POSSIBLE INCORRECT ANSWERS OF THAT DEPOSITION WHERE AS PLAINTIFF REQUESTS THIS "HONORABLE" COURT TO EXTEND THE AUG 25, 2006 DEADLINE, 60 DAYS TO ALLOW DEFENDANTS COUNSEL TIME TO SEND TRANSCRIPTS TO PLAINTIFF WHICH WOULD ALLOW PLAINTIFF AN OPPORTUNITY TO CORRECT →

Any possible 'misrepresentation' contained in that transcript. Furthermore plaintiff requests this court to extend the Aug 25, 2006 deadline to Oct 25, 2006

Sincerely

* Curtis Collins

Date 8-27-06

# Certificate of Services

I, CURTIS M COLLINS hereby CERTIFY that on THIS 29-06 DAY OF 8, I have handed this MOTION TO EXTEND DEADLINE FOR COMPLETION OF

## *Discovery*

TO A DEL CORR CENTER prison guard to place said MOTION IN D.C.C. UNITED STATE MAIL SYSTEM IN A pre-paid envelope to be sent to the DEL DISTRICT COURT AND

ERIKA.Y.TROSS ESQ.
(ID # 4506)
DEPUTY ATT GENERAL
DEPT. OF JUSTICE
CARVEL STATE OFFICE BLDG
820 N. French Street
Ph# (302) 577-8400

by:
CLERK
PETER.T. DALLEO
UNITED STATES DISTRICT
COURT DELAWARE
LOCK BOX 18
844 N. KING. ST
WILMINGTON, DE 19801

DATE: 8 29 06

PLAINTIFF Curtis Collins
Smyrna prison