# IN THE UNITED STATES DISTRICT COURT FOR THE *STATE OF DELAWARE*

CURTIS COLLINS

v. PLAINTIFF

WARDEN Rick KEARNEY
BEREZANSKY
Sgt. CHANDLER, ET AL

Civil Act No
05-739-SLR

FILED 2006 AUG 31 PM 3: __ CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

## MOTION TO SUBMIT SUPPLEMENTLE DOCUMENTS IN THE ABOVE CIVIL ACTION NO.

THE PLAINTIFF, CURTIS COLLINS, IN SUPPORT OF THE ABOVE CIVIL ACTION PRESENTS:

(1) I THE PLAINTIFF AM SUBMITTIN THIS ORIGINAL DISCIPLINAY REPORT TO THE COURTS FOR CONSIDERATION BECAUSE DEFENDANTS COUNSEL PRESENTED TO THE PLAINTIFF, AT THE DEPOSITION HEARIN OF 8-17-06, A FICTITIOUS PEICE OF PAPER OF A DISCIPLINARY REPORT. PLAINTIFF WAS ASKED IF HE RECOGNIZED THE FICTITIOUS DISCIPLINARY REPORT.

(2) PLAINTIFF RESPONDED THAT IT WAS NOT THE SAME DISCIPLINARY REPORT, THAT PLAINTIFF NOW SUBMITS TO THIS HONORABLE COURT IN SUPPORT OF, PLAINTIFF INSTANT MOTION. WHERE AS PLAINTIFF REQUESTS THIS COURT TO GRANT PLAINTIFF ABOVE MOTION TO SUBMIT

THIS ORIGINAL, AUTHENTIC DISCIPLINARY REPORT. LASTLY, THE PLAINTIFF REQUEST THIS COURT TO GRANT THIS MOTION FOR SUBMISSION OF THIS ORIGINAL DISCIPLINARY REPORT

CURTIS M COLLINS
S.B.I 314128
D.C.C.
BLDG 21 C-U-3 1181 PADDOCK RD.
SMYRNA DE 19977

DATE 8-27-06

# Certificate of Services

I' Curtis Collins, hereby certify that on this ___8___ day of ___8-29-06___ I have handed this motion to submit supplemente documents to a Del Corr/Center Prison gaurds to place said motion in D.C.C United States Mail System in a pre-paid envelope to be sent to the Del, District Courts and

① 
ERIKA Y. TROSS
#4506
Deputy Attorney General
Del' Dept/ of Justic
Caryel State Office Bldg.
820 North ~~King St~~
French St 6th Floor
Wilmington Del, 19801

② 
Peter T. Dalleo
United States District Court
Delaware
Lock Box 18 844 North King
St Wilmington Del 19801

Curtis Collins
SBI# 314128
Del/ Corr/ Center
Bldg 21-C u 3-1881 Paddock Rd.
Smyrna Del 19977

by: 

Date: 8  29  06

10-9-05

My name is Curtis M Collins
To. Governor Ruth, Ann, Minner
To, whom it may concern that I am a inmate at S.C.I. prison
I am contacting you on a serious incident that had transpire on 8-6-05- I was seriously assaulted by 5 correctional staffs while I was in hand cuffs I am seeking your help from your offices to see if I can get some form of displinary action against those correctional officers that beat me up for know reason at all they broken my rib's, they busted my lip they hurt my neck my back they gave me eye inj from two cans of pepper sprays I want your offices to run investigation on what transpirer on this serious issues thank-you for your time and have a good day
C.C.                Sincerely
C.C.              Curtis Collins

10-9-05

My Name is Curtis M Collins
To. Governor Ruth Ann Minner
To, whom it May Concern That
I am a inmate at S.C.I. prison
I am contactin" you on a serious incident That have transpire on 8-6-05 I was Seriously Assaulted by 5# Correctional's Staff's while I was in hand cuffs I am" Seekin your help from your offices To see if I can Get Some form of Displinary Action Against Those's Correctional officers That Beat me up for know Reason at all They Broken my Rib's, They Busted my Lip They hurt my Neck my Back they Gave me Eye inj from Two cans of pepper sprays I want your offices to Run )) Investigation on what" Transpirer on this Serious Issues Thank-You. For your Time and have A Good Day
C.C.                Sincerely
C.C.            Curtis Collins

To: " " " 10-9-05
INTERNAL AFFAIRS
I AM CORRESPONDING,
TO YOU BECAUSE I AM haveING
Some SERIOUS ISSUES with IN
YOUR "INSTITUTION S.C.I. I WAS
BEAT up REAL BAD BY OFFICERS
(BEREZANSKY) ALONG with other
OFFICERS,
I SUFFER with BROKEN RIBS
A BUSTED LIP AND EYES INJURIES
From TWO TUBS OF PEPPER
SPRAY'S. I PUT IN TWO GRIEVANCE
forms TO LT ITALLIAN
IN which They were DENIED"
AND I was UNABLE TO RECEIV
ANY "OTHER REPLY" DO TO THE
FACT THAT THE GRIEVANCE
OFFICER DID NOT forward This
SERIOUS MATTER TO YOUR"
OFFICE, with The hope, That This
Matter Be handle PROFESSIONALY
I wish TO EXAUST ALL OF
my IN HOUSE REMIDIES, AND
I whish TO SPEAK with you

C.C.         SINCERELY

C.C.       Curtis Collins

To, Warden-
Deputy
 Warden-                10-7-05-

I'm corresponding to you because I have some issue's with-in your institution.

I was beat up real bad by officer Berezinsky along with 3 other officers I suffer with broken rib's a busted lip and a eye injuries from pepper spray.

I put in 2 grievance form's to Lt: Italliani in which they were denided and I was unable to recive any other reply. do to the fact that your grievance officer did not forward this serious matter to your office.

Therefore I am seekin help from your office with the hope that this matter be handle professionaly I wish to exaust all of my in-house remidies and I wish to speak with you.

Sincerely                          c.c.
        Curtis M
c.c.    S.B.I 314128#

| Disciplinary# | | |
|---|---|---|
| 5182 | | |

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

**Date:** 08/06/2005

# DISCIPLINARY REPORT

**Disciplinary Type:** Class1    **Housing Unit:** MULTI-SECURITY    **IR#:** 11018

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00314128 | Collins, Curtis M | SCI | MULTI-SECURITY | 08/06/2005 | 06:00 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Time, I/M Collins, Curtis 00314128 Was Ordered To Lock In For Violating Chow Hall Rules And Regulations. I/M Collins Was Ordered Twice To Dump His Tray. After Dumping The Tray, I/M Collins Yelled Curses At Myself (C/O Berezansky) And Walked Towards Me With Clinched Fists And Teeth As To Want To Fight Me. I Capstuned Him, Took Him To The Ground And Cuffed Him And Took Him To Be Seen My Medical. Eor

**Reporting Officer:** Berezansky, Bradley (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Berezansky, Bradley -Correctional Officer

Ordered I/M Collins To Dump His Tray.

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

Received, Reviewed & Approved

### Approval Information

**Approved:** ☑    **Disapproved:** ☐    **Approved By:** Johnson, Joseph H (Staff Lt./Lt)

**Comments:** Sent To Lt. J Isaacs

AUG 06 2005

Watch Commander

Signature

### Shift Supervisor Details

**Date Received:** 8/6/05    **Time:** 0700    **Received From:** ___

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Johnson, Joseph H (Staff Lt./Lt)

I have received a copy of this notice on **DATE:** 8-9-05 **TIME:** 0255 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** LT. Joe Isaacs    **Offender:** X _____ Collins, Curtis M

| | | |
|---|---|---|
| **Disciplinary#** 4989 | **SCI Sussex Correctional Institution** PO Box 500 GEORGETOWN DE, 19947 Phone No. 302-856-5280 | **Date:** 06/19/2005 |

## DISCIPLINARY REPORT

**Disciplinary Type:** Class1        **Housing Unit:** MULTI-SECURITY        **IR#:** 10557

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00314128 | Collins, Curtis M | SCI | MEDIUM | 06/17/2005 | 06:00 |

**Violations:** 1.05/200.225 Demonstrations (Strike), 1.06/200.203 Disorderly or Threatening Behavior

**Witnesses:** 1. Hall, Shoan        2. N/A        3. N/A

### Description of Alleged Violation(s)

I/M Collins Became Disorderly During Chow And Stated Fuck You. You Better Not Put Your Hands On Me In A Threatning Manner. Trying To Get Other Inmates Involved Or Come To His Aide. While On The Tier. He Again Stated Fuck You And You Better Not Put Your Hands On Me As If Trying To Provoke Others To Become Involved.

**Reporting Officer:** Hastings, Samuel (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

**Immediate action taken by:** Hastings, Samuel -CO Corporal/Sgt. - Large Inst.

N/A

### Offender Disposition Details

**Disposition:** N/A        **Date:** N/A        **Time:** N/A        **Cell ...ured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** ☑    **Disapproved:** ☐    **Approved By:** Truitt, George C (Shift Commander - Large Inst.)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:**        **Time:**        **Received From:**

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Truitt, George C (Shift Commander - Large Inst.)

I have received a copy of this notice on DATE:_____ TIME:_____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:**

**Offender:** Collins, Curtis M



I/M Curtis
SBI# 314128
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977