DEAR:
   Clerk,
I'AM "Corresponding To you Because I had once had" Someone In my cell And I HAVE REASON TO BELIEVE THAT" Someone may Stole my CASE NUMBER AND I'AM ASKIN THE Court To" Change my CASE NUMBER
        THANK you

   Clerk-peter

From "Currtis' Collins

I' WISH TO Change THIS Number

        CA 105-CV-739·

        SLR

FILED
SEP - 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned



Curtis Collins
SBI# 314128   UNIT 24C-U-8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 SEP 2006 PM 2 L

UNITED STATES
DISTRICT COURT
844 N. KING STR
LOCKBOX 18 WILMINGTON
DELAWARE 19801-3570