IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CURTIS M. COLLINS,
         PLAINTIFF
    v.
RICK KEARNEY ET. AL
         DEFENDANTS

CIVIL ACTION
NO. 1:05-CV-739 SLR

BD Scanned

2006 SEP -7 AM 11:5

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION FOR FIRST CORR/MEDICAL'S HEALTH SERVICES ADMINISTRATOR OF SUSSEX CORRECTIONAL INST. (SCI) TO PRODUCE THE NAME OF (JANE) DOE, A NURSE WHO IS EMPLOYED BY FCM. NURSE JANE DOE, WHO WAS WORKIN ON 12 TO 8 SHIFT ON AUG 6-05- MID NIGHT SHIFT. THE PLAINTIFF REQUIRES THE NAME OF NURSE JANE DOE, SO THAT PLAINTIFF MAY SERVE NAMED DEFENDANT JANE DOE IN THE ABOVE CIVIL ACTION NO. PURSUANT TO JUDGE SUE ROBINSON'S ORDER SIGNED ON 7-18-06. THE PLAINTIFF REQUIRES JANE DOE NAME TO EFFECT SERVICES OF THE U.S. MARSHAL FORM, 285. FURTHERMORE, SHOULD THE HEALTH SERVICES ADMINISTRATOR AND DR. ROBERTA BURNS REFUSE TO GIVE UP NURSE JANE DOE NAME, PLAINTIFF/COLLINS REQUESTS CHIEF JUSTICE SUE ROBINSON'S TO ORDER FIRST CORR/ MEDICAL SERVICES, INC. OF 1575 McKEE RD DOVER DEL 19904 TO GIVE UP NURSE JANE DOE NAME TO PLAINTIFF COLLINS,

AT CURTIS COLLINS
SBI 314128 DELAWARE CORR/CENTER
BLDG. 21-C-U-3-
1181 PADDOCK ROAD SMYRNA DEL
19977

# *CERTIFICATE* OF SERVICES

p2

I, CURTIS M. COLLINS hereby certify that I caused a true and correct copy of the attached Motion to produce Jane Doe Name pursuant Civil Action No. 1:05 cv 739-SLR- to be served on the following individuals by placing same in the United State Mail by giving said mailing to c/o _____ who is employed at the Delaware Corr. Center where I am currantly detained on this day August 30, 2006

① ERIKA Y. TROSS ESQ
(ID# 4506)
Deputy Attorney General
Dept of Justice
Carvel State Bldg.
820 North French St
6th Floor Wilmington, DE
19801

② Peter T. Dalleo (Clerk)
United States District
Court Delaware
Lockbox 18
844 North King St
Wilmington, DE 19801

1515 McKee Road
Dover Delaware 19904
FIRST CORRECTIONAL MEDICAL SERVICES

*Curtis Collins*
CURTIS COLLINS PRO-SE
# 314128
Delaware Corr. Center
Bldg. 21-C-U-3
1181 Paddock Road
Smyrna DE 19977

Date August 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

P1

CURTIS M. COLLINS
    PLAINTIFF

V.

RICK KEARNEY ET. AL
    DEFENDANTS

CIVIL ACTION
NO: 1:05-CV-739 SLR

NOW COMES THE PLAINTIFF, CURTIS M. COLLINS MOTION TO SUBMIT WITNESSES NAMES WHO SAW THE BEATIN AND THE ATTEMPTED MURDER OF PLAINTIFF IN THE ABOVE CIVIL ACTION NO: 105-CV 739-SLR

PLAINTIFF COLLINS PRESENTS TO THE COURTS THE FOLLOWIN: PLAINTIFF WITNESS NAMES ARE

(1) BOBBY PRICE AS OF THIS DATE IS IN SMYRNA

(2) WILLIAM DEVONSHIRE-SBI 193813

(3) JOHN PALMER SBI 194390

PLAINTIFF HAS OTHER WITNESSES That COULD BE MADE AVAILABLE SHOULD JUDGE SUE ROBINSON SO ORDER

                SINCERELY
                Curtis Collins

P2

# CERTIFICATE OF SERVICES

I CURTIS M. Collins hereby CERTIFY THAT I CAUSE A TRUE AND CORRECT COPY OF THE ATTACHED MOTION TO SUBMIT WITNESSES NAMES by Givein SAID MAILIN TO A OFFICER who is EMPLOYED AT THE DELAWARE CORR CENTER where I AM CURRANTLY DETAINED ON THIS DAY AUG 30, 2006

① ERIKA TROSS ESQ
ID# 4506) DEPUTY ATTORNEY GENERAL Dept of JUSTICE
CARVEL STATE BLDG
820 North FRENCH ST
6TH FLOOR WILM, DEL
19801

② CLERK
PETER T. DALLEO
UNITED STATE DISTRICT COURT DELAWARE
LOCKBOX 18
844 NORTH King ST
WILM, DEL 19801

DATE AUG-30-2006

CURTIS COLLINS
PRO-SE SBI 314128
DEL, CORR, CENTER
BLDG 21-C-US-
1181 PADDOCK ROAD
SMYRNA DEL
19977



I/M Curtis Collins
SBI# 314128   UNIT C-U-3-21-
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk
United "State"
District "Court"
844 N. King Street
LockBox 18 Wilmington
Delaware 19801-3570