IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CURTIS M. COLLINS
    PLAINTIFF

V.

WARDEN
RICK KEARNEY ET. AL

CASE NO.
05-739-SLR

MOTION TO MOVE THE COURT FOR AN ORDER DIRECTING AMENDEMT TO SERVE THE U.S. MARSHAL FORM 285 FORM TO JANE DOE 2, DR. ROBERTA BURNS PURSUANT TO JUDGE SUE ROBINSON'S ORDER OF DATE 7-18-06

DATE - 8-31-06

IN THE UNITED STATES DISTRICT COURTS
FOR THE DISTRICT OF DELAWARE

P-2

CURTIS M. COLLINS                *    CASE NO.
                                 *    05-739-SLR
                                 *
            v.                   *
                                 *
WARDEN                           *
   RICK KEARNEY ET. AL           *

MOTION TO MOVE THE COURT FOR AN ORDER
DIRECTING AMENDEMT TO SERVE THE U.S.
MARSHAL FORM. 285, FORM TO JANE DOE #2
DR. ROBERTA BURNS PURSUANT TO JUDGE
SUE ROBINSON'S ORDER OF DATE 7-18-06

# CERTIFICATE OF SERVICE

I, CURTIS M. COLLINS, hereby CERTIFY THAT ON 8-31-06 I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED AMENDEMT MOTION WAS HANDED TO D.C.C. CORRECTION OFFICERS TO PLACE IN D.CC. U.S. MAILIN SYSTEM TO FOWARD TO:

(2.) PETER. T. DALLEO (CLERK)
UNITED STATES DISTRICT COURT
DELAWARE LOCKBOX 18
844. NORTH KING STR
WILMINGTON, DE-19801

DEFENDANT, COUNSEL
(1)
ERIKA Y. TROSS
DEPUTY ATTORNEY GENERAL
DEL DEPT OF JUSTICE
CARVEL STATE OFFICE B.L.D.G.
820 N. FFRENCH STR, 6TH FLOOR
WILM, DEL 19801

PLAINTIFF
RESPECTFULLY SUBMITED
INMATE CURTIS M. COLLINS
SBI 314128
DEL CORR/CENTER
1181 PADDOCK ROAD
SMYRNA, DEL ZIP 19977

Legal-MAIL

I/M Curtis M. Collins
SBI# 314124   UNIT Z1 C-U-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter T. (Clerk) UNITED STATES
DISTRICT COURT
DELAWARE "Lockbox 18"
844 N. King Street
WILMINGTON, DEL 19801-3510

Legal-MAIL