DEAR 9-5-06
PETER

I'SENT YOU A LETTER LAST WEEK ABOUT MY CASE NO. 105-739 BEING CHANGE CAN YOU PLEASE DO ME THAT FAVOR

THANK YOU

Cullen