IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

CURTIS M. COLLINS             *       CA. 5-7-3-9-SLR
    PLAINTIFF                 *
                              *       Scanned- BD  9/15/06
                              *
        V.                    *
                              *       FILED
    DEFENDANTS                *
WARDEN       ET.AL            *       SEP 15 2006
RICK KEARNEY                  *
                                      U.S. DISTRICT COURT
                                      DISTRICT OF DELAWARE

MOTION, TO MOVE THE COURT FOR AN ORDER
DIRECTIN "AMENDEMT" TO SERVE THE U.S.
MARSHAL" FORM 285 TO JANE DOE 1
NURSE HELEN "WHITLEY" PURSUANT
TO "JUDGE MS. SUE" ROBINSON'S ORDER OF
DATE 7-18-06

                                                DATE 9-13-06

# Certificate of Service

I' Curtis M. Collins hereby "Certify That on 9-13-06 I' Caused a True and Correct "Copy of the Attached Amendemt Motion was' handed To A" D.C.C. Correction "Officer To Place In A" D.C.C. U.S. Mailing System To Forward To:

(2) Clerk
Peter T. Dalleo
United States District Court
Del, Lockbox 18
844 N. King Str
Wilm, Del 19801

'1' Defendants/Counsel
Erika Y. Tross Deputy
Attorney General Del'
Dept of Justic Carvel
State Office B.L.D.g.
820 N. French Str Wilm'
Del 19801

Plaintiff
Respectfully Submited
Inmate' Curtis M. Collins
S.B.I. 314128
Del/Corr/Center 1181
Paddock Rd. Smyrna, Del
'9977

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

CURTIS M. COLLINS
PLAINTIFF

    *    CA. 5739-SLR.
    *
    *
    V
    *
DEFENDANTS
WARDEN RICK KEARNEY ET. AL
    *
    *

MOTION TO MOVE THE COURTS FOR AN ORDER DIRECTIN AMENDEMT TO SERVE THE U.S. MARSHAL FORMS 285 TO JANE DOE 1st NURSE HELEN WHITLEY, PURSUANT TO JUDGE MS. SUE ROBINSON ORDER OF DATE 7-18-06.

DATE 9 13 06

## CERTIFICATE OF SERVICE

I, CURTIS M. COLLINS hereby certify that on 9-13-06 I caused a true and correct copy of the attached Amendment motion was handed to a D.C.C. Correctional officer to place in a D.C.C. U.S. mailing system to forward to:

DEFENDANTS
COUNSEL
ERIKA TROSS DEPUTY
ATT. GENERAL DEL
DEPT OF JUSTICE CARVEL
STATE BLDG. 820
N FRENCH STR WILM/DEL
19801

(CLERK)
PETER T. DALLEO
UNITED STATES DISTRICT COURT
DEL. LOCKBOX 18 / 844 N KING STR
WILM/DEL 19801

PLAINTIFF
RESPECTFULLY SUBMITED
INMATE CURTIS M COLLINS
DEL/CORR/CENTER / M 81
PADDOCK RD, SMYRNA/DEL
19977



INMATE: CURTIS M. COLLINS
SBI# 314128  UNIT GU-3-BLDG 24#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"CLERK"
PETER T. DALLEO UNITED STATES DISTRICT
Court'DEL'LockBox 18#
844 N. King STR
WILM'DEL-
19801

LEGAL MAIL