To S.L.R.

A "Copy" of Deposition

C.V. ACT. NO. "05-739-SLR"

Of "Curtis M. Collins" on 8-17-06
In "The" "Matter" of
Collins v. Kearney, et al.

"Errata" "Sheet"
"Discrepancies" "Made" By the Stenography of "The" "Court's"

| Page | Line | Change of "Correction" |
|---|---|---|
| #8# | #20# | A I "Told" Them "Yes" |
| #63# | 21# | A I "Told" Them "Yes" |
| #65# | 6# | A I "Told" Them "Yes" |
| #56# | 10# | A I "Told" Them "No" |

FILED
SEP 19 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Return to: Wilcox and "Fetzer, Ltd."
1330 King Str
Wilm, Del- 19801

Scanned- BD 9/19/06

Date: 9-14-06   Curtis M. Collins
Signature of "Deponent"

I/M CURTIS M. COLLINS
SBI# 314128    UNIT C-U-3-2A
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



"CLERK" "PETER" T. DALLEO"
"UNITED" "STATES" "DISTRICT" "COURT"
OF "WILMINGTON" DELAWARE"
LOCK-BOX # 18 ₮ 844 N. KING ST.
ZIP-19801-10

LEGAL-MAIL

LEGAL-MAIL