P.1

IN THE UNITED STATES
OF DISTRICT COURT FOR THE STATE OF DELAWARE

Curtis M. Collins
PLAINTIFF

V.

WARDEN Et. Al
Rick Kearney
Berezansky
Sgt. Chandler

Cv. Act. No
5739-S.L.R.



Scanned- BD 9/27/06

MOTION TO COMPELL "MEDICAL" RECORD REPORTS OF "PLAINTIFF"

NOW COMES THE PLAINTIFF Curtis M. Collins REQUEST'S FIRST CORRECTIONAL MEDICAL SERVICES C"M"S" OF Delaware Correctional Center, D.C.C. MEDICAL DEPT SERVICES TO PRODUCE MEDICAL RECORDS REPORTS OF PLAINTIFF COLLINS FROM DATE OF -8-6-05 UP UNTIL NOW THE PRESENT "DATE" THE PLAINTIFF has BEEN ALLOWED TO PROCEED IN THE ABOVE Civil" ACTION BEFORE THE "COURTS" THAT" PLAINTIFF COLLINS has SUFFERED SERIOUS LIFE" THREATENING INJURIES DUE TO THE GANGING UP AND BEATEN UP ON PLAINTIFF BY CORRECTIONAL OFFICERS BEREZANSKY Sgt. CHANDLER AND Et. AL

IN THE UNITED STATES -5739-SLR.
OF DISTRICT COURT FOR THE STATE
OF "DELAWARE"

"THE "PLAINTIFF" IS ENTITLED" TO have Copies OF his MEDICAL Records Reports TO SHOW Support OF THESE LIFE THREATENIN INJURIES.
THAT" PLAINTIFF, WAS Transferred" From" SUSSEX" CORR" INST" S.C.I. TO DELAWARE CORRECTIONAL CENTER D.C.C.
THEREFORE PLAINTIFF Requests THE COURTS ORDER TO Compell PLAINTIFF COLLINS MEDICAL Reports OF First CORR/ MEDICAL Services C.M.S. OF DELAWARE CORRECTIONAL CENTER - D.C.C.
THAT PLAINTIFF IS STILL Some WHATE Being TREATED FOR THE SERIOUS MEDICAL INJURIES SUSTAINED IN THE NEAR DEATH Beatings OF SUSSEX CORR/ CENTER CORRECTIONAL OFFICERS" PLAINTIFF' has NAMED IN THIS INSTANT "CIVIL" ACTION WERE AS THE PLAINTIFF' prays FOR Relief "AND FOR THIS honorable.
         COURT TO grant PLAINTIFF

MOTION TO Compell TO produce MEDICAL Records Reports

# P3 #

OF" THE PLAINTIFF COLLINS MOTION TO Compell TO produce medical Records Reports OF CURTIS M. COLLINS S.B.I #314128 D.C.C. BLDG. 21 TIER C-U-37
— Smyrna Delaware

"Certificate of "Services"

I Curtis M. Collins hereby Certify that on this 9 Day of 25-06- I have handed this motion to compell to produce medical Records to a Delaware correctional center Prison guards to place said motion in D.C.C. United States Mail System in a pre-paid envelope to be sent to the Delaware District "Courts and:

Clerk United States
Erika Tross esq. ID 4506   District Court 844 N. King
Deputy Attorney general   Str. Lockbox 18
D.E.P.T. of Justice Carvel Stat)   Wilm, Del 19801-3570
Office B.Ldg. 820 N French Str
Wilm, Del 19801

By Curtis M. Collins SBI 314128
D.C.C. B.Ldg. 21 Teer C-U-3
1181 Paddock Road Smyrna Del 19977

C.M.S Smyrna Del Medical Dept
1181 Paddock Road 19977

I/M CURTIS COLLINS
SBI# 314128  UNIT C-U-3#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL-MAIL

OFFICE OF "THE CLERK UNITED STATES DISTRICT
"COURT" 844 N. KING STREET -
LOCKBOX-18-WILM'
DELAWARE
                    J.S.M.S.
                    X-RAY
19801-3570

LEGAL-MAIL

$00.63°
MAILED FROM ZIPCODE 19977
SEP 26 2006