

unsealed
11/9/06
fmt

~~SEALED~~ ORIGINAL (51)

IN THE UNITED" STATES OF DISTRICT COURT

FOR THE STATES OF DELAWARE

CURTIS M. COLLINS           *         CA.
PLAINTIFF                   *
                            *         5-739-SLR:
        V.                  *
WARDEN ET AL                *
RICK KEARNEY                *
S.G.T CHANDLER              *
C/O BEREZANSKY              *
C/O MILLIGAN                *


* NOW COMES THE PLAINTIFF CURTIS M. COLLINS *
TO DEPOSE DEFENDANTS" WITH THESE
WRITTEN" QUESTION TO" THE COURT'S

2006 OCT -4  PM 12: 22
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
AD scanned

## C/O BEREZANSKY

**1#** IS IT TRUE THAT YOU "HAVE A "hystory" OF CAPSTUNING INMATES before AND AFTER THEY ARE" HANDCUFFED AT S.C.I. PRISON

**#2** IS IT TRUE THAT 90% OF YOUR DESCIPLINARY REPORTS ON INMATES ACCURE "AT CHOW TIMES FEEDING THE INMATES AT S.C.I. PRISON

**#3** WORKING AS A CORRECTIONAL "OFFICER FOR THE STATE OF DELAWARE have you EVER BEEN PLACED ON LEVE PENDING ANY INVESTAGATION CONCERNING ABUSEIN "INMATES AT S.C.I. PRISON.

**#4** WORKING AS A CORRECTIONAL OFFICER FOR THE STATE OF "DELAWARE" have you BEEN SUED By ANY "INMATES AT S.C.I. ACCUSEING you OF ABUSE OR THREATIN BEHAVIOR, IF SO Could you PLEASE STATE FOR THE RECORED how MEANY TIMES you BEEN SUED OR ACCUSED OF INMATES ABUSE OF ANY OTHER THREATING BEHAVIORS by INMATES HOUSED AT S.C.I. PRISON.

**5#** IS IT TRUE THAT 82% PERCENT OF YOU DESCIPLINARY REPORTS FILED ON INMATES ARE AFRICAN AMERICAN "INMATES AT S.C.I. PRISON

#6# 90 BEREZANSKY
IS IT TRUE THAT OUT OF 90% PERCENT! OF YOUR IN'COUNTER ARE "WITH" AFRICAN AMERICAN "INMATES" RESOLVES" IN THEM BEING ASSAULTED" BY YOU CAPSTUN! BY YOU BEFOR AND AFTER" THE INMATES ARE ALREADY IN HANDCUFFS.

#7# Sir
CAN'T YOU PLEASE TELL THE "COURTS" WHY YOU RAN AT MR. COLLINS IN THE CHOW HALL AND" ASSAULTED MR. COLLINS BY PUNCHIN MR. COLLINS IN THE FACE INFRONT OF A BUNCH OF OTHER INMATES IN THE S.C.I. CHOW HALL

#8 IS IT TRUE THAT YOUR JOB IS TO BE A PROFESSIONAL OFFICERS

#9 WELL CAN YOU PLEASE TELL THE COURTS WHY YOU USED PROFANITY ALL THE TIMES WHEN TALKIN TO INMATES

#10# HAVE YOUR EVER BEEN ASSAULTED OR ABUSED IN THE PASS BY AN' AFRICAN AMERCAN MALE" WHILE YOU WERE OUT OF UNIFORM OR IN UNIFORM.

(3)

C/O MILLIGAN

(1) # CAN YOU PLEASE STATE AND OR DESCRIBE WHAT TRANSPIRED ON 8-6-05. IN THE M.S.B. CHOWHALL BETWEEN YOU AND THE PLAINTIFF CURTIS COLLINS

(2) # AFTER THIS SO CALLED ALTERCATION BETWEEN YOU AND THE PLAINTIFF IS IT TRUE THAT AFTER THE PLAINTIFF WAS HANDCUFFED AND SUBDUED WAS IT NECESSARY IN YOUR EYES TO CONTINUE TO BEAT THE PLAINTIFF AND SPRAY THE PLAINTIFF WITH TWO CANS OF PEPPERS SPRAYS?

#(3) HAVE YOU EVER SEEN A INCIDENT LIKE THIS BEFORE?

(4) # OK HAVE YOU EVER LAID YOUR HANDS ON ANY OTHER INMATE BEFORE WHILE THAT PERSON HAS BEEN SUBDUED IN HANDCUFFS

#(5) ALSO WHAT IS YOUR DEMEANOR TOWARDS OTHER INMATES AT THE PRISON?

C/O MILLIGAN

#6# ISN'T IT TRUE THAT PROTOCALL YOU FOLLOW OR ALLOWS YOU TO PLACE HANDS ON A INMATE BUT ONCE THAT INMATE IS SUBDUED YOU MUST STOP! WHY THEN YOU CONTINUE TO HIT AND OR CAUSE THE PLAINTIFF INJURIES WHILE HE WAS IN HANDCUFFS" AND SUBDUED LAYING FACE DOWN ON THE FLOOR?

#7# IS IT TRUE ON SET "PROTOCALL THE PLAINTIFF WAS ON THE GROUND AND DID NOT RESIST IN ANY WAY CAN YOU PLEASE" TELL THE COURTS WHY? OR HOW THE PLAINTIFF GOT BROKEN, RIBS AND A BUSTED LIP WHEN IN FACT THE THE PLAINTIFF WAS RESISTING IN ANY WAY?

#8# SIR" ON THE STREETS DO YOU CONSIDER YOURSELF "A" VIOLENT PERSON?

#9# WELL CAN YOU DESCRIBE YOUR ACTION IN M.S.B. CHOWHALL "WHILE BEATIN A" INMATE UP AND DOWN IN FRONT OF A BUNCH OF OTHER INMATES?

#10# ALSO FOR THE RECORD WITH ALL THESE SERIOUS QUESTIONS THAT WAS ASKED HERE TODAY WOULD YOU BE WILLIN TO TAKE A "BIG LIE DETECTOR" TEST!

Sgt.

**# ①** Sgt. CHANDLER
The plaintiff" seen you while he was laying on the ground, and I noticed that you was standing there laughing your head off at the situation instead of stopping unfair treatment towards a inmate why then did'nt you "Sgt" put a stop to was happening?

**# ②** Sgt.
Have you ever seen or heard a fellow officers lash out at a inmate because of family problems?

**# ③** Sgt. is it true when plaintiff Collins came to you about a unprofessional officer's Berezansky being out of control?

**# ④** Sgt.
Is it true that officer Berezansky ran towards the plaintiff in the "Chowhall" and assaulted the plaintiff By punching the plaintiff in the face for no reason at "all"?

Sgt.

#5 Sgt. CHANDLER
Is it the truth "when an inmate" get "Seriously" hurt, they must immediately be taken to medical in any emergency situation?

#6 Why then didn't you see that the plaintiff got propper medical treatment?

#7# Sgt. is it true you have a personal vendetta against "the plaintiff? Or you just dont care about the well being of inmates?

#8# Sgt
Also is the truth that "S.C.I. is a "Real "Recail" prison?

#9 OK" for the record with all these serious question that was asked here today would you be willin to take a Big Lie Detector test!

#10 Is it true that any officer with a high rank is to take charge without any officer without no rank you were the only high rank in the Chowhall why you didn't you take charge of the situation!

## "Certificate of Services"

I, Curtis M. Collins, hereby Certify that on this 10 Day of 2-06 I have handed "these" written question to depose defendants to a Delaware "Correctional Center prison guards to place said written questions to depose in a D.C.C. United States mailing system in a pre-paid envelope to be sent to the Delaware District Court

AND:

※ Deputy Attorney General D.E.P.T. of "Justic" Carvel' State Office Bldg. 820 N. French St. Wilm/Del 19801

※ Clerk United States District Court 844 N. King Str. Lockbox 18 Wilm/Del 19801-3570

S.B.I. 314128
By Curtis M. Collins
D.C.C. Bldg. 21 Tier C-U-3
1181 Paddock Road Smyrna-Del 1997

I/M Curtis m. [illegible]
SBI# 314128   UNIT C-U-3  B.L.D.5.Z1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL-MAIL

*CLERK*

*

* UNITED "STATES" DISTRICT "COURT'S *
OF "DELAWARE" 844 NORTH
KING" STREET "LOCKBOX #18
WILMINGTON" DELAWARE"
ZIP" 19801-3570

LEGAL" MAIL