DEAR"    S.L.R.
         # 05-73-9-#

\* CLERK \*

ON 10-1-06

I'
"THE" PLAINTIFF"
Curtis M. Collins
ALSO SENT "MARSHAL" FORM'S AN
COPYS OF THE ORIGINAL "Complaints
Along" WITH THE NEW'
Complaint "AMEN" TO
CARLS "DANBERG OF THE
ATTORNEY "General" OF"

DELAWARE" D.E.P.T OF"
JUSTIC" CARVEL" STATE
B.L.D.g. 820# NORTH "FRENCH St.
6TH # FLOOR
WILM' DEL' ZIP #
            19801


MAN"
HAVE A" good" DAY!