OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

October 6, 2006

TO: Curtis M. Collins
SBI #314128
Delaware Correctional Center
SHU 17-DL-2
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civil Action #*05-739(SLR)

Dear Mr. Collins:

Please be advised that this office has received USM 285 forms in the above referenced case for Nurse Helen Whitley and Dr. Roberta Burns. You still need to submit a USM 285 form for the Attorney General.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad                               PETER T. DALLEO
                                   CLERK

cc: The Honorable Sue L. Robinson