CASE 05-739-SLR.

\* U.S. DISTRICT" COURT"
\* \* DISTRICT" OF DELAWARE" \*

C.L.E.R.K."                                    DATE 10-10-06
PETER T. DALLEO"
I "CURTIS M. COLLINS"
To WHOM" IT" MAY" BE" CONCERN" THAT I" RECEIVED
SOME" LEGAL MAIL" FROM YOU ON" 10-8-06" YES
I'AM AWARE THAT I' FORGOT TO SERVE
THE ATTORNEY GENERAL "(CARLS" DANSBERG)"
WITH THE .U.S. 285-MARSHAL" FORM BUT I DID
SEND TO THE ATTORNEY GENERAL" 285 FORMS FOR
(NURSE HELEN) WHITLEY & DR. ROBERTA" BURNS)
I' ALSO PUT IN THAT PACKEGS" WAS MY ORIGNAL
1983# LAWSUIT & MY LATESES LAWSUIT "COMPLAINT
I THOUGHT THAT I HAD PUT THE U.S. MARSHAL
FORM IN" FOR THE ATTORNEY GENERAL"
(CARLS" DANSBERG") I' HAD "MADE A MISTAKE
MY FAULT" I WILL" SEND A .U.S MARSHAL
FORM TO "THE" ATTORNEY GENERAL" OFFICE"
WITH HIS NAME ON IT (AS SOON AS) POSSIBLE!
BUT IN THE MEAN TIME AND BETWEEN TIME
I'AM "HOPEIN AND PREYIN TO JESUS ARE"
LORD' THAT I DONT HAIF TO START THE
PROCEES OVER AGAIN" BECAUSE I DONT have
KNOW MORE COPYS OF MY ORIGNAL 1983#
LAWSUIT" SO IF I HAIF TO REITRATE" THE
PROCEES OVER AGAIN" I'AM ASKing AND"
PRAYIN TO THE .U.S. DISTRICT" COURTS TO"
MAIL OR SEND ME A" COPY OF "MY ORIGNAL
1983# LAWSUIT

CA
05-739-S.L.R

✳ ✳ U.S. "DISTRICT" COURT" ✳
✳

THATS IF I' GOT TO START THE PROCESS
All OVER Again SERVEING (CARLS" DANSberg)
THE (ATTORNEY general)
I' NEED A Copy OF my "1983" ORIGNAl" lawsuit
I' AlReady SENT my Last ORIGNAL"
1983" lawsuit" AND my LATESE" Complaint
TO CARLS' DANSberg" ON 10-1-06-
But I FORgoT TO PUT ANOTHER U.S. MARSHAL
form IN FOR (CARLS' DANSberg)

I' WILL SEND JUST THE U.S. MARShal
285# form TO (CARLS' DANSberg)
With his NAME ON THE 285 form)
HE Should HAVE Everything Elise
THAT I SENT TO
him ON 10-1-06-
THANK you PETER T. DALLEO
FOR your TIME AND

have A good DAy! MAN!"

From: Curtis m. Collins
S.B.I. 314128 DELAWARE CORRECTIONAL CENTER
M.H.N. B.h.D.g. 21#
#C.LL 3# 1181-PADDOCK" ROAD
Smyrna, DEL-19977

CA 05-739-SLR

Carls Dansberg
   Attorney general

To whom it may be concern that I'
Curtis M. Collins
sent you my original "1983" lawsuit
and I sent you my previous lawsuit
complaint! Along with two "U.S. 285"
marshal forms one for Dr. Roberta Burns and
the other for nurse Helen Whitley I' sent
all of this to you on 10-1-06
Now here is the "U.S. 285" marshal form
for you"
   On 10-10-06                    S.B.I. 314128#
                    cc  Curtis M. Collins
                        Bldg 2L C-U-3#
                        Delaware Correctional Center
                        Smyrna Del 1181 Paddock Road

cc

* Clerk *                cc
 District Court            Carls" Dansberg
844 N. King ST Lockbox 18#    Attorney general
Wilm, Del 19801-3520        Dept. of Justic State
                 Office Blds 820 N.
                 French ST. Wilm, Del Zip #
                    19801



I/M CURTIS M. COBBENS
SBI# 314128  UNIT C-U-3 #13-D-9-21 T
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL-MAIL

Clerk" Peter' Dalleo
844 N. King St
Lockbox 18 # Wilmington
Delaware
Zip 19801-3570

LEGAL-MAIL