# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
**Attorney General**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

October 16, 2006

[New Castle County-Civil Division]

Inmate Curtis M. Collins
SBI #00314128
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

Re: ***Collins v. Kearney, et al.***
<u>**D. Del., C.A. No. 05-739-SLR**</u>

Dear Mr. Collins:

On September 7, 2006, you filed a Request for Production of Documents directed to First Correctional Medical (D.I. 37). Although this request was not directed to the State Defendants, the State Defendants are producing to you a copy of your entire medical file. Enclosed for your review is a copy of your entire medical file Bates stamped D00001 – D00177. This production is not a waiver of the State Defendants' right to object to the discovery request, any future discovery requests, the attempted admission of any of the enclosed documents at trial or the right to assert any other objections. Thank you.

Sincerely,

*/s/ Erika Y. Tross*

Erika Y. Tross
Deputy Attorney General

EYT/vd
Enclosure