IN "THE" UNITED "STATES' DISTRICT"
COURT" FOR "THE" DISTRICT" OF "DELAWARE"

CASE # 05739 # S.L.R.

CURTIS" M. COLLINS         *
PLTF,                      *
         V.                *
DEFT,                      *
WARDEN "RICK' KEARNEY, ET AL   *

FILED
OCT 24 2006

BD scanned

DEAR, JUDGE (SUE)
TO WHOM IT MAY BE CONCERNED "THAT' I' MR. COLLINS WANT TO ADDRESS" THE COURT" ON THIS "SERIOUS ISSUE" I RECENTLY "RECEIVED" MY ENTIRE MEDICAL FILE" AND I NOTICE" MY PITCHER" INDICATEIN THAT MY RELIGION IS A MUSLIMS" I" TOLD C/O ROBERT J CASSAGE OF' GEORGTOWN" PRISON TWO "YEARS AGO THAT MY RELIGION WAS' CHANGE" AND THAT' I AM KNOW LONGER A MUSLIMS" I HAVEN'T BEEN A MUSLIMS NOW FOR ABOUT TWO YEARS" AND I WANT THE" STATE OF DELAWARE TOO KNOW" THAT I'AM' A SON OF GOD NOW! I BELIEVE IN THE" LORD OF' JESUS" CHRIST' NOW! AMEN I LOVE THE LORD" ALWAYS" AND FOR "EVER" I AM A TRUE" CHRISTIAN"
AND I' WANT THE" COURT'S OF DELAWARE
TO PUT THAT ON RECORDE" FILE THAT MY RELIGION IS A TRUE "CHRISTIAN"
AND JUDGE 'SUE' I WANT TO THANK YOU FOR YOUR ATTENTION AND HAVE A NICE DAY AND GOD BLESS
                SINCERELY' CURTIS M. COLLINS

```
I/M CHRIES M. COLLINS
SBI# 314178  UNIT C-W-3-B.h.D.g.26L##
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

        * CLERK * UNITED "STATES" DISTRICT"
        COURT "OF" "WILMINGTON" DELAWARE
        LOCKBOX 18
        #844. NORTH "KENG. STREET
        WILMINGTON, DELAWARE
                Zip 19801-3570
```

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004608975    $00.390
MAILED FROM ZIP CODE 19977
OCT 23 2006