IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-739-SLR |
| | ) |
| WARDEN RICK KEARNEY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this ~~24th~~ day of October, 2006;

Having received Plaintiff's written questions for depositions of Defendants C/O Berezansky, C/O Milligan, and Sgt. Chandler;

IT IS ORDERED that depositions upon written questions, pursuant to Fed. R. Civ. P. 31, are scheduled before Nancy Rebeschini, Esquire, pro se law clerk, as follows:

**Sgt. Chandler** to be held on **Thursday, November 2, 2006** at **1:30 p.m.**

**C/O Berezansky** and **C/O Milligan** to be held on **Wednesday, November 8, 2006** at **8:30 a.m.**

All depositions shall take place in the visiting judges chambers, room 2325, on the second floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge