CASE "05-739-SLR.

IN THE "UNITED" STATES DISTRICT "COURT

CURTIS M. COLLINS                        COVIL ACTION
PLTF.
                                         05-739-SLR.
          V.

D.R.F.T.S.
WARDEN RICK KEARNEY

OCT 2 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO SUBMIT "SUPPLEMENTLRD DOCUMENTS" IN
THE ABOVE "COVIL" ACTION" THE PLAINTIFF"
CURTIS M. COLLINS IN SUPPORT OF THE ABOVE "COVIL
ACTION" PRESENTS I THE PLAINTIFF 'AM' SUBMITTIN
THESE COPYS OF' SUSSEX CORR' INSTITUTION' FICTITIOUS
EXAMINATION" REPORT" DATES

OF LEFT' RIB CAGE OF THE 9TH RIB CAGE GEORGETOWN PRISON
IS TELLING" THE' COURTS A big" FIB THAT THE
PLAINTIFF ONLY HAD ONE BROKEN RIB" IN ALL
ACTIONUALITY THE PLAINTIFF "HAD TWO BROKEN RIBS
THE 8TH RIB" AND THE 9TH RIB" WERE BROKEN "by THE"
CORRECTIONAL OFFICERS" ALSO CHIEF "JUDGE" SUE"
IAM SENDING YOU BOTH THE M.D.I. RIB' CASE
REPORTS ONE FROM "GEORGETOWN PRISON' AND THE OTHER
FROM "SMYRNA" PRISON" THE' PLAINTIFF NOW SUBMITS
TO THIS honorable" COURT IN SUPPORT OF' PLAINTIFF
INSTANT MOTION WHERE AS PLAINTIFF REQUESTS
THIS COURT TO GRANT PLAINTIFF ABOVE MOTION
TO SUBMIT THESE REPORTS

IN THE UNITED DISTRICT COURT FOR THE STATE

* DELAWARE *

FROM GEORGETOWN PRISON LASTLY

THE PLAINTIFF REQUEST THIS COURT
TO GRANT THIS MOTION FOR SUBMISSION
OF THESE REPORTS
AND FOR THE RECORED
MY RELIGION AS CHRIST JESUS A-MEN

S. B. I
314128

Curtis M. Collins

D.C.C. B.LD.g# 21-C-U-3
1181 PADDOCK ROAD
SMYRNA/DEL 19977

DATE" 10-23-06

3#

IN THE UNITED STATES DISTRICT COURT

* CERTIFICATE *
OF
* SERVICES *

I CURTIS COLLINS hereby CERTIFY THAT ON THIS 10- DAY OF 73-06 — I HAVE HANDED

THIS MOTION TO SUBMIT SUPPLEMENTLE DOCUMENTS TO A/DEL/CORR/CENTER PRISON GAWRDS TO PLACE SAID MOTION IN D.C.C. UNITED STATE MAIL SYSTEM IN A PRE-PAID ENVELOPE TO BE SENT TO THE DEL DISTRICT COURT AND

4506#
ERIKA Y. TROSS
DEPUTY ATTORNEY GENERAL
DEL DEPT OF JUSTIC CARVEL STATE OFFICE BILD.g
820 NORTH FRENCH STR, 6TH FLOOR, WILM/DEL 19801

PETER T. DALLEO
UNITED STATES DISTRICT COURT DELAWARE
LOCK BOX 18- 844 N. King St
WILM/DEL 19801

S.B.I 314128 #
CURTIS M. COLLINS
DEL, CORR, CENTER,
B.L.D.g 21# G.U-3- 1182
PADDOCK, ROAD SMYRNA /DEL
1997

I/M CURTIS M. COLLINS
SBI# 314128   UNIT C. U-3# B.1.D.9. Z1
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



CLERK' UNITED STATES 'DISTRICT' COURT
844 N. KINGSt. Lock-box 18#
Wilm/DEL
19801-3510