

# Mid-Delaware Imaging

DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DE  19977

NAME:     CURTIS COLLINS
DOB:            63
SBI#:      314128

DATE OF EXAMINATION:  08/04/06

FILED
OCT 2 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

CLINICAL INFORMATION:     F/U FRACTURE OF 8TH & 9TH RIBS
                          ON THE LEFT SIDE.

LEFT RIB CAGE AND PA CHEST:

Examination of left rib cage shows old healed fracture of 8th and 9th rib. There is no acute rib fracture, effusion or pneumothorax.

Frontal view of chest shows fully aerated and clear lungs. The cardiac silhouette and pulmonary vasculature are normal. The trachea is patent and central.

IMPRESSION:     Old fracture of left 8th and 9th ribs; otherwise normal study.

                There are no acute findings.

MP/glr                                              Mahendra Parikh, MD

710 South Queen Street
Dover, Delaware 19904
302-734-9888

D00114



# Mid-Delaware Imaging

SUSSEX CORRECTIONAL INSTITUTE
ROUTE 113 NORTH
GEORGETOWN, DE  19947

NAME:       CURTIS COLLINS
DOB:                      63
SBI#:          314128

DATE OF EXAMINATION:    08/10/05.

CLINICAL INFORMATION:    R/O FRACTURE.

LEFT RIB CAGE AND PA CHEST:

Examination of left rib cage shows non-displaced fracture of anterior 9th rib. There is no effusion or pneumothorax.

Frontal view of chest shows fully aerated and clear lungs. The cardiac silhouette and pulmonary vasculature are normal. The trachea is patient and central.

IMPRESSION:    There is seen non-displaced fracture of anterior, left 9th rib.

There is no effusion or pneumothorax.

*Received DM MRC 8/17/05*

MP/glr                                                                 Mahendra Parikh, MD

710 South Queen Street
Dover, Delaware 19904
302-734-9888

D00115