IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-739-SLR |
| | ) |
| WARDEN RICK KEARNEY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the depositions of defendants C/O Berezansky, C/O Milligan, and Sgt. Chandler having taken place,

NOW THEREFORE, IT IS HEREBY ORDERED this 8th day of November, 2006 that plaintiff's deposition questions found at D.I. 51 are unsealed.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　United States District Judge