IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-739-SLR |
| | ) |
| WARDEN RICK KEARNEY, et al., | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATION**

At Wilmington this 6th day of November, 2006;

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on November 8, 2006, do here by certify that:

1. The deposition of Bradley Berezansky was held on November 8, 2006, at 9:30 a.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware.

2. On that same date, Bradley Berezansky declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by plaintiff, Curtis M. Collins, for deponent, Bradley Berezansky.

4. I personally observed deponent, Bradley Berezansky, answer in writing, the deposition questions.

5. A true and correct copy of the written questions filed by plaintiff, the original written answers of deponent, and

written original objections made by his counsel are attached hereto and are filed with the court, and copies shall be served upon the parties and the deponents.

I, Nancy Rebeschini, certify under penalty of perjury that the foregoing is true and correct.

Executed this ___9th___ day of November, 2006.

_____
Nancy Rebeschini, Esquire,
Designated Officer

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 9, 2006, I caused to be electronically filed the attached Certification with the Clerk of the Court using CM/ECF, which will send notification of such filing to Erika Yvonne Tross, Esquire, counsel for defendants. I further certify I caused a true and correct copy of the attached Certification to be served via U.S. mail on plaintiff, Curtis M. Collins, SBI #314128, Delaware Correctional Center, SHU 17-DL-2, 1181 Paddock Road, Smyrna, DE 19977.

/s/ Nancy Rebeschini
Nancy Rebeschini, Esquire,
Designated Officer

C/O Berezansky

1# IS IT TRUE THAT YOU "HAVE A HYSTORY" OF CAPSTUNING INMATES BEFORE AND AFTER THEY ARE "HANDCUFFED AT S.C.I. PRISON

#2 IS IT TRUE THAT 90% OF YOUR DESCIPLINARY REPORTS ON INMATES ACCURE "AT CHOW TIME" FEEDING THE INMATES AT S.C.I. PRISON

#3 WORKING AS A CORRECTIONAL "OFFICER FOR THE STATE OF DELAWARE HAVE YOU EVER BEEN PLACED ON LEVE PENDING ANY INVESTAGATION CONCERNING ABUSEIN "INMATE AT S.C.I. PRISON.

#4 WORKING AS A CORRECTIONAL OFFICER FOR THE STATE OF "DELAWARE" HAVE YOU BEEN SUED BY ANY "INMATES AT S.C.I. ACCUSEING YOU OF ABUSE OR THREATIN BEHAVIOR, IF SO COUND YOU PLEASE STATE FOR THE RECORED HOW MANY MEANY TIMES YOU BEEN SUIED OR ACCUSED OF INMATES ABUSE OF ANY OTHER THREATING BEHAVIORS BY INMATES HOUSED AT S.C.I. PRISON.

5# IS IT TRUE THAT 82% PERCENT OF YOU DESCIPLINTARY REPORTS FILED ON INMATES ARE AFRICAN AMERICAN "INMATES AT S.C.I. PRISON

#6# 90 BEREZANSKY
IS IT TRUE THAT OUT OF 90% PERCENT!
OF YOUR IN'COUNTER ARE "WITH" AFRICAN
AMERICAN "INMATES" RESOLVES" IN THEM
BEING ASSAULTED" BY YOU CAPSTUN! BY YOU
BEFOR AND AFTER" THE INMATES ARE ALREADY
IN HANDCUFFS.

#7# Sir
CANT YOU PLEASE TELL THE "COURTS WHY YOU
RAN AT MR. COLLINS IN THE CHOW HALL AND"
ASSAULTED MR. COLLINS BY PUNCHIN MR. COLLINS
IN THE FACE INFRONT OF A BUNCH OF OTHER
INMATES IN THE S.C.I. CHOW HALL

#8 IS IT TRUE THAT YOUR JOB IS TO BE A
PROFESSIONAL OFFICERS

#9 WELL CANT YOU PLEASE TELL THE COURTS
WHY YOU USED PROFANITY ALL THE TIMES
WHEN TALKIN TO INMATES

#10# HAVE YOUR EVER BEEN ASSAULTED OR ABUSED
IN THE PASS BY AN' AFRICAN AMERCAN
MALE" WHILE YOU WERE OUT OF UNIFORM
OR IN UNIFORM.

c/o Bradley Berezansky               11/08/06

1) No
2) No
3) No
4) Yes, once
5) I don't know! I don't keep track.
6) NO
7) I was approached by you not the other way around. You lunged at me and were capstunned and taken to the ground and cuffed.
8) Yes
9) I don't use profanity all the time(s) while talking to inmates.
10) NO

Bradley S. Berezansky

Deposition of Bradley Berezansky          11/8/06

Objections:
1. Objection - Irrelevant
2. Objection - Irrelevant
3. No objection
4. Objection - Compound + Irrelevant
5. Objection - Irrelevant
6. Objection - Form
7. No objection
8. No objection
9. Objection - Form
10. Objection - Irrelevant


*Erika Y. Tross* (#4506)
Erika Y. Tross