IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF

\* DELAWARE \*

CURTIS M. COLLINS

v.

WARDEN RICK KEARNEY ET AL
C/O BEREZANSKY
SGT CHANDLER
C/O DAISEY
C/O IRVIN JOHNSON
C/O MILLIGANT
NURSE HELEN WHITLEY
DR. ROBERTA BURNS
C/O SHAWN EMERICK

CIVIL ACTION

105-CV-739-SLR

FILED
NOV 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

NOW COMES THE PLAINTIFF 'CURTIS M. COLLINS) MOTION TO MOVE THE COURT FOR AN ORDER DIRECTING "TO AMENDMENT" TO SERVE THE U.S. MARSHAL FORMS TO A CORRECTIONAL OFFICER SHAWN EMERICK, THE PLAINTIFF (WISHES TO ADD C/O SHAWN-EMERICK TO THE PARTIES ON EXCESSIVE USE OF 'FORCE' AND ASSAULT AND BATTERY ON THE PLAINTIFF MR. COLLINS) PURSUANT TO THE CIVIL RIGHTS STATUTES OF 1871 (IE) 42 U.S.C. 1983



\* CERTIFICATE OF SERVICES \*

I CURTIS M. COLLINS hereby CERTIFY THAT ON 10 8 06 I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED AMENDMENT MOTION WAS HANDED TO A. D.C.C. CORRECTIONAL OFFICER TO PLACE IN. D.C.C. US. MAILING SYSTEM TO FORWARD TO:

DEFT/ COUNSEL
ERIKA TROSS ATTORNEY GENERAL
DEPT/ OF JUSTICE CARVEL STATE BLDG
820 N. FRENCH St WILM/ DEL 19801

CLERK PETER T. DALLEO
UNITED STATES DISTRICT COURT
OF DEL LOCKBOX 18 844 N. King St
WILM/ DEL 19801

RESPECTFULLY SUBMITTED

INMATE CURTIS M. COLLINS
SBI# 314128
DEL CORR/ CENTER
1181 PADDOCK ROAD
19477