IN THE UNITED STATES DISTRICT COURT

✻ FOR THE DISTRICT OF DELAWARE ✻

CURTIS M. COLLINS

v.

| | | |
|---|---|---|
| WARDEN RICK KEARNEY ET/AL | ✻ | CIVIL ACTION |
| SERGENT JAMES CHANDLER | ✻ | 05-739-SLR |
| BRADLEY BEREZANSKY | ✻ | |
| JEFFREY DAXSEY | ✻ | |
| IRVIN JOHNSON ✓✓ | ✻ | |
| MICHAL MILLIGAN | ✻ | |
| NURSE HELEN WHITLEY | ✻ | |
| DR. ROBERTA BURNS | ✻ | |


FILED
NOV 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

✻ MOTION FOR EVIDENTRY ✻
✻ HEARING ✻

COMES NOW THE PLAINTIFF CURTIS M. COLLINS RESPECTFULLY REQUESTING THIS HONORABLE COURT TO GRANT PLAINTIFF AN EVIDENTRY HEARN FOR THE FOLLOWING FACTS AND GROUNDS. 1) ON THE DEFENDANTS SERVED A COPY OF THERE ANWSERS, CLAIM-ING THAT IN THERE ANWSERS CORRECTIONAL OFFICER WAS NOT WORKING IN THE CHOW HALL AT S.C.I. ON 8-6-05 THE PLAINTIFF ASSERTS AND IT IS A FACT THAT C/O IRVIN JOHNSON DID WORK IN THE BUILDING THE DAY AND TIME OF THE BRUTALL ASSUALT ON THE PLAINTIFF IT IS A "FACT" THAT AFTER THE ASSUALT'S AND CAPSTUNING OF THE PLAINTIFF C/O'S DID PERSONALLY TAG BAGS OF THE PLAINTIFF PERSONALS AND CLOTHEREN (SEE THE,, (ATTACHMENTS Pg ) (2) ON THE 8-6-05 THE PLAINTIFF ASSERTS THAT C/O MILLIGAN WAS THE DEFENDANTS WHO HELP WITH THE HANDCUFFING OF THE PLAINTIFF THE PLAIN-TIFF REQUESTS THAT THIS HONORABLE COURT ORDER THE DEFENDANTS TO PROVIDED THE PLAINTIFF WITH A COPY OF THE M.S.B. GREEN

IN THE UNITED STATES DISTRICT COURT
✱   OF DELAWARE ✱

sight in log book's at the M.S.B. on 8-6-05

(3) Finally because there is know way that the plaintiff can provide this court with photo's or picture of the two defendants stated in this motion or provide this court with photos of the assualt and capstuning of the plaintiff on 8-6-05 the plaintiff only can state for the court record's his eyzwitness trustworthey evidence of the who I saw and what he saw the day and time of the assualt's and capstuning. (4) Wherefor the plaintiff ask this honorable court to order the defendants to provid a list of all of the correctional officer's who took place in handcuffing and capstuning of the plaintiff on 8-6-05 Also the plaintiff respectfully ask this court to order the defendants to provid the plaintiff with a list of the Sussex County Q.R.T. who responded at M.S.B. building the day and time the plaintiff was assualt and capstuning. the plaintiff request's that this honorble court will order the defendants to provid the plaintiff with a copy of the Sussex County maximum sec/ B.L.D.g green log book on the date and time of the assualt and capstuning of the plaintiff

5) the plaintiff asserts that if this; Evidentry-hearing is granted the plaintiff can provid this honorble court with facts and not just his trust worthy eyeswittness testimoney

✳ ✳ ✳

✳ CERTIFICATE OF SERVICES ✳

I, CURTIS M. COLLINS hereby CERTIFY THAT ON 10-8-06 I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION FOR EVIDENTRY-HEARIN WAS HANDED TO A D.C.C. US MAILIN SYSTEM TO BE FORWARD TO:

DEFENDANTS
"COUNSEL"
ERIKA TROSS
ATTORNEY GENERAL
OF DEL/ DEPT OF JUSTIC
CARVEL STATE BLDG
820 N. FRENCH ST
WILM, DEL
    19801

(CLERK) PETER T. DALLEO
UNITED STATES DISTRICT COURT
OF DELAWARE LOCKBOX 18
844 N. KING ST
WILM, DEL, 19801

RESPECTFULLY SUBMITTED
INMATE
CURTIS M. COLLINS SBI 314
DEL/ CORR/ CENTER
1181 PADDOCK RD.

| Disciplinary# | | | | |
|---|---|---|---|---|
| 5183 | | | | |

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 08/06/2005

# DISCIPLINARY REPORT

Disciplinary Type: Class2    Housing Unit: MULTI-SECURITY    IR#: 11021

| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
|---|---|---|---|---|---|
| 00314128 | Collins, Curtis M | SCI | MULTI-SECURITY | 08/06/2005 | 07:15 |

Violations: 2.13/200.111 Possession of Non-Dangerous Contraband

Witnesses: 1. Gosnell, William    2. Johnson, Irvin    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Approximate Time I, Cpl W. R. Gosnell Did Find Curtis Collins 00314128 In Possession Of Two Altered Items One Sweat Shirt With The Sleeves Cut Off And One T-Shirt With The Sleeves Cut Off.---Eor---

Reporting Officer: Gosnell, William R (CO Corporal/Sgt. - Large Inst.)

### Immediate Action Taken

Immediate action taken by: Gosnell, William R -CO Corporal/Sgt. - Large Inst.

Confiscated And Turned Over To Lt. J. Payne

### Offender Disposition Details

Disposition: N/A    Date: N/A    Time: N/A    Cell secured? No

Reason: N/A

Disposition Of Evidence: Confiscated And Turned Over To Lt. J. Payne

Received, Reviewed & Approved

### Approval Information

Approved: ☒    Disapproved: ☐    Approved By: Johnson, Joseph H (Staff Lt./Lt)

AUG 0 6 2005

Comments: Srnt To Lt. J Isaacs

Watch Commander
Signature: _____

### Shift Supervisor Details

Date Received:    Time:    Received From:

Shift Supervisor Determination:

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

_____
Johnson, Joseph H (Staff Lt./Lt)

I have received a copy of this notice on DATE: 8-9-05    TIME: _____ and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing Officer: LT. Joe Isaac

Offender: X Curtis Collins
Collins, Curtis M

Page 1 of 1

JULIUS M. COLLINS
SBI# 314128   UNIT C-W-3 BLDG 7LT
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Mr. PETER T. DALLEO "CLERK UNITED
STATES' DISTRACT' COURT"
OF' DELAWARE' Lockbox 18
844 N. Koeng ST
WILM/DEL
19801#3570

MAIL   19801/3570