

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone#: 302-856-5280

# INCIDENT REPORT

Date: 08/06/2005

| Group#: N/A | Type: Inmate Involved | Incident Date: 08/06/2005 | Time: 06:00 | Confidential: No |
|---|---|---|---|---|

**Facility:** SCI Sussex Correctional Institution  **Followup Required:** No
**Associated Disciplinary Report #(s):** 5182
**Incident Location:** MULTI-SECURITY
**Location Description:** MSB Chow Hall
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
On the above date, time, and location, I C/O Berezansky, gave a direct order to I/M Collins, Curtis (00314128) to stop talking or dump his tray. I/M Collins continued to talk so I ordered him to dump his tray and lock in. I/M Collins walked over and dumped his tray and walked towards me with fists clinched along with his teeth. I/M Collins then lunged at me. By this time, we all were all outside of the chow hall. I then pulled and sprayed Capstun directly in I/M Collins' face. I/M Collins was then taken to the ground by myself, C/O Shawn Emerick, and C/O Jeffrey Daisey to be cuffed. I/M was cuffed and escorted to the holding cell where he was seen by Nurse Helen and complained of no injuries. I/M Collins was then escorted to ASDA where he was placed in Asda 1 Cell 1. EOR

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A    **Date Collected:** N/A
**Discovered By:** N/A    **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [X] CAPSTUN  [ ] NONE
**Restraints Used:** Handcuffs

**Immediate Action Taken:**
Ordered I/M to keep quiet or lock in.

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Curtis, Collins M | 00314128 | N/A |
| Staff | Bradley, Berezansky | N/A | Correctional Officer |
| Staff | Shawn, Emerick T | N/A | Correctional Officer |
| Staff | Jeffrey, Daisey | N/A | CO Corporal/Sgt. Small Inst. |

**Reporting Officer:** Berezansky, Bradley (Correctional Officer)    **Entered By:** Berezansky, Bradley (Correctional Officer)

### Approval Information

[X] Approved  [ ] Disapproved   **Date:** 08/06/2005   **Approved by:** Johnson, Joseph H (Staff Lt./Lt)
**Comments:** Sent to Lt. J lasscs

Received, Reviewed & Approved
AUG 06 2005
Watch Commander
Signature

D00178

| Incident# | | | |
|---|---|---|---|
| 11019 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone#: 302-856-5280 | | Date: 08/06/2005 |

## INCIDENT REPORT

| Group#: N/A | Type: FYI | Incident Date: 08/06/2005 | Time: 06:00 | Confidential: No |
|---|---|---|---|---|

**Facility:** SCI Sussex Correctional Institution     **Followup Required:** No
**Incident Location:** MULTI-SECURITY
**Location Description:** CHOW HALL
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
ON THE ABOVE DATE AND APPRX. TIME, I C/O DAISEY WAS ASSISTING WITH CHOW WHEN I HEARD C/O BEREZANSKY GIVE I/M CURTIS COLLINS A DIRECT ORDER TO STOP TALKING OR DUMP HIS TRAY. AT THAT TIME I/M COLLINS BECOME EVEN LOUDER AND CAUSING A COMMOTION. THEN C/O BEREZANSKY ORDERED I/M COLLINS TO DUMP HIS TRAY AND RETURN TO CELL AND LOCK IN. AS I/M COLLINS WAS EXITING THE CHOW HALL, I/M COLLINS TURNED AROUND IN A THREATING MANNER AND RAISED HIS FIST IN A FIGHTING STANCE AND WAS LUNGING TOWARD C/O BEREZANSKY. C/O. BEREZANSKY AT THAT TIME PULLED CAPSTUN AND SPRAYED I/M CURTIS COLLINS. AT THAT TIME I/M COLLINS WAS TAKEN TO THR GROUND BY I C/O DAISEY, C/O EMERICK AND C/O BEREZANSKY AND HANDCUFFED AND TAKEN TO HOLDING CELL AND WAS SEEN BY MEDICAL WITH NO INJURIES AND PLACED IN ASDA-1, CELL-1. E.O.R

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A     **Date Collected:** N/A
**Discovered By:** N/A     **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL   [ ] CHEMICAL   [ ] STUN   [ ] OTHER   [X] CAPSTUN   [ ] NONE
**Restraints Used:** HANDCUFFS

**Immediate Action Taken:**
I/M COLLINS BECOME THREATING AND DISORDERY WAS SPRAYED WITH CAPSTUN, HANDCUFFED AND WAS SEEN BY MEDICAL. PLACED IN HOLDING CELL

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Jeffrey, Daisey | N/A | CO Corporal/Sgt. Small Inst. |
| Staff | Bradley, Berezansky | N/A | Correctional Officer |
| Staff | Shawn, Emerick T | N/A | Correctional Officer |
| Inmate | Curtis, Collins M | 00314128 | N/A |

**Reporting Officer:** Daisey, Jeffrey (Co Corporal/Sgt. Small Inst.)     **Entered By:** Daisey, Jeffrey (Co Corporal/Sgt. Small Inst.)

### Approval Information

[X] Approved   [ ] Disapproved   **Date:** 08/06/2005   **Approved by:** Johnson, Joseph H (Staff Lt./Lt)
**Comments:** Sent to Lt. J Isaacs

Received, Reviewed & Approved
AUG 0 6 2005
Watch Commander
Signature _____

D00179

| | | |
|---|---|---|
| Incident# | SCI Sussex Correctional Institution<br>PO Box 500 | Date: 08/06/2005 |

**Incident Location:** MULTI-SECURITY
**Location Description:** MSB Chow Hall
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
On the above date, time, and location, I C/O S. Emerick observed C/O Berezansky give I/M Collins, Curtis 00314128 a direct order to stop talking or dump his tray. I/M Collins dumped his tray and then became disorderly, and walked towards C/O Berezansky in a threatening manner with his fists clinched. I/M Collins then lunged at C/O Berezansky as he was exiting the chow hall. C/O Berezansky then pulled and sprayed Capstun directly in I/M Collins' face. I/M Collins was then taken to the ground by myself, C/O Berezansky, and C/O Daisey to be handcuffed. I/M Collins was then escorted to the holding cell, seen by medical where he complained of no injuries. After being cleared by medical, I/M Collins was placed in ASDA 1 Cell 1.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A   **Date Collected:** N/A
**Discovered By:** N/A   **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL   [ ] CHEMICAL   [ ] STUN   [ ] OTHER   [ ] CAPSTUN   [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Curtis, Collins M | 00314128 | N/A |
| Staff | Shawn, Emerick T | N/A | Correctional Officer |
| Staff | Bradley, Berezansky | N/A | Correctional Officer |
| Staff | Jeffrey, Daisey | N/A | CO Corporal/Sgt. Small Inst. |

**Reporting Officer:** Emerick, Shawn T (Co Corporal/Sgt. Small)   **Entered By:** Daisey, Jeffrey (Co Corporal/Sgt. Small Inst.)

### Approval Information

[X] Approved   [ ] Disapproved   **Date:** 08/06/2005   **Approved by:** Johnson, Joseph H (Staff Lt./Lt)
**Comments:** Sent to Lt. J Isaacs

Received, Reviewed & Approved
AUG 06 2005
Watch Commander
Signature

D00180

**SHIFT ASSIGNMENT ROSTER-1**

Date: 8/6/05   Day: SAT.   Shift: 12x8   Watch Commander: West

| CENTRAL CONTROL | KEY SOUTH BLG | TOWERS | PT VISITING RM |
|---|---|---|---|
| | | | |
| | | | |
| **MSB** | | | |
| Chandler | | | **GYM OFFICER** |
| Chaffinch | | **KITCHEN AM** | |
| Emerick | | | **CHAPEL** |
| Berezansky | **PT HOUSING UNITS** | | |
| Daisy | | **KITCHEN PM** | **RECEIVING RM** |
| Johnson | | | |
| Doey (C/T) | | | |
| Adams W. | | **OUTSIDE HOSP** | |
| | | | **PROPERTY RM** |
| Tyre | | | |
| **MEDIUM BLDG** | **PRETRIAL ROVERS** | **FRONT DOOR** | **MERIT BLDG** |
| | | **FRONT COUNTER** | |
| | | **WAITING ROOM** | |
| **MINIMUM BLDG** | | | |
| | **TRUCK GATE** | **PROGRAMS P/T** | **LTS ON SHIFT** |
| **K9 Units** | | | |
| | **PATROLS** | **SHAKEDOWN** | |
| **VACATION** | **SICK** | **HOLIDAY** | |
| | | | **TRAINING/OTHER** |
| | **COMP/FMLA** | **MILITARY/NLWOP** | **P.R.T.** |

D00181