IN THE "UNITED STATES" DISTRICT "COURT
* FOR "THE "DISTRICT" OF DELAWARE *

CURTIS M. COLLINS, )
PLAINTIFF )
v. ) CIV. NO. 05-739-S.L.R.
WARDEN RICK KEARNEY, ) JURY TRIAL DEMAND
DEFENDANTS ET AL., )
)
)
)
)

FILED
NOV 21 2006
BD scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

\* MOTION TO EXTEND "DEAD" LINE *
FOR A DISPOSITIVE MOTION ^Due by 12-8-06

COMES NOW THE PLAINTIFF CURTIS M. COLLINS IN THE ABOVE MOTION TO EXTEND DEAD "LINE DUE TO THE FACT THE PLAINTIFF IS IN A LOCKDOWN UNITE SEGREGATION WEAR THE PLAINTIFF REALLY DON'T HAVE NO KIND OF ACCESS TO THE LAW LIBRARY" NOR THE PLAINTIFF CAN NOT SEE OR TALK TO A PARALEGALS ABOUT HIS LEGAL PROBLEMS, THE PLAINTIFF CAN NOT REQUEST TO TALK TO A PARALEGAL ABOUT HIS LEGAL PROBLEMS AND I FINDS THAT AGAINST THE LAW BECAUSE PRISONERS SHOULD BE ALLOW ON SOME TYPE OF HELP FROM A PARALEGAL EXSPECIALLY WHEN A PLAINTIFF IS IN A LOCKDOWN UNITE THE PLAINTIFF NEEDS HELP TO PUT A BRIEF" TOGETHER THE PLAINTIFF IS ALSO INDIGENT" AND NEED" SUPPLYS OF PAPER PENS ENVELOPS STAMPS ETC/ TO OPERATE HIS SITUATION THE PLAINTIFF REQUESTS AND PRAYS THIS HONORBLE COURT TO EXTEND THE 12-8-06 DEAD LINE TO 30 DAYS TO ALLOW THE PLAINTIFF A CHANCE TO TRY TO TALK A PARALEGAL OR SOMEBODY ABOUT HIS LEGAL PROBLEMS IN THE LEGAL MATTERS
EXTEN
THE PLAINTIFF PRAYS THIS HONORBLE COURT TO THE 12-8-06 DEAD LINE
( SINCERELY) CURTIS M. COLLINS

\*CERTIFICATE OF SERVICES\*

I' CURTIS M. COLLINS hereby CERTIFY THAT

ON 11-20-06, I' CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED WAS HANDED" TO A .D.CC. CORRECTIONAL' OFFICER TO PLACE IN DCC. U.S. MAIL IN SYSTEM TO FORWARD TO:

\*CLERK\*

PETER T. DALLEO

DEFENDANTS COUNSEL

ERIKA Y. TROSS DEPUTY ATTORNEY GENERAL
D.E.P.T OF JUSTICE
CARVEL STATE B.L.DO.G.
820 N FRENCH ST WILM, DEL, 19801

UNITED STATES DISTRICT COURT OF DEL LOCKBOX 18
844 N. King St WILM, DEL 19801-3570 #

PLAINTIFF RESPECTFULLY SUBMITTED, CURTIS M. COLLINS
DEL/ CORR/ CENTER
1181 PADDOCK ROAD
SMYRNA DEL 19477

