# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CURTIS M. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-739-SLR |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN RICK KEARNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## AFFIDAVIT OF TIMOTHY MARTIN

I, Timothy Martin, having been duly sworn by law, do hereby depose and state as follows:

1.      I am employed by the State of Delaware Department of Correction ("DOC") as a Paralegal II at the Delaware Correctional Center ("DCC"), Smyrna, Delaware. I have been employed by DCC since March 1996, and as a Paralegal II since February 2001.

2.      Inmate Curtis Collins, SBI #00314128, has been housed in the Maximum Housing Unit ("MHU"), Building #21 since April 4, 2006. Mr. Collins is not housed in segregation.

3.      Because of the security level assigned to Building #21 all legal work is handled through in-house mail service. Although Mr. Collins does not have physical access to the law library or a paralegal, he is permitted to write his requests to the law library staff through institutional mail. His requests are then completed by staff paralegals and inmate workers. Attached as Exhibit "1" is a breakdown of the requests Mr. Collins made to the law library from April 7, 2006 through November 29, 2006.

1

4.    There are various services provided to the inmates through the law library. These services include: court forms for the various courts, photocopying, notary service, case law research and copies of case law and court rules. Attached as Exhibit "2" is a breakdown of the services Mr. Collins received from April 7, 2006 through November 29, 2006.

_Timothy J. Martin_
Timothy Martin

**SWORN AND SUBSCRIBED** before me this ___1st___ day of December_____, 2006.

_Notary signature_
Notary

2