# EXHIBIT 1
# to Martin Affidavit



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
DELAWARE CORRECTIONAL CENTER
Legal Services Administrator
Smyrna Landing Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6687

Law Library Useage for Curtis Collins  SBI # 00314128

I/M Curtis Collins has been housed in MHU since April 7, 2006. The following is a breakdown of requests made to MHU Law Library from April 7, 2006 to November 29, 2006:

| Item Requested | Description | Date Requested | Date Sent to Bldg. |
|---|---|---|---|
| Court Forms | Assorted Civil Forms for U.S. District Court | 04-07-06 | 04-07-06 |
| Court Forms | Assorted Civil Forms for U.S. District Court | 04-11-06 | 04-11-06 |
| Court Forms Address | Summons & Subpoena U.S. District Court Address Attorny General, Washington D.C. | 04-17-06 | 04-17-06 |
| Question about Payroll Check | Response from I/M Worker Christopher Desmond | 05-16-06 | 05-16-06 |
| Legal Questions | Response from I/M Worker Christopher Desmond | 05-25-06 | 05-25-06 |
| Legal Question Court Form | Response from I/M Worker Christopher Desmond Appeal Form sent | 05-30-06 | 05-30-06 |
| Address | American Red Cross | 05-30-06 | 05-30-06 |
| Legal Question | Response from I/M Worker Christopher Desmond | 06-01-06 | 06-01-06 |
| Medical Records | Medical Release forms sent | 06-06-06 | 06-06-06 |
| Court Rules | FRCP Rule 26 and Rule 33 sent | 06-07-06 | 06-07-06 |
| Photocopies | | 06-12-06 | 06-12-06 |
| Court Rules | FRCP Rule 26, 33 and 34 | 06-13-06 | 06-13-06 |
| Photocopies, Forms, Address | Letter from Superior Court, address to Supreme Court, Notice of Appeal to Supreme Court | 06-23-06 | 06/23/06 |
| Photocopies | Disciplinary Forms Returned not attached to motion to Courts | 07-17-06 | 07-18-06 |
| Photocopies | Notice of Motion; Disciplinary Forms resent with filing 105CV00739-SLR, photocopies completed | 07-21-06 | 07-21-06 |
| Question about Lawsuit Filing | Motion Appt of Counsel, Response I/M Worker Christopher Desmond, | 08-01-06 | 08-01-06 |
| Photocopies | Motion Appt. Counsel, Plaintiff's Answer | 08-07-06 | 08-07-06 |
| Legal Question | Response from I/M Worker Christopher Desmond, Rule 26 & 34, Court Forms | 08-09-06 | 08-09-06 |
| Legal Question, Request for 285 Forms | Response from I/M Worker Christopher Desmond, I/M Collins received 4 U.S. Marshall 285 Forms | 08-21-06 | 08-21-06 |
| Court Rules | Habeas Corpus s. 2254 | 08-22-06 | 08-22-06 |
| 285 Form, | Additional U.S. Marshall 285 Form, Legal Letter | | |

| photocopies | | 08-23-06 | 08-23-06 |
|---|---|---|---|
| Court Forms | Habeas Corpus form sent | 08-24-06 | 08-24-06 |
| Photocopies | Questions for Deposition Hearing | 08-28-06 | 08-28-06 |
| Photocopies | Motion to Submit Supplementle | 08-29-06 | 08-29-06 |
| Photocopies | Motion to Produce Medical Records, Letter to Governor Minner, Motion to Extend deadline. Letter to Staff returned not photocopied as per DCC policy | 08-29-06 | 08-29-06 |
| Photocopies | Motion to Submit Witnesses | 09-01-06 | 09-01-06 |
| Photocopies | Motion to Move the Courts | 09-05-06 | 09-05-06 |
| Photocopies, Request for 285 Forms | Motion to Compel, Staff Paralegal Response sent advising I/M Collins that he had rec'd his 285 Forms. But that if he had proof of Amend. More would be sent. | 09-25-06 | 09-25-06 |
| Request for 285 Forms | Amended order produced by I/M Collins (4) 285 forms sent. | 09-27-06 | 09-27-06 |
| Photocopies | Exhibits for 1983 Motion | 09-29-06 | 09-29-06 |
| Request for 285 Forms | Staff P/L request generated in response to request for additional 285 forms. (1) Form sent. | 10-10-06 | 10-10-06 |
| | Medical Release form sent to I/M Collins per request from Attorney General's Office | 10-10-06 | 10-10-06 |
| Photocopies | Motion to Submit Supplemental Documents | 10-23-06 | 10-23-06 |
| Photocopies | Order to Amend | 11-08-06 | 11-08-06 |
| PSHLM | Samples of Civil Briefs | 11-15-06 | 11-15-06 |
| Photocopies | Motion to Submit Witnesses | 11-17-06 | 11-17-06 |
| Case Law | 4 cases sent on Police Brutality | 11-21-06 | 11-21-06 |
| Case Law | Const Amend 4,7,8 & 14, Search Lists (2) on Police Brutality and C/O Brutality, 18 U.S.C.A. 242, 28 USCA 1331, Rodney King v. LAPD | 11-22-06 | 11-22-06 |
| Photocopies | Opening Brief, Response from I/M Worker Christopher Desmond ref. Marshall Form Service | 11-27-06 | 11-27-06 |
| Legal Question, Photocopies | Response from I/M Worker Christopher Desmond, Appendix | 11-29-06 | 11-29-06 |

- I/M Curtis Collins did not ask for or receive any Notary Service for this time period.
- Medical Record Form from Attorney General's Office was followed up on. I/M Collins informed Staff that he was a "big boy" and could handle it without assistance from DCC Staff.
- Inmate Curtis Collins has been housed in Building 21 for this entire time period. Because of the Security Level assigned to this building all legal work is handled through In-House mail service.