# EXHIBIT 2
# to Martin Affidavit

MHU Law Library 2006 Bldg 21 Mail Log

| Inmates Name | SBI # | Cell Location | Date Rec'd | Description | Date Ret'd |
|---|---|---|---|---|---|
| Collins, Curtis | 314128 | C-U-3 | 4/7/2006 | Court Forms | 4/7/2006 |
| Collins, Curtis | 314128 | C-U-3 | 4/11/2006 | Court Forms | 4/11/2006 |
| Collins, Curtis | 314128 | D-U-3 | 4/17/2006 | Court Forms, Addresses | 4/17/2006 |
| Collins, Curtis | 314128 | C-U-3 | 4/24/2006 | Legal mail forwarded to mailroom | 4/24/2006 |
| Collins, Curtis | 314128 | C-U-3 | 5/16/2006 | I/M Paralegal Response | 5/16/2006 |
| Collins, Curtis | 314128 | C-U-3 | 5/25/2006 | I/M Paralegal Response | 5/25/2006 |
| Collins, Curtis | 314128 | C-U-3 | 5/30/2006 | I/M Paralegal Response, Court Forms | 5/30/2006 |
| Collins, Curtis | 314128 | C-U-3 | 5/30/2006 | Address American Red Cross | 5/30/2006 |
| Collins, Curtis | 314128 | C-U-3 | 6/2/2006 | I/M Paralegal Resposne | 6/2/2006 |
| Collins, Curtis | 314128 | C-U-3 | 6/6/2006 | Medical Release Forms | 6/6/2006 |
| Collins, Curtis | 314128 | C-U-3 | 6/7/2006 | FRCP Rule 26 and Rule 33 | 6/7/2006 |
| Collins, Curtis | 314128 | C-U-3 | 6/12/2006 | photocopies | 6/12/2006 |
| Collins, Curtis | 314128 | C-U-3 | 6/13/2006 | Court Rules | 6/13/2006 |
| Collins, Curtis | 314128 | C-U-3 | 6/23/2006 | photocopies, Court Forms, address | 6/23/2006 |
| Collins, Curtis | 314128 | C-U-3 | 7/17/2006 | Disciplinary Forms Returned | 7/18/2006 |
| Collins, Curtis | 314128 | C-U-3 | 7/21/2006 | photocopies | 7/21/2006 |

11/29/2006

Page 1

2006 MHU Bldg 21 Mail Log2                                                                                                11/29/2006

| Inmates Name | SBI # | Cell Location | Date Rec'd | Description | Date Ret'd |
|---|---|---|---|---|---|
| Collins, Curtis | 314128 | C-U-3 | 8/1/2006 | Court Forms, I/M Paralegal Response, photocopies | 8/1/2006 |
| Collins, Curtis | 314128 | C-U-3 | 8/7/2006 | photocopies | 8/7/2006 |
| Collins, Curtis | 314128 | C-U-3 | 8/9/2006 | I/M P/L Response, Court Forms | 8/9/2006 |
| Collins, Curtis | 314128 | C-U-3 | 8/21/2006 | I/M Paralegal Response, 4 285 Marshall Forms | 8/21/2006 |
| Collins, Curtis | 314128 | C-U-3 | 8/22/2006 | Habeas Corpus s. 2254 | 8/22/2006 |
| Collins, Curtis | 314128 | C-U-3 | 8/23/2006 | photocopies, Marshal Form 285 | 8/23/2006 |
| Collins, Curtis | 314128 | C-U-3 | 8/24/2006 | Court Forms | 8/24/2006 |
| Collins, Curtis | 314128 | C-U-3 | 8/28/2006 | photocopies | 8/28/2006 |
| Collins, Curtis | 314128 | C-U-3 | 8/29/2006 | photocopies | 8/29/2006 |
| Collins, Curtis | 314128 | C-U-3 | 9/1/2006 | photocopies | 9/1/2006 |
| Collins, Curtis | 314128 | C-U-3 | 9/5/2006 | photocopies | 9/5/2006 |
| Collins, Curtis | 314128 | C-U-3 | 9/25/2006 | photocopies, Staff Paralegal Response | 9/25/2006 |
| Collins, Curtis | 314128 | C-U-3 | 9/27/2006 | U.S. Marshal 285 Forms (4) | 9/27/2006 |
| Collins, Curtis | 314128 | C-U-3 | 9/29/2006 | photocopies | 9/29/2006 |
| Collins, Curtis | 314128 | C-U-3 | 10/10/2006 | Staff Paralegal Response | 10/10/2006 |
| Collins, Curtis | 314128 | C-U-3 | 10/10/2006 | Medical Release Form sent from AG's Office | 10/10/2006 |
| Collins, Curtis | 314128 | C-L-3 | 10/23/2006 | photocopies | 10/23/2006 |
| Collins, Curtis | 314128 | C-U-3 | 11/8/2006 | photocopies | 11/8/2006 |
| Collins, Curtis | 314128 | C-U-3 | 11/15/2006 | PSHLM (pgs 700-708) | 11/15/2006 |
| Collins, Curtis | 314128 | C-U-3 | 11/17/2006 | photocopies | 11/17/2006 |
| Collins, Curtis | 314128 | C-U-3 | 11/21/2006 | Cases (+4), Const. Amendments | 11/21/2006 |
| Collins, Curtis | 314128 | C-U-3 | 11/22/2006 | Amend 4,7,8 &14,Search List (2),USCA (+2),Case(+1) | 11/22/2006 |
| Collins, Curtis | 314128 | C-U-3 | 11/27/2006 | photocopies, I/M P/L Response | 11/27/2006 |
| Collins, Curtis | 314128 | C-U-3 | 11/29/2006 | photocopies, I/M P/L Response | 11/29/2006 |