UNITED STATES' DISTRICT COURT
OF DELAWARE

CURTIS M. COLLINS )
  ) C.V. NO. 05-739-S.L.R.
v. )
  )
WARDEN RICK KEARNEY, ET AL. )
  )
  )
  )

"Opening"
"Brief"

FILED
DEC 04 2006

Curtis M. Collins
Delaware "Correctional" Ctr
Smyrna, Del 19977

UNITED STATES DISTRICT COURT

\* Table of Contents \*

Table of Authorities ............... Page \* 3 \*

Nature and Stage of Proceedings ........ Page \* 4 \*

Summary of the Facts                    Page 5

Statement of Facts . . . . . . . . .    Page \*\* 6

Arguments . . . . . . . . . .           Page \* 7

Conclusion . . . . . . . . . .          Page \*\* 8 \*\*

# In * District * Court * of * Delaware
## Table of Authorities

CASES

Bracey v. Grenoble 494-F.2D-566

Byrd v. Breshke 466-F.2D-6

Collins v. Brown 268-F-Supp-198

Curtis v. Everett 489-F.2D-516

Davidson v. Dixon 386 F. Supp 482

Dole v. Arco Chemical Co. 921-F.2D-484

Hudson 112 S.Ct-995

Lompert v. Renold Metal Co. 372-F.2D-245

Landman v. Royster 354-F. Supp-1302

Monroe v. Pope 81-S.Ct-473

Nussle v. Porter 122-S.Ct-983

Popow v. Marjnt 476-F. Supp-1237

Wright v. McMann 460 F.2D-126


Constitutional Provision

Eight Amendment

Fourteenth Amendment

# * NTATURE STAGE OF * PROCEEDINGS

PAGE 4#

On 8-6-2005 Plaintiff Curtis M Collins entered the main chow hall at Breakfast time while at the Sussex Correctional Center Located in Georgetown, De. He asked other inmates already seated at the Table to slide down so he could sit down to eat. at which time C/o Berezansky told Mr. Collins to "shut The Fuck up" and "Throw your fucking food trey away" Mr. Collins asked C/o Berezansky why he had to throw away his food trey. C/o Berezansky responded There no talking in the chow Hall, Mr. Collins was not having a conversation with another inmate, he was simply trying to get a place vacated so he could eat his food. Mr. Collins the use the chain of command rank in which he ask Sgt. Chandler why he couldn't finish his food. Sgt. Chandler didn't respond. Mr. Collins dumped his food trey. As Mr. Collins was leaving the chow hall C/o Berezansky made a comment directed to Mr. Collins. Then Mr. Collins turned around in attempt to hear what C/o Berezansky said, C/o Berezansky punched Mr. Collins in his face. Then hand cuff and pepper spray Mr. Collins before the rest of the C/o staff of C/o Milligan, Daisey, Irvine Johnson maliciously assault Mr. Collins. When a member from SCI medical staff REFUSE to look at Mr. Collins injuries. She told Mr. Collins to "stop crying like a little Bitch." Mr. Collins went 47 days without recieving proper medical treatment. since then x-rays were taken of Mr. Collins ribs that displayed his ribs was fractured Mr. Collins was refuse copies of

## ✻NTATURE✻ STAGES ✻ PAGE 4
## OF PROCEEDINGS

his medical report by the doctor at
Sussex Correction Center in Georgetown, De

Abstract Court          Page 5#

## Summary of the Facts

Delaware Dept. of Correction has a Dietitian who puts together a menu in which an inmate will recieve all proper nutritions

D.E.P.T. of Correctional Commissioner (Stanley Taylor) and Sussex Correctional Institution, Warden (Rick Kearney) supports their correctional officers to violate inmates Fourteenth Amendment Right to Due Process under Civil Right Act by permitting the correctional officers to order an inmate to dump their food tray and not providing the required food nutrient design by the Dietitianer

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIVIL NO: 105-739-S.L.R.

## STATEMENT OF THE FACTS

Delaware Department of Corrections has a dietitian, who puts together a menu in which an inmate will recieve all proper required nutritions.

Department of Corrections, Commissioner, Stanley Taylor and Sussex Correctional Institution, Warden, Rick Kearney support their correctional officer to violate Inmates Fourteenth Amendment right to due process under civil right act by permitting the correctional officer to order Inmates to dump their food trey and not providing the required food nutrient design by the dietitians.

Excessive use of force, assault and battery, and verbal abuse violated Mr. Collins constitutionally protected rights in accordance with the Eighth Amendment of United States Constitution, By physically Beaten Mr. Collins. The actions by the Correctional officers also violated the Fourteenth Amendment of United States Constitution, Equal Protection right.

When the medical staff failed to provide adquate medical attention it also violated Mr. Collins Eighth Amendment of United State constitution excessive cruel unusual punishment.

# THE STATE OF DELAWARE
## Argument

Delaware, Department of Correction, Commissioner, Stanley Taylor and Sussex Correctional Institution, Warden, Rick Kearney failure to control correctional officer with their knowledge of the correctional officers repetive use of excessive force constitute a de facto policy Popow v Margate 476 F. Supp 1237.
Delaware Department of Corrections has a history for using excessive force violating the eighth and fourteenth Amendment of United States Constitution Davidson v Dixon 386 F. Supp 482
All prisoner is entitle to be in an environment that's free from cruel and unusual Punishment under the eighth and Fourteenth Amendment Nussle vs Porter 122 S.Ct 983.
This case should be ruled more by the merits then technicalities. The Department of Correction Control all Paper work. Commissioner, Stanley Taylor went under a major review for the neglect of Department of Correct Medical Staff. In that same error Mr. Collins was denied medical treatment also denied right to x-ray in his personal medical file. Dole v Arco Chemical Co. 921 F.2d 484
The Correctional Officers was maliciously and Sadistically when they hand cuff, sprayed

## ARGUMENT CONT'

two cans of pepper spray in Mr. Collins face. Then continue to beat Mr. Collins Hudson 112 S.Ct 995 when a prisoner is under control where the Correctional officers can't be harmed. Then continue to physcally hurt Mr. Collins that act violate Prisoner Fourteenth Amendment right to due process under civil right act Davidson v Dixon 386 F. Supp. 482.

Although it may appear that some Correctional officer didn't physcally beat Mr. Collins personally they to share equal amount of responsibilty Because of their knowledge of event that took place Even the medical staff that refuse Mr. Collins Proper treatment is equally responsible for Mr. Collins pain and suffering. Bracey v Greneble 494 F.2d 566, Byrd v Brishke 466 F.2d 6, Landman v Royster 354 F. Supp 1302, Wright v McMann 460 F.2d 126

State Prisoners are entitle to recover for Physcal abuse of his body under civil right act Curtis v Everett 489 F.2d 516 In this kind of premeditate malicious assault punitive damages are appropiate Collins v Brown 268 F. Supp 198 Lampert v Renold Metal Co. 372 F.2d 245 Correctional officer are not elligable for sovereign immunity when they act unconstitutionally Monroe v Pope 81 S.Ct 473

\* \*
CONCLUSION
MOREOVER" THE PLAINTIFF
BELIEVES THAT SUFFICIENT
EVIDENCE EXIST FOR THIS HONORABLE
COURT TO GRANT RELIEFS HE REQUESTED.

RESPECTFULLY
Curtis Collins
DELAWARE CORRECTIONAL CENTER
#1181 #PADDOCK RD SMYRNA DELAWARE
19977

## CERTIFICATE OF SERVICE

I CURTIS M. COLLINS hereby certify that on 11-30-06 I caused a true and correct copy of the brief attached was handed to a DCC. CORR. officer to place in a DCC. U.S. Mailing System to forward to:

Defendants Counsel
ERIKA Y. TROSS
Deputy Attorney General
Dept. of Justice
Carvel State Bldg
820 N French St Wilm, Del
19801

CLERK
PETER T. DALLEO
United States District Court
of Del. Lock box 18
844 N. King St Wilm, Del,
19801-3570

Respectfully submitted

Curtis M. Collins
Del. Corr. Center
1181 Paddock Rd
Smyrna Del

In "District" Court"

PAGE #11

PLAINTIFF" WITNESSES

Bobby PRICE M S B Kitchen worker

William Devonshire SBI#193813

John Palmer SBI 194390

Collins also have plenty more witnesses that were" present on 8-6-05 M S B chow hall

# EXHIBITS

