IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CURTIS M. COLLINS

vs.

WARDEN RICK KEARNEY, ET AL,

CIVIL NO. 105-739-SLR.

FILED
DEC 0 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PLAINTIFF APPENDIX

CARL C. DANBERG
ATTORNEY GENERAL
OF DEL. DEPT OF JUSTICE
CARVEL STATE BLDG 820
N. FRENCH ST WILM, DEL
19801

RESPECTFULLY
CURTIS M. COLLINS
DELAWARE CORRECTIONAL CENTER
1181, PADDOCK ROAD SMYRNA DEL, 19977

DATE

"UNITED" STATES" DISTRICT" COURT

FOR THE DISTRICT OF DELAWARE

☀

CIVIL NO. 105-739-SLR.

# ✱ TABLE OF CONTENTS ✱

U.S DISTRICT COURT" FILING AND JUDGMENTS 'ORDER OTHER DOCUMENTS

DISCIPLINARY REPORTS "INCIDENT REPORTS PAGE 1 TO 4

CONSULTATION 'REQUESTS   PAGE 5

TWO, FRACTURE 'RIBS PAGE 6

PHYSICIANS ORDER ON 9-22-05 TO TELL THE PLAINTIFF THAT HE HAD BROKEN RIBS PAGE 7

MERY THERP - BIEDER, R.T. ON X-RAYS RIBS  PAGE #8

RIB BELT 'ORDER  PAGE 9#

FOOD MENU THE PRISON DIETITIANER REGULAR MEALS NEW PAPERS TO

PLAINTIFF WITNESSES  PAGE 11#

Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

# DISCIPLINARY REPORT

PAGE 3 1

| Disciplinary Type: Class 1 | | Housing Unit: MULTI-SECURITY | | IR#: 11018 | |
|---|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00314128 | Collins, Curtis M | SCI | MULTI-SECURITY | 08/06/2005 | 06:00 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Time, I/M Collins, Curtis 00314128 Was Ordered To Lock In For Violating Chow Hall Rules And Regulation I/M Collins Was Ordered Twice To Dump His Tray. After Dumping The Tray, I/M Collins Yelled Curses At Myself (C/O Berezansk And Walked Towards Me With Clinched Fists And Teeth As To Want To Fight Me. I Capstuned Him, Took Him To The Ground An Cuffed Him And Took Him To Be Seen My Medical. Eor

**Reporting Officer:** Berezansky, Bradley (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Berezansky, Bradley - Correctional Officer

Ordered I/M Collins To Dump His Tray.

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

Received, Reviewed & Approved

### Approval Information

**Approved:** ☒    **Disapproved:** ☐    **Approved By:** Johnson, Joseph H (Staff Lt./Lt)

AUG 06 2005

**Comments:** Sent To Lt. J Isaacs

Watch Commander

Signature

### Shift Supervisor Details

**Date Received:** 8/6/05    **Time:** 0700    **Received From:**

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges (see reverse side) for ____ hours not to exceed 24 hours)

[X] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing

Joseph H Johnson
Johnson, Joseph H (Staff Lt./Lt)

I have received a copy of this notice on DATE: 8-9-05 TIME: 0255 and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:** LT. J Isaacs      **Offender:** X Curtis Collins
Collins, Curtis M

| Incident# | | |
|---|---|---|
| 11020 | SCI Sussex Correctional Institution<br>PO Box 500<br>**GEORGETOWN DE, 19947**<br>Phone#: 302-856-5280 | Date: 08/06/2005<br>P 2 |

## INCIDENT REPORT

| Group# N/A | Type: Inmate Involved | Incident Date: 08/06/2005 | Time: 06:00 | Confidential: No |
|---|---|---|---|---|

**Facility:** SCI Sussex Correctional Institution      **Followup Required:** No
**Incident Location:** MULTI-SECURITY
**Location Description:** MSB Chow Hall
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
On the above date, time, and location, I C/O S. Emerick observed C/O Berezansky give I/M Collins, Curtis 00314128 a direct order to stop talking or dump his tray. I/M Collins dumped his tray and then became disorderly, and walked towards C/O Berezansky in a threatening manner with his fists clinched. I/M Collins then lunged at C/O Berezansky as he was exiting the chow hall. C/O Berezansky then pulled and sprayed Capstun directly in I/M Collins' face. I/M Collins was then taken to the ground by myself, C/O Berezansky, and C/O Daisey to be handcuffed. I/M Collins was then escorted to the holding cell, seen by medical where he complained of no injuries. After being cleared by medical, I/M Collins was placed in ASDA 1 Cell 1.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A                           **Date Collected:** N/A
**Discovered By:** N/A                           **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL   [ ] CHEMICAL   [ ] STUN   [ ] OTHER   [ ] CAPSTUN   [X] NONE
**Restraints Used:** N/A

**Immediate Action Taken:**
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Curtis, Collins M | 00314128 | N/A |
| Staff | Shawn, Emerick T | N/A | Correctional Officer |
| Staff | Bradley, Berezansky | N/A | Correctional Officer |
| Staff | Jeffrey, Daisey | N/A | CO Corporal/Sgt. Small Inst. |

**Reporting Officer:** Emerick, Shawn T (Co Corporal/Sgt. Small      **Entered By:** Daisey, Jeffrey (Co Corporal/Sgt. Small Inst.)

### Approval Information

[X] Approved   [ ] Disapproved   **Date:** 08/06/2005   **Approved by:** Johnson, Joseph H (Staff Lt./Lt)
**Comments:** Sent to Lt. J Isaacs

Received, Reviewed & Approved
AUG 06 2005
Watch Commander
Signature

D00180

Incident# 11019

**SCI Sussex Correctional Institution**
**PO Box 500**
**GEORGETOWN DE, 19947**
Phone#: 302-856-5280

Date: 08/06/2005

Page 3

# INCIDENT REPORT

| Group# N/A | Type: FYI | Incident Date: 08/06/2005 | Time: 06:00 | Confidential: No |

**Facility:** SCI Sussex Correctional Institution
**Followup Required:** No
**Incident Location:** MULTI-SECURITY
**Location Description:** CHOW HALL
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
ON THE ABOVE DATE AND APPRX. TIME, I C/O DAISEY WAS ASSISTING WITH CHOW WHEN I HEARD C/O BEREZANSKY GIVE I/M CURTIS COLLINS A DIRECT ORDER TO STOP TALKING OR DUMP HIS TRAY. AT THAT TIME I/M COLLINS BECOME EVEN LOUDER AND CAUSING A COMMOTION. THEN C/O BEREZANSKY ORDERED I/M COLLINS TO DUMP HIS TRAY AND RETURN TO CELL AND LOCK IN. AS I/M COLLINS WAS EXITING THE CHOW HALL, I/M COLLINS TURNED AROUND IN A THREATING MANNER AND RAISED HIS FIST IN A FIGHTING STANCE AND WAS LUNGING TOWARD C/O BEREZANSKY. C/O. BEREZANSKY AT THAT TIME PULLED CAPSTUN AND SPRAYED I/M CURTIS COLLINS. AT THAT TIME I/M COLLINS WAS TAKEN TO THR GROUND BY I C/O DAISEY, C/O EMERICK AND C/O BEREZANSKY AND HANDCUFFED AND TAKEN TO HOLDING CELL AND WAS SEEN BY MEDICAL WITH NO INJURIES AND PLACED IN ASDA-1, CELL-1. E.O.R

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A
**Discovered By:** N/A
**Date Collected:** N/A
**Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [X] CAPSTUN  [ ] NONE
**Restraints Used:** HANDCUFFS

**Immediate Action Taken:**
I/M COLLINS BECOME THREATING AND DISORDERY WAS SPRAYED WITH CAPSTUN, HANDCUFFED AND WAS SEEN BY MEDICAL. PLACED IN HOLDING CELL

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Jeffrey, Daisey | N/A | CO Corporal/Sgt. Small Inst. |
| Staff | Bradley, Berezansky | N/A | Correctional Officer |
| Staff | Shawn, Emerick T | N/A | Correctional Officer |
| Inmate | Curtis, Collins M | 00314128 | N/A |

**Reporting Officer:** Daisey, Jeffrey (Co Corporal/Sgt. Small Inst.)
**Entered By:** Daisey, Jeffrey (Co Corporal/Sgt. Small Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 08/06/2005  **Approved by:** Johnson, Joseph H (Staff Lt./Lt)
**Comments:** Sent to Lt. J Isaacs

Received, Reviewed & Approved
AUG 0 6 2005
Watch Commander
Signature



DEPOSITION EXHIBIT
DX #3
8-17-06 VB

# SHIFT ASSIGNMENT ROSTER-1

**CONFIDENTIAL** PAGE 4

Date: 8/6/05  Day: SAT  Shift: 12x8  Watch Commander: West

| CENTRAL CONTROL | KEY SOUTH BLG | TOWERS | R/VISITING RM |
|---|---|---|---|
| | | | |
| MSB | | | |
| Chandler | | | |
| Chaffinch | | | GYM OFFICER |
| Emerick | | KITCHEN AM | |
| Berezansky | | | CHAPEL |
| Daisy | P.T. HOUSING UNITS | | |
| Johnson | | KITCHEN PM | RECEIVING RM |
| Day (C/T) | | | |
| Adams W. | | OUTSIDE HOSP | |
| | | | PROPERTY RM |
| Tyre | | | |
| MEDIUM BLDG | PRETRIAL ROVERS | FRONT DOOR | MERIT BLDG |
| | | FRONT COUNTER | |
| | | WAITING ROOM | |
| MINIMUM BLDG | | | |
| | TRUCK GATE | PROGRAMS/P.I. | LTS ON SHIFT |
| K-9 UNITS | | | |
| | PATROLS | SHAKEDOWN | |
| VACATION | SICK | HOLIDAY | |
| | | | TRAINING/OTHER |
| | COMP TIME/A | MILITARY/NLWOP | D.R.T. |

## Answers to Complaints
1:05-cv-00739-SLR Collins v. Kearney et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Tross, Erika Yvonne entered on 10/31/2006 at 2:04 PM EST and filed on 10/31/2006

**Case Name:** Collins v. Kearney et al
**Case Number:** 1:05-cv-739
**Filer:** Rick Kearney
Berezansky
James Chandler
Milligan
Daisey
Irvin Johnson

**Document Number:** 62

**Docket Text:**
ANSWER to Complaint with Jury Demand by Rick Kearney, James Chandler, Berezansky, Milligan, Daisey, Irvin Johnson.(Tross, Erika)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/31/2006] [FileNumber=295632-0
] [70af27142678dd81447a8502f3f8f4235f538152726f78022312fdb1dad5add054f
73b21b3d653bfe42f400ed5acd80507ebd1f988a505f4bdae464460588933]]

**1:05-cv-739 Notice will be electronically mailed to:**

Erika Yvonne Tross    Erika.Tross@state.de.us

**1:05-cv-739 Notice will be delivered by other means to:**

Curtis M. Collins
SBI #314128
Delaware Correctional Center
SHU 17-DL-2
1181 Paddock Road
Smyrna, DE 19977

**Other Documents**
1:05-cv-00739-SLR Collins v. Kearney et al
PaperDocuments

# U.S. District Court

## District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 11/9/2006 at 5:07 PM EST and filed on 11/9/2006
**Case Name:** Collins v. Kearney et al
**Case Number:** 1:05-cv-739
**Filer:**
**Document Number:** 66

**Docket Text:**
CERTIFICATION by Nancy Rebeschini, Esq. re deposition of James Chandler held on November 2, 2006. (fmt)


**1:05-cv-739 Notice has been electronically mailed to:**
Erika Yvonne Tross Erika.Tross@state.de.us

**1:05-cv-739 Notice has been delivered by other means to:**

Curtis M. Collins
SBI #314128
Delaware Correctional Center
SHU 17-DL-2
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=11/9/2006] [FileNumber=300757-0]
[90911be9d5322bdc1b1eedb51ca65bc80b993d58d44b425ae09d2eb7eb93c9a680d7
af63d0ec4bf6986ab1aa3f12246e6da2896e5e0b32d3980bdc35833cf147]]

**Notices**
1:05-cv-00739-SLR Collins v. Kearney et al

## U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Tross, Erika Yvonne entered on 10/31/2006 at 1:54 PM EST and filed on 10/31/2006
**Case Name:**     Collins v. Kearney et al
**Case Number:**   1:05-cv-739
**Filer:**         Milligan
                   Daisey
                   Irvin Johnson
**Document Number:** 61

**Docket Text:**
NOTICE of Appearance by Erika Yvonne Tross on behalf of Milligan, Daisey, Irvin Johnson (Tross, Erika)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=10/31/2006] [FileNumber=295615-0
] [99a4e42403d001e0d87dbc0b274ce57f78061a9a28890aea3d9d77f4c22701ea234
505af11056f585447946c6d1575d6f233870250200f12d863f5d6332d7228]]

**1:05-cv-739 Notice will be electronically mailed to:**

Erika Yvonne Tross     Erika.Tross@state.de.us

**1:05-cv-739 Notice will be delivered by other means to:**

Curtis M. Collins
SBI #314128
Delaware Correctional Center
SHU 17-DL-2
1181 Paddock Road
Smyrna, DE 19977

① DEAR/CLERK
  PETER
    COPYS OF BRIEF/APPEND
    WAS SENT TO THE ATTORNEY GENERAL OFFICERS
    ERIK TROSS ESQ FOD THE DEFENDANTS
    820# N. FRENCH St WILM, DE1 19801



② ALSO PETER THIS FOOD MENU IS THE
  SUMMARY OF THE FACTS OF THE NUTRIENTS
  Dietitiance AS A PART OF THE BRIEF
  FOR JUDGE SUE TO LOOK AT HOW THE PRISON
  FEEDS THE INMATES AND MAKE THE PRISONER
  TO THROW AWAY THIER FOOD!

THE ISTHMUS, NOVEMBER / DECEMBER 2006

# Menu

## BREAKFAST

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| | Tropical Fruit Mix | Pineapple Chunks | Sliced Peaches | Fresh Fruit | Pineapple Chunks | Hot Spiced Apples | Fresh Fruit |
| | Scrambled Eggs | Wheaties | Grits | Oatmeal | Cinn. Toast Crunch | Farina | Total |
| | Farina | Hot Cakes | Beef Scrapple | Scrambled Eggs | Hot Cakes | Scrambled Eggs | French Toast |
| | Bread | Syrup | Wheat Bread | Bread | Syrup | Bread | Syrup |
| | Margarine | Margarine | Jelly | Margarine | Margarine | Jelly | Margarine |
| | Coffee/Sugar | Milk | Milk | Milk | Milk | Milk | Milk |
| | Milk | Coffee/Sugar | Coffee/Sugar | Coffee/Sugar | Coffee/Sugar | Coffee/Sugar | Coffee/Sugar |

## LUNCH

| Vegetable Soup | Zesty Bean Soup | Franks | Navy Bean Soup | Hot Sausage | Cream Of Potato Soup | Cheese Burger |
|---|---|---|---|---|---|---|
| Turkey Ham & Cheese | Turkey Salad | Baked Beans | Peanut Butter | Steak Roll | Bol,Turkey Ham&Chse | Carrots |
| Lettuce/Onions | Potato Salad | Sauerkraut | Jelly | Red Beans & Rice | Macaroni Salad | Potato Wedges |
| Carrot Sticks | Applesauce | Diced Pears | Celery Sticks | Coleslaw | Lettuce/Tomatoes | Lettuce/Tomatoes |
| Sliced Peaches | Wheat Bread | Hot Dog Bun | Applesauce | Fruit Cocktail | Ht Pep/Pckles/Onions | Sliced Peaches |
| Iced Tea Drink | Orange Drink | Trop. Fruit Punch | Bread | Mustard | Orange Drink | Trop. Fruit Punch |
| Bread | Mustard | | Milk | Cherry Drink | Mayonnaise | Ketchup |
| Mustard | | | | | Pears | |

## DINNER

| Chili Con Carne | Chicken Patty | Swiss Steak | Turkey Ham Steak | Fish On A Bun | Turkey Casserole | Meat Loaf |
|---|---|---|---|---|---|---|
| Steamed Rice | Scalloped Potatoes | Brown Gravy | Rice Pilaf | Pinto Beans | Green Beans | Mashed Potatoes |
| Corn | Carrots | Noodles | Peas | Spinach | Cherry Jell-o | Brown Gravy |
| Cherry Jell-o | Chocolate Pudding | Succotash | Gl.Devil's Food Cake | Stewed Tomatoes | w/ Pineapple | Collard Greens |
| Bread | Bread | Tropical Fruit Mix | Bread | Tapioca Pudding | Bread | Glazed Spice Cake |
| Margarine | Mayonnaise | Margarine | Margarine | Tartar Sauce | Margarine | Lemonade Drink |
| Cherry Drink | Grape Drink | Lemonade Drink | Iced Tea Drink | Strawberry Drink | Grape Drink | Margarine |
| | | Bread | | | | Bread |

| | Week #3 Dates |
|---|---|
| Oct. 30 - Nov. 5 | |
| Nov. 27 - Dec. 3 | |
| Dec. 25 - Dec. 31 | |

# Week #3

| Dates |
|---|
| Oct. 30 - Nov. 5 |
| Nov. 27 - Dec. 3 |
| Dec. 25 - Dec. 31 |
| Jan. 22 - Jan. 28 |

| | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | Tropical Fruit Mix / Oatmeal / Scrambled Eggs / Bread / Coffee/Sugar / Jelly / Milk | Hot Spiced Apples / Golden Graham / Hot Cakes / Syrup / Margarine / Milk / Coffee/Sugar | Sliced Peaches / Wheaties / Creamed Beef / Texas Toast / Margarine / Milk / Coffee/Sugar | Fresh Fruit / Total / French Toast / Syrup / Margarine / Milk / Coffee/Sugar | Pineapple Chunks / Farina / Scrambled Eggs / Margarine / Bread / Milk / Coffee/Sugar | Pears / Frosted Corn Flakes / Hot Cakes / Syrup / Margarine / Milk / Coffee/Sugar | Fresh Fruit / Texas Toast / Turk. Sausage Gravy / Hash Brown Patty / Margarine / Milk / Coffee/Sugar |
| **LUNCH** | Franks / Baked Beans / Sauerkraut / Pineapple Chunks / Hot Dog Bun / Mustard / Iced Tea Drink | Pinto Bean Soup / Bologna & Cheese / Bread / Potato Salad / Applesauce / Strawberry Drink / Mayonnaise | Cream of Potato Soup / Crackers / Hot Pocket / Peas & Carrots / Tropical Fruit Mix / Grape Drink | Minestrone Soup / Turkey Ham Cheese / Macaroni Salad / Lettuce/Onion / Lemonade Drink / Mayonnaise / Pears / Bread | Hamburger w/ Bun / Hashbrown Patty / Corn / Applesauce / Ketchup / Cherry Drink | Vegetable Soup / Tuna Salad / Soft Tortilla Shell / Lettuce Tomatoes / Carrot Sticks / Sliced Peaches / Orange Drink | Chicken Patty / Cheese & Bun / Succotash / Coleslaw / Fruit Cocktail / Tropical Fruit Punch / Mayonnaise |
| **DINNER** | Spaghetti w/ Meat Sauce / Tossed Salad / Italian Dressing / Peaches / Garlic Bread / Cherry Drink | Chicken Patty / Rice / Green Beans / Orange Jell-o / Bread / Margarine / Orange Drink | Swiss Steak / Brown Gravy / Mashed Potatoes / Spinach / Pineapple Chunks / Margarine / Bread / Tropical Fruit Punch | Turkey Stir Fry / Rice / Peas / Wheat Bread / Vanilla Pudding / Margarine / Iced Tea Drink | Baked Fish Fillet / Stewed Tomatoes / Carrots / Lime Jell-o / Corn Bread / Tartar Sauce / Strawberry Drink | Turk. Ham Steak / Macaroni & Cheese / Collard Greens / Chocolate Pudding / Wheat Bread / Margarine / Grape Drink | Baked Chicken Leg / Chicken Gravy / Mashed Potatoes / Green Beans / Apple Crisp / Lemonade Drink / Margarine / Bread |

| Week #4 Dates |
|---|
| Nov. 6 - Nov. 12 |
| Dec. 4 - Dec. 10 |
| Jan. 1 - Jan. 7 |
| Jan. 29 - Feb. 4 |

# Dismas Community News

## Reflections

Luke chapter 6 verses 27–31, 36–38 are the following
you who hear me, I say: Love your enemies, do good to
bless those who curse you and pray for those who maltreat
slaps you on one cheek, turn and give him the other; when
coat, let him have your T-shirt as well. Give to all who beg
someone takes what is yours, do not demand it back. Do to
would have them do to you. Be compassionate as your father
Do not judge and you will not be judged. Do not condemn
condemned. Pardon and you shall be pardoned. Give and
you. Good measure pressed down, shaken together, running
over into the fold of your garment. For the measure you
measured back to you."

the American Revolutionary War there lived in Ephrata,
pastor by the name of Peter Miller, who was a friend of
There also dwelt in the town one Michael Wittman, an
who did all in his power to abuse and oppose the pastor. One
involved in treason, was arrested and sentenced to death. The
set on foot and walked the whole 70 miles to Philadelphia
his life. He was admitted into Washington's presence and at
life of a traitor. Washington said, "No Peter, I cannot grant
friend." The pastor then told him, "He is not my friend, in
worst enemy I have." Washington amazed said, "What?
miles to save the life of an enemy? That puts the matter in
will grant the pardon." Peter Miller took Michael Wittman
out of death back to his own home in Ephrata — no longer
a friend.

people in our society, such as this pastor. Christ inspires
are conscious that while an "eye for an eye" appears three
times, the concept of mercy and forgiveness appears more
Jesus taught that we should practice forgiveness and mercy
and ruthlessness.

A merciful person does not harbor grudges and is not eaten
and anger. Those who are forgiving do not cut themselves
on who offends them.

I'll end this with a poem.

rather see a sermon, than hear one any day
would walk with me, rather than just show me the way
's a better student, and more willing than the ear
unsel is confusing, but example is always clear
misunderstand you and the high advice you give,
e is no misunderstanding how you act and live!

Our lives give us the best opportunity
preach God's word to everyone we meet!

*Father Jim*


Vincent de Paul

In need? If so, the St. Vincent de
Society would like to help. The St. Vincent
Paul Society is a non-profit organization
whose purpose is to become more Christ
through service to our fellow man.

If you receive less than $10 per month
are not housed in the SHU, we will help
cosmetics, medical bills and other fina
needs. We are also able to help famili
need of temporary assistance.

To qualify for cosmetics and
assistance, you must provide an Indiv
Account statement.

Write the **Business Office c/o Inmate Accounts** and request a statemen
shows your inmate account had deposits of $10 or less for the last
consecutive months. Once you have the printout, mail it along with your re
to the address below. You will be called to the chapel for an intervie
determine how we may best serve you.

The members of the St. Vincent de Paul Society consider it an honor
privilege to serve others. So, please, help us to help you.

  Send your requests to:

**St Vincent de Paul Society
c/o St. Dismas Catholic Community
Delaware Correctional Center** 

The St. Vincent de Paul Society is currently accepting donations from t
resident population to support the cosmetic supply program.

Para todos los latinos de DCC, les informo que la iglesia de St. Vince
Paul esta ayudando a todos los latinos que necesiten ayuda dentro de la pri
que esten por terminar su sentencia. Para mas información pueden conta
padre Jackson c/o Jesús Garcia de St. Vincent de Paul, DCC o en la misa
sabados Grasias.

> Please pray for the sick and dying in the
> infirmary, and for the Hospital Ministry in it
> efforts to aid hospitalized residents.

### Church Calender 2006

| November | December |
|---|---|
| 1st  All Saints | 3rd  St. Frances Xavier |

is compassionate. Do not judge and you shall not be judged. Do not condemn and you shall not be condemned. Pardon and you shall be pardoned. Give and it shall be given to you. Good measure pressed down, shaken together, running over, will they pour into the fold of your garment. For the measure you measure with will be measured back to you."

In the days of the American Revolutionary War there lived in Ephrata, Pennsylvania, a pastor by the name of Peter Miller, who was a friend of George Washington. There also dwelt in the town one Michael Wittman, an evil-minded man who did all in his power to abuse and oppose the pastor. One day Michael was involved in treason, was arrested and sentenced to death. The old pastor started out on foot and walked the whole 70 miles to Philadelphia to plead for the man's life. He was admitted into Washington's presence and at once, begged for the life of a traitor. Washington said, "No Peter, I cannot grant you the life of your friend." The pastor then told him, "He is not my friend, in fact, he is the bitterest enemy I have." Washington amazed said, "What? You've walked 70 miles to save the life of an enemy? That puts the matter in a different light. I will grant the pardon." Peter Miller took Michael Wittman from the very shadow of death back to his own home in Ephrata — no longer as an enemy, but as a friend.

There are many people in our society, such as this pastor. Christ inspires their conduct. They are conscious that while an "eye for an eye" appears three times in the Scriptures, the concept of mercy and forgiveness appears more than 3,000 times. Jesus taught that we should practice forgiveness and mercy rather than revenge and ruthlessness.

The forgiving and merciful person does not harbor grudges and is not eaten up inside by wrath and anger. Those who are forgiving do not cut themselves off from every person who offends them.

I'll end this with a poem.

I'd rather see a sermon, than hear one any day
I'd rather one would walk with me, rather than just show me the way
The eye's a better student, and more willing than the ear
Fine counsel is confusing, but example is always clear
I may misunderstand you and the high advice you give,
But there is no misunderstanding how you act and live!

Our lives give us the best opportunity
To preach God's word to everyone we meet!

*Father Jim*

## St. Dismas Praise Report

On September 30, Stephen Gurley celebrated the Sacraments of Initiation: Baptism, Confirmation, and Holy Eucharist. Through dedicated endurance and a leap of faith, he is now a member of the One, Holy, Catholic, and Apostolic Church. It is wonderful to witness the continued growth of the St. Dismas Community.

Our thanks to Father Leonard R. Klein for his presentation at our retreat on September 29, and for presiding at mass with Father Jackson, September 30. His generous gift of time blessed us all.

Thanks to Carlene Sandella for her presentation to the RCIA program on the seven sacraments: Baptism, Confirmation, Holy Eucharist, Marriage, Holy Orders, Reconciliation, and Anointing of the sick. Her assistance in the instruction of the Catholic faith is essential to the growth and harvest of our community.

A final thanks to Sally Milbury-Steen, for her inspiring messages against the death penalty and respect for life.

---

### Vincent de Paul

Write the **Business Office c/o Inmate Accounts** shows your inmate account had deposits of $10 consecutive months. Once you have the printout, ma to the address below. You will be called to the determine how we may best serve you.

The members of the St. Vincent de Paul Societ privilege to serve others. So, please, help us to help you.



Send your requests to

**St Vincent de Paul Soc
c/o St. Dismas Catholic Cor
Delaware Correctional C**

The St. Vincent de Paul Society is currently acce resident population to support the cosmeti

Para todos los latinos de DCC, les informo que Paul esta ayudando a todos los latinos que necesiter que esten por terminar su sentencia. Para mas info padre Jackson c/o Jesús Garcia de St. Vincent de P sabados Grasias.

To qualify f assistance, you n Account statement

Please pray for the sick and infirmary, and for the Hospita efforts to aid hospitalized

### Church Calend

#### November

| | | |
|---|---|---|
| 1st | All Saints | 3rd |
| 2nd | All Souls | 4th |
| 3rd | Martin DePorres | 5th |
| 4th | St. Charles Borromeo | 6th |
| 9th | Dedication of St. John Lateran | 7th |
| 10th | St. Leo the Great | 8th |
| 11th | St. Martin of Tours | 11th |
| 12th | St. Josaphat | 12th |
| 15th | St. Albert the Great | 13th |
| 16th | St. Margaret of Scotland | 14th |
| | St. Gertrude the Great | 21st |
| 17th | St. Elizabeth of Hungary | 23rd |
| 18th | Dedication of the Churches of | 24th |
| | St. Peter and St. Paul | 25th |
| 21st | Presentation of Mary | 26th |
| 22nd | St. Cecilia | 27th |
| 23rd | St. Clement I and St. Columbanus | 28th |
| 25th | Thanksgiving | 29th |
| 30th | St. Andrew the Apostle | 31st |

MBER / DECEMBER 2006 　　　　　　　　　　　　　　　　　　　　　　　　　PAGE 11

# CATION NOTICES

## Ms. Gue's ABE Class

Congratulations for all the hard work and achieving your hourly participation awards.

| 500 hrs. | 100 hrs. | 200 hrs. |
|---|---|---|
| Darryl Friend | Alexander Holloman | Ross Snead |

### Student of the Month:

| September | October |
|---|---|
| Darryl Friend | Jewel Cuff |

for improving reading skills and having a positive attitude.



## ollege Courses
## ring 2007

### ld History 2
### or
### conomics



ry–May 2007

30 pm–9:00 pm

s limited to those 25 years of age or younger.

History 2 is open to all eligible students.

## English as a Second Language Classes
## Clases de Ingles como segundo Idioma



Drawing by Waverly White

Do you need to learn English?
¿Necesitas aprender Ingles?
Would you like to improve your speaking skills?
¿Te gustaría mejorar tu habilidad verbal de hablar Ingles?
Do you need more English to get a job?
¿Necesitas hablar mas Ingles para conseguir un buen empleo?
Enroll in ESL classes today and begin to improve your English speaking skills.
Inscríbete en las clases de Ingles
Como Segundo Idioma y mejora tu habilidad de comunicarte.
Contact the Education office for more information.



September                               October
Darryl Friend                           Jewel Cuff
for improving reading skills and having a positive attitude.

## Prison College Courses
### Spring 2007

## World History 2
## or
## Economics



### January–May 2007
6:30 pm–9:00 pm

**Enrollment in Economics is limited to those 25 years of age or younger.**

**Enrollment in World History 2 is open to all eligible students.**

**If you are interested, please contact the Education Office immediatly.**

## English as a Second
## Clases de Ingles com



D
Do you need to l
¿Necesitas apre
Would you like to improv
¿Te gustaría mejorar tu habilic
Do you need more Er
¿Necesitas hablar mas Ingles par
Enroll in ESL classes today and begin to
Inscríbete en las (
Como Segundo Idioma y mejor
Contact the Education offi
Para mas información Ponte en con



# The Isthmus Article Reques

Considering all contributions important, our editorial staff is interested in yc original topics. Time sensitive articles should be turned in no later than three week the next Bi-monthly edition. Please review the Article Submission Guidelines information concerning submitting literature to *The Isthmus*.

NOVEMBER / DECEMBER 2006

PAGE 12

DCC

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| Tropical Fruit Mix / Beef Scrapple / Grits / Bread / Margarine / Milk / Coffee/Sugar | Pineapple Chunks / Farina / Scrambled Eggs / Wheat Bread / Jelly / Milk / Coffee/Sugar | Sliced Peaches / Frosted Corn Flakes / Creamed Beef / Texas Toast / Margarine / Milk / Coffee/Sugar | Fresh Fruit / Oatmeal / Scrambled Eggs / Hash Brown Patty / Bread / Jelly / Milk / Coffee/Sugar | Pineapple Chunks / Total / French Toast / Turk. Sausage Links / Syrup / Margarine / Milk / Coffee/Sugar | Fresh Fruit / Hash Brown Patty / Grits / SL. Turkey Ham / Bread / Margarine / Milk / Coffee/Sugar | Hot Spiced Apples / Wheaties / Hot Cakes / Syrup / Margarine / Milk / Coffee/Sugar |
| **LUNCH** | | | | | | |
| Pinto Bean Soup / Bologna/Cheese / Macaroni Salad / Celery Sticks / Sliced Peaches / Wheat Bread / Mayonnaise / Cherry Drink | Sloppy Joe w/ Bun / Green Beans / Tossed Salad / Italian Dressing / Diced Pears / Orange Drink | Franks / Baked Beans / Spinach / Fruit Cocktail / Hot Dog Bun / Trop. Fruit Punch / Mustard | Vegetable Soup / Peanut Butter / Jelly / 3-Bean Salad / Carrots Sticks / Apple Brownie Bar / Bread / Milk | Chicken Patty w/ Bun / Lettuce/Tomatoes / Corn / Cucumber Salad / Topical Fruit Mix / Mayonnaise / Cherry Drink | Hot Sub Sandwich / Cole Slaw / Mixed Veg. / Wheat Bread / Margarine / Orange Drink / Pears | Corn Chowder / Turkey & Mac Salad / Tossed Salad / Fruit Cocktail / French Dressing / Trop. Fruit Punch |
| **DINNER** | | | | | | |
| Cheese Burger / Red Beans & Rice / Spinach / Chocolate Pudding / Ketchup / Strawberry Drink / Bun | Turkey & Gravy / Mashed Potatoes / Carrots / Applesauce / Bread / Margarine / Grape Drink | Chili Con Carne / Steamed Rice / Corn / Tossed Salad / French Dressing / Gl. Devil's Food Cake / Bread / Margarine / Lemonade Drink | Cheese Steak w/ Roll / Fried Onions / Potato Wedges / Green Beans / Cherry Jell-o / Mayonnaise / Ketchup / Iced Tea | Baked Fish Fillet / Red Beans & Rice / Collard Greens / Vanilla Pudding / Bread / Tartar Sauce / Strawberry Drink | Spaghetti w/ Meat Sauce / Tossed Salad / Italian Dressing / Yellow Cake w/ Icing / Garlic Bread / Grape Drink | BBQ Beef Rib / Cut Sweet Potatoes / Peas / Tapioca Pudding / Margarine / Lemonade Drink / Bread |

| Week #1 Dates | | |
|---|---|---|
| Nov. 13 | – | Nov. 19 |
| Dec. 11 | – | Dec. 17 |
| Jan. 8 | – | Jan. 14 |
| Feb. 5 | – | Feb. 11 |

1

| MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY | SUNDAY |
|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | |
| Tropical Fruit Mix / Cap. Toast Crunch / Scrambled Eggs / Hash Brown Patty / Bread / Coffee/Sugar | Hot Spiced Apples / Turk. Sausage Links / Oatmeal / French Toast / Syrup / Margarine / Milk / Coffee/Sugar | Sliced Peaches / Beef Scrapple / Grits / Wheat Bread / Jelly / Milk / Coffee/Sugar | Fresh Fruit / Total / Turk. Sausage Gravy / Texas Toast / Margarine / Milk / Coffee/Sugar | Pineapple Chunks / Golden Graham / Hot Cakes / Syrup / Margarine / Milk / Coffee/Sugar | Fresh Fruit / Oatmeal / Scrambled Eggs / Bread / Margarine / Milk / Coffee/Sugar | Hot Spiced Apples / Frosted Corn Flakes / Turk. Sausage Links / French Toast / Syrup / Margarine / Milk / Coffee/Sugar |
| **LUNCH** | | | | | | |
| Potato Soup / Ham & Cheese / Slaw / Sliced Peaches / Mayonnaise / Tea Drink | Franks / Baked Beans / Carrots / Applesauce / Hot Dog Bun / Strawberry Drink / Mustard | Cream of Potato Soup / Bologna/Cheese / Celery sticks / 3-Bean Salad / Pears / Bread / Mustard / Grape Drink | Refried Beans / Taco Filling & Shell / Cheese Sauce / Shredded Lettuce / Taco Sauce / Tropical Fruit Mix / Lemonade Drink | Chicken Patty / Rice Pilaf / Green Beans / Diced Pears / Wheat Bread / Cherry Drink | Vegetable Soup / Tuna Salad / Cheese / Lettuce/Tomatoes / Cole Slaw / Soft Tortilla Shell / Applesauce / Orange Drink | Mac, Cheese & Beef / Stewed Tomatoes / Green Leaf Salad / Bread / Pineapple Chunks / Trop. Fruit Punch |

