IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CURTIS M. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-739-SLR |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN RICK KEARNEY, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

COMES NOW, State Defendants Warden Rick Kearney, Sergeant James Chandler, Officer Bradley Berezansky, Officer Michael Milligan, Officer Jeffrey Daisey, and Officer Irvin Johnson (the "State Defendants"), by and through their undersigned counsel, and hereby move this Honorable Court (the "Motion") to enter an Order, substantially in the form attached hereto, dismissing with prejudice all claims against them pursuant to Rule 56(c) of the Federal Rules of Civil Procedure. In support of the Motion, State Defendants have filed simultaneously herewith State Defendants' Opening Brief In Support Of The Motion for Summary Judgment.

- 2 -

WHEREFORE, State Defendants respectfully request that this Honorable Court enter an order, substantially in the form attached hereto, dismissing the claims against them with prejudice.

**DEPARTMENT OF JUSTICE**
**STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
   Attorney for State Defendants

Dated: December 8, 2006

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-739-SLR |
| v. | ) Jury Trial Requested |
| | ) |
| WARDEN RICK KEARNEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon State Defendants' Motion For Summary Judgment pursuant to Federal Rule Of Civil Procedure 56(c) (the "Motion"); and it appearing that good and sufficient notice of the Motion has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is **GRANTED**.

2. The Complaint filed in the above-captioned action is **DISMISSED WITH PREJUDICE** as to State Defendants Warden Rick Kearney, Sergeant James Chandler, Officer Bradley Berezansky, Officer Michael Milligan, Officer Jeffrey Daisey, and Officer Irvin Johnson.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge

# **CERTIFICATE OF SERVICE**

I, Erika Y. Tross, Esq., hereby certify that on December 8, 2006, I caused a true and correct copy of the attached ***State Defendants' Motion For Summary Judgment*** to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate Curtis M. Collins
SBI #00314128
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

___One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

___Two true copies by Federal Express

___Two true copies by hand delivery to each recipient

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400