# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 05-739-SLR ) |
| WARDEN RICK KEARNEY, et al., | ) ) |
| Defendants. | ) |

**CERTIFICATION**

At Wilmington this 9th day of November, 2006;

I, Nancy Rebeschini, Esquire, pro se law clerk, and designated officer for depositions upon written questions held before me on November 2, 2006, do here by certify that:

1. The deposition of James Chandler was held on November 2, 2006, at 1:30 p.m., at the J. Caleb Boggs Federal Building, Wilmington, Delaware.

2. On that same date, James Chandler declared before me, an individual authorized to administer oaths, that his written answers were true and correct.

3. I read aloud each and every deposition question submitted by plaintiff, Curtis M. Collins, for deponent, James Chandler.

4. I personally observed deponent, James Chandler, answer in writing, the deposition questions.

5. A true and correct copy of the written questions filed by plaintiff, the original written answers of deponent, and

written original objections made by his counsel are attached hereto and are filed with the court, and copies shall be served upon the parties and the deponents.

I, Nancy Rebeschini, certify under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of November, 2006.

*Nancy Rebeschini*
Nancy Rebeschini, Esquire,
Designated Officer

CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2006, I caused to be electronically filed the attached Certification with the Clerk of the Court using CM/ECF, which will send notification of such filing to Erika Yvonne Tross, Esquire, counsel for defendants. I further certify I caused a true and correct copy of the attached Certification to be served via U.S. mail on plaintiff, Curtis M. Collins, SBI #314128, Delaware Correctional Center, SHU 17-DL-2, 1181 Paddock Road, Smyrna, DE 19977.

Nancy Rebeschini, Esquire,
Designated Officer

Sgt

Sgt. CHANDLER

#(1) THE PLAINTIFF" Seen you WHILE HE WAS laying on THE ground, AND I' NOTICED THAT you WAS STANDING THERE Laughing you head' OFF AT THE SITUATION INSTEAD OF STOPPING UNFAIR TREATMENT TOWARDS A "INMATE" why THEN DIDN'T you "SgT" PUT A STOP To WAS happening?

Sgt

#(2) HAVE you ever SEEN OR heard A FELLOW OFFICERS LASH OUT AT A INMATE BECAUSE OF' FAMILY problems?

#(3) Sgt. IS IT TRUE WHEN PLAINTIFF COLLINS CAME To you ABOUT A UNPROFESSIONAL OFFICER'S BEREZANSKY BEING OUT OF' CONTROL?

Sgt.

#(4) IS IT TRUE THAT OFFICER BEREZANSKY RAN TOWARDS THE PLAINTIFF IN THE "ChowhALL" AND ASSAULTED THE PLAINTIFF By punching THE PLAINTIFF IN THE FACE FOR NO REASON AT" ALL?

Sgt.

#5 Sgt. CHANDLER
Is it the truth "when an inmate" get "seriously" hurt, they must immediately be taken to medical in any emergency situation?

#6 Why then did'nt you see that the plaintiff got propper medical treatment?

#7# Sgt. is it true you have a personal vendetta "against" the plaintiff? Or you just don't care about the well being of inmates?

#8# Sgt.
Also is the truth that "S.C.I. is a "real" recall" prison?

#9 "Ok" for the record with all these serious question that was asked here today would you be willin to take a Big Lie Detector test!

#10 Is it true that any officer with a high rank is to take charge without any officer without no rank you were the only high rank in the chowhall why you did'nt you take charge of the situation!

1) It was impossible for the inmate to see me due to the fact that he was face down. Also Capstun had been used on him and this greatly impairs the vision. As to the question whether or not I was laughing is untrue & incorrect. By the time I got to the the back of the chow hall the I/m (Curtis Collins) had already be sprayed and handcuffed at that time.

2) I don't discuss officers family problems with them so I would not know.

3) No

4) Inmate Collins was removed from his chowhall due to his trying to incide others to a riot. I/m Collins was given a direct order by myself to exit the chow hall which he failed to do.

5) Yes

6) I/m was taken to medical by the officer involved, cleared and placed in a holding cell.

7) No

(9) NO

(10) Because with three other officers involved in the situation, I was the only one left to watch the other 80 or so high security inmates that were still in the chowhall at that time.

11-2-06

James R Chandler

Deposition of Sgt. Chandler                    11/2/06

1. No objection
2. Objection - irrelevant
3. Objection - unintelligible
4. Objection - compound question
5. No objection
6. Objection to form
7. Objection compound
8. Objection unintelligible
9. Objection
10. Objection unintelligible

Erika Y. Tross #4506
Dated: 11/2/06