# EXHIBIT C

1005991

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 09/28/2006

# DISCIPLINARY REPORT

| Disciplinary Type: Summary | Housing Unit Bldg 21 | | IR#: 1007817 | | |
|---|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00314128 | Collins, Curtis M | DCC | Bldg.24 Chow Hall B | 12/29/2003 | 17:05 |

Violations: 2.06/200.108 Failing to Obey an Order

Witnesses: 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Time I.M. Collins Was Observed Talking In The Chow Hall. Talking Is Not Permitted In The Chow Hall.

Reporting Officer: Profaci, Alisa  (Staff Lt./Lt)

### Immediate Action Taken

Immediate action taken by: Profaci, Alisa  -Staff Lt./Lt

N/A

### Offender Disposition Details

Disposition: N/A           Date: N/A      Time: N/A        Cell secured? No
Reason: N/A
Disposition Of Evidence: N/A

### Approval Information

Approved: [ ]    Disapproved: [ ]    Approved By:  ()

Comments: N/A

### Shift Supervisor Details

Date Received:          Time:           Received From:

Shift Supervisor Determination:

- [ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

- [ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

, ()

I have received a copy of this notice on DATE:          TIME:          and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

Preliminary Hearing
Officer:                                      Offender:

Collins, Curtis M