# EXHIBIT D

1007004

Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

# DISCIPLINARY REPORT

| Disciplinary Type: Class1 | | Housing Unit Bldg 21 | | IR#: 1008746 | |
|---|---|---|---|---|---|
| SBI# | Inmate Name | Inst. Name | Location Of Incident | Date | Time |
| 00314128 | Collins, Curtis M | DCC | Bldg.24 Chow Hall B | 01/31/2004 | 16:40 |

**Violations:** 1.06/200.203 Disorderly or Threatening Behavior, 2.06/200.108 Failing to Obey an Order

**Witnesses:** 1. N/A    2. N/A    3. N/A

### Description of Alleged Violation(s)

On The Above Date And Approx Time While Running Chow Hall B In The Mhu. I Co Sonzone Dismissed The Chowhall And Im Collins Was Still Sitting Down Eating. After Giving Him A Few Minutes I Then Told Im Collins Lets Go Time Is Up. Im Collins Then Replied Fuck You I Don'T Hurry For No One. Who The Fuck Do You Think You Are, I Will Sit Here And Eat My Food Until I 'M Done. At This Time Im Collins Dumped His Tray And Began To Leave But Continued To Run His Mouth All The Way Back. Im Collins Was Then Locked In With No Further Problem.

**Reporting Officer:** Sonzone, Joseph C (Correctional Officer)

### Immediate Action Taken

**Immediate action taken by:** Sonzone, Joseph C -Correctional Officer

N/A

### Offender Disposition Details

**Disposition:** N/A    **Date:** N/A    **Time:** N/A    **Cell secured?** No

**Reason:** N/A

**Disposition Of Evidence:** N/A

### Approval Information

**Approved:** [x]    **Disapproved:** [ ]    **Approved By:** Reynolds, Kirk (Shift Commander - Large Inst.)

**Comments:** N/A

### Shift Supervisor Details

**Date Received:**    **Time:**    **Received From:**

**Shift Supervisor Determination:**

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense may be properly responded to by an immediate revocation of the following privileges(see reverse side) for _____ hours not to exceed 24 hours)

[ ] Upon reviewing this Disciplinary Report, I conclude that the offense would be properly responded to by Disciplinary Hearing.

Reynolds, Kirk (Shift Commander - Large Inst.)

I have received a copy of this notice on **DATE:**    **TIME:**    and have been informed of my rights to have a hearing and to present evidence on my own behalf. I understand, if found guilty, I will be subject to imposition of sanctions outlined in the Rules of conduct.

**Preliminary Hearing Officer:**    **Offender:**

Collins, Curtis M