# EXHIBIT E

GEORGETOWN DE, 19947
Phone#: 302-856-5280

# INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 06/17/2005 | Time: 06:00 | Confidential: No |

**Facility:** SCI Sussex Correctional Institution  
**Followup Required:** No

**Associated Disciplinary Report #(s)** 4989

**Incident Location:** MEDIUM

**Location Description:** Dining Hall

**Violated Conditions:** 1.05/200.225 Demonstrations (Strike)  
1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
On date and approximate time above, Medium building was feeding chow. I/M Curtis Collins was going thru the chow line. He started arguing with the cart worker about the pancakes. C/O S. Hall Told him to move along. He started mumbling under his breath and ask for a grievance form. He started to get loud and disrupted in the chow hall. I advanced towards him to get him out of the chow hall, when stood up and started to give his food away. I told him to stop and dump his tray not to give it away. I/M Collins said Fuck that do what you want to do. He then started to go towards the tier. He stopped in front of the gate and turned towards me. He stated Fuck you and you better not put your hands on me in and aggressive type manner like he was trying to get the other people in the chow hall involved. As I started towards him he turned and went on the tier. I told him he was going to get a write up he again stated that he did not give a fuck do what you got to do. I told him to pack his belongings he was going to ASDA. He pack his stuff and was escorted to ASDA by K-9 Pepper.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  **Date Collected:** N/A  
**Discovered By:** N/A  **Secured By:** N/A

**Type of Force Used** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [ ] CAPSTUN  [X] NONE  
**Restraints Used:** N/A

**Immediate Action Taken:**
Sent to ASDA

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Samuel, Hastings | N/A | CO Corporal/Sgt. - Large Inst. |
| Staff | Schan, Hati M | N/A | Correctional Officer |
| Inmate | Curtis, Collins M | 00314128 | N/A |

**Reporting Officer:** Hastings, Samuel (Co Corporal/Sgt. - Large Inst.)  
**Entered By:** Hastings, Samuel (Co Corporal/Sgt. - Large Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 06/17/2005  **Approved by:** Truitt, George C (Shift Commander - Large Inst.)  
**Comments:** N/A