# EXHIBIT F

Incider..#
11018

**SCI Sussex Correctional Institution**
**PO Box 500**
**GEORGETOWN DE, 19947**
**Phone#: 302-856-5280**

Date: 08/06/2005

# INCIDENT REPORT

| Group# N/A | Type: Inmate Involved | Incident Date: 08/06/2005 | Time: 06:00 | Confidential: No |
|---|---|---|---|---|

**Facility:** SCI Sussex Correctional Institution          Followup Required : No

**Associated Disciplinary Report #(s):** 5182

**Incident Location:** MULTI-SECURITY

**Location Description:** MSB Chow Hall

**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**

On the above date, time, and location, I C/O Berezansky, gave a direct order to I/M Collins, Curtis (00314128) to stop talking or dump his tray. I/M Collins continued to talk so I ordered him to dump his tray and lock in. I/M Collins walked over and dumped his tray and walked towards me with fists clinched along with his teeth. I/M Collins then lunged at me. By this time, we all were all outside of the chow hall. I then pulled and sprayed Capstun directly in I/M Collins' face. I/M Collins was then taken to the ground by myself, C/O Shawn Emerick, and C/O Jeffrey Daisey to be cuffed. I/M was cuffed and escorted to the holding cell where he was seen by Nurse Helen and complained of no injuries. I/M Collins was then escorted to ASDA where he was placed in Asda 1 Cell 1. EOR

| Injured Persons | Hospitalized | | Nature Of Injuries |
|---|---|---|---|
| N/A | N/A | N/A | |

**Evidence Type:** N/A          **Date Collected:** N/A

**Discovered By :** N/A          **Secured By:** N/A

**Type of Force Used:** [ ]   PHYSICAL   [ ]   CHEMICAL   [ ]   STUN   [ ]   OTHER   [X]   CAPSTUN   [ ]   NONE

**Restraints Used     :** Handcuffs

**Immediate Action Taken:**
Ordered I/M to keep quiet or lock in.

| Individuals Involved | | | |
|---|---|---|---|
| Person Code | Name | SBI# | Title |
| Inmate | Curtis, Collins M | 00314128 | N/A |
| Staff | Bradley, Berezansky | N/A | Correctional Officer |
| Staff | Shawn, Emerick T | N/A | Correctional Officer |
| Staff | Jeffrey, Daisey | N/A | CO Corporal/Sgt. Small Inst. |

**Reporting Officer:** Berezansky, Bradley  (Correctional Officer)          **Entered By:** Berezansky, Bradley  (Correctional Officer)

| Approval Information |
|---|

[ X ]  **Approved**  [ ] **Disapproved   Date:** 08/06/2005  **Approved by:** Johnson, Joseph H  (Staff Lt./Lt)

**Comments:** Sent to Lt. J lasscs

Received, Reviewed &
Approved

AUG 0 6 2005

Watch Commander

Signature



DEPOSITION
EXHIBIT
DX # 2
8-17-06   YB