# EXHIBIT G

| Incident# | SCI Sussex Correctional Institution | Date: 08/06/2005 |
|---|---|---|
| 11019 | PO Box 500<br>GEORGETOWN DE, 19947<br>Phone#: 302-856-5280 | |

## INCIDENT REPORT

| Group#: N/A | Type: FYI | Incident Date: 08/06/2005 | Time: 06:00 | Confidential: No |

**Facility:** SCI Sussex Correctional Institution  **Followup Required:** No
**Incident Location:** MULTI-SECURITY
**Location Description:** CHOW HALL
**Violated Conditions:** 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
ON THE ABOVE DATE AND APPRX. TIME, I C/O DAISEY WAS ASSISTING WITH CHOW WHEN I HEARD C/O BEREZANSKY GIVE I/M CURTIS COLLINS A DIRECT ORDER TO STOP TALKING OR DUMP HIS TRAY. AT THAT TIME I/M COLLINS BECOME EVEN LOUDER AND CAUSING A COMMOTION. THEN C/O BEREZANSKY ORDERED I/M COLLINS TO DUMP HIS TRAY AND RETURN TO CELL AND LOCK IN. AS I/M COLLINS WAS EXITING THE CHOW HALL ,I/M COLLINS TURNED AROUND IN A THREATING MANNER AND RAISED HIS FIST IN A FIGHTING STANCE AND WAS LUNGING TOWARD C/O BEREZANSKY. C/O. BEREZANSKY AT THAT TIME PULLED CAPSTUN AND SPRAYED I/M CURTIS COLLINS. AT THAT TIME I/M COLLINS WAS TAKEN TO THR GROUND BY I C/O DAISEY ,C/O EMERICK AND C/O BEREZANSKY AND HANDCUFFED AND TAKEN TO HOLDING CELL AND WAS SEEN BY MEDICAL WITH NO INJURIES AND PLACED IN ASDA-1,CELL-1.    E.O.R

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  **Date Collected:** N/A
**Discovered By:** N/A  **Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL   [ ] CHEMICAL   [ ] STUN   [ ] OTHER   [X] CAPSTUN   [ ] NONE
**Restraints Used:** HANDCUFFS

**Immediate Action Taken:**
I/M COLLINS BECOME THREATING AND DISORDERY WAS SPRAYED WITH CAPSTUN,HANDCUFFED AND WAS SEEN BY MEDICAL.PLACED IN HOLDING CELL

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Staff | Jeffrey, Daisey | N/A | CO Corporal/Sgt. Small Inst. |
| Staff | Bradley, Berezansky | N/A | Correctional Officer |
| Staff | Shawn, Emerick T | N/A | Correctional Officer |
| Inmate | Curtis, Collins M | 00314128 | N/A |

**Reporting Officer:** Daisey, Jeffrey (Co Corporal/Sgt. Small Inst.)   **Entered By:** Daisey, Jeffrey (Co Corporal/Sgt. Small Inst.)

### Approval Information

[X] Approved  [ ] Disapproved   **Date:** 08/06/2005   **Approved by:** Johnson, Joseph H (Staff Lt./Lt)
**Comments:** Sent to Lt. J Isaacs

Received, Reviewed & Approved
AUG 06 2005
Watch Commander
Signature _[signature]_


DEPOSITION EXHIBIT
DX #3
8-17-06  VB