# EXHIBIT H

| Incident# | | | |
|---|---|---|---|
| 11020 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone#: 302-856-5280 | | Date: 08/06/2005 |

## INCIDENT REPORT

| Group#: N/A | Type: Inmate Involved | Incident Date: 08/06/2005 | Time: 06:00 | Confidential: No |
|---|---|---|---|---|

Facility: SCI Sussex Correctional Institution      Followup Required: No
Incident Location: MULTI-SECURITY
Location Description: MSB Chow Hall

Violated Conditions: 1.06/200.203 Disorderly or Threatening Behavior

**Description of Incident:**
On the above date, time, and location, I C/O S. Emerick observed C/O Berezansky give I/M Collins, Curtis 00314128 a direct order to stop talking or dump his tray. I/M Collins dumped his tray and then became disorderly, and walked towards C/O Berezansky in a threatening manner with his fists clinched. I/M Collins then lunged at C/O Berezansky as he was exiting the chow hall. C/O Berezansky then pulled and sprayed Capstun directly in I/M Collins' face. I/M Collins was then taken to the ground by myself, C/O Berezansky, and C/O Daisey to be handcuffed. I/M Collins was then escorted to the holding cell, seen by medical where he complained of no injuries. After being cleared by medical, I/M Collins was placed in ASDA 1 Cell 1.

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

Evidence Type: N/A     Date Collected: N/A
Discovered By: N/A     Secured By: N/A

Type of Force Used: [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [X] CAPSTUN  [ ] NONE
Restraints Used: N/A

Immediate Action Taken:
N/A

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Curtis, Collins M | 00314128 | N/A |
| Staff | Shawn, Emerick T | N/A | Correctional Officer |
| Staff | Bradley, Berezansky | N/A | Correctional Officer |
| Staff | Jeffrey, Daisey | N/A | CO Corporal/Sgt. Small Inst. |

Reporting Officer: Emerick, Shawn T (Co Corporal/Sgt. Small)     Entered By: Daisey, Jeffrey (Co Corporal/Sgt. Small Inst.)

### Approval Information

[X] Approved  [ ] Disapproved  Date: 08/06/2005  Approved by: Johnson, Joseph H (Staff Lt./Lt)
Comments: Sent to Lt. J Isaacs

Received, Reviewed & Approved
AUG 06 2005
Watch Commander
Signature


DEPOSITION EXHIBIT
QX #4
8-17-06 VB