# EXHIBIT I

| DR# | | |
|---|---|---|
| 5182 | | |

SCI Sussex Correctional Institution
PO Box 500
GEORGETOWN DE, 19947
Phone No. 302-856-5280

Date: 03/01/2006

## DISCIPLINARY HEARING DECISION

Inmate: Collins, Curtis M          SBI#: 00314128      Type: Class 1
Institution: SCI Sussex Correctional Institution       Hearing Date: 08/12/2005   Time:

Inmate Present: Yes      Reason(If No): N/A

Violation: 1.06/200.203 Disorderly or Threatening Behavior

Inmate PLEA: Not Guilty

Inmate Statement: he cussed me, stating for me to to dump my tray and shut my fucking mouth. I complied and dumped my tray and on my way out I asked him why are you talking to me like that, he again stated to shut my fucking mouth. As I was leaving the chow hall I turned and told him he should shut his fucking mouth. Thats when he ran towards me and sprayed me and they took me down to the floor and started kicking me.

Witness Name: Price, Bobby
Testimony: N/A

Witness Name: Smiley, William
Testimony: Both witnesses concured with mr Co;;ins statement.

Decision: Guilty
Rational: his disorderly behavior caused this problem. I find him guilty of 1.06
Sanctions: N/A

**HEARING OFFICER'S SIGNATURE**
Hennessy, Melvin C

I understand that I may appeal the decision of a Class II Hearing to the Class I Hearing Officer. I may appeal the decision of a Class I Hearing to the facility administrator. I also understand that I have 72 hours to submit my notice of appeal in writing to the Class I Hearing Officer if I am appealing a Class II Hearing decision or the Warden if I am appealing a Class I Hearing decision.

I [X] DO     [ ] DO NOT INTEND TO APPEAL

**INMATE's SIGNATURE**

### ORDER TO IMPLEMENT SANCTIONS

[ ] Inmate does not wish to appeal          [X] Appeal has been denied by Commissioner or Designate
[ ] Sanctions have been modified            [ ] Time Limit(72 Hours since hearing) for appeal has expired

It is here by ordered to implement the sanctions:

| Sanctions | Start Date | Days | End Date |
|---|---|---|---|
| 1. Isolated Confinement | 08/24/2005 | 10 | 09/03/2005 |

Page 1 of 1

