# EXHIBIT J

| Incident# 11017 | SCI Sussex Correctional Institution<br>PO Box 500<br>GEORGETOWN DE, 19947<br>Phone#: 302-856-5280 | Date: 08/06/2005 |
|---|---|---|

# INCIDENT REPORT

| Group#: 1921 | Type: FYI | Incident Date: 08/06/2005 | Time: 06:30 | Confidential: No |
|---|---|---|---|---|

**Facility:** SCI Sussex Correctional Institution  
**Incident Location:** MULTI-SECURITY  
**Location Description:** Holding Cell  

**Followup Required:** No

**Violated Conditions:** Other  
**Description of Incident:**  
I/M assessed after capstun, no noted injuries

| Injured Persons | Hospitalized | Nature Of Injuries |
|---|---|---|
| N/A | N/A | N/A |

**Evidence Type:** N/A  
**Discovered By:** N/A  
**Date Collected:** N/A  
**Secured By:** N/A

**Type of Force Used:** [ ] PHYSICAL  [ ] CHEMICAL  [ ] STUN  [ ] OTHER  [X] CAPSTUN  [ ] NONE  
**Restraints Used:** N/A

**Immediate Action Taken:**  
I/M assessed, no noted injuries, no noted bruising

### Individuals Involved

| Person Code | Name | SBI# | Title |
|---|---|---|---|
| Inmate | Curtis, Collins M | 00314128 | N/A |
| Staff | Helen, Whitley | N/A | Contractors - Medical |

**Reporting Officer:** Whitley, Helen (Contractors - Medical)  
**Entered By:** Whitley, Helen (Contractors - Medical)

### Approval Information

[X] Approved  [ ] Disapproved  **Date:** 08/06/2005  **Approved by:** Johnson, Joseph H (Staff Lt./Lt)  
**Comments:** Sent to Lt. J Isaacs

Received, Reviewed & Approved  
AUG 06 2005  
Watch Commander Signature



DEPOSITION EXHIBIT  
DX #6  
8-17-06