# EXHIBIT L

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CURTIS M. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-739-SLR |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN RICK KEARNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF MICHAEL D. MILLIGAN

I, Michael D. Milligan, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by the State of Delaware Department of Correction ("DOC") as a Correctional Officer at the Sussex Correctional Institute ("SCI"), Georgetown, Delaware. I have been employed by SCI since September 1, 1998.

2. I was not on duty at SCI on August 6, 2005.

3. I had no involvement in the incident that occurred during breakfast in the MSB chow hall as described in Inmate Curtis Collins's Complaint.

_____
Michael D. Milligan

SWORN AND SUBSCRIBED before me this 8th day of December, 2006.

_____
Notary

VALERIE D. DAVIS
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 28, 2007