# EXHIBIT M

**CONFIDENTIAL**

SHIFT ASSIGNMENT ROSTER-1

Date: 8/6/05  Day: SAT.  Shift: 12x8  Watch Commander: West

| CENTRAL CONTROL | KEY SOUTH BLDG | TOWERS | BLDG VISITING RM |
|---|---|---|---|
| MSB | | | |
| Chandler | | | GYM OFFICER |
| Chaffinch | | KITCHEN AM | |
| Emerick | | | CHAPEL |
| Berezansky | P.T. HOUSING UNITS | | |
| Daisy | | KITCHEN PM | RECEIVING RM |
| Johnson | | | |
| Davy (C/T) | | | |
| Adams W. | | OUTSIDE HOSP. | |
| | | | PROPERTY RM |
| Tyre | | | |
| MEDIUM BLDG | PRETRIAL ROVERS | FRONT DOOR | MERIT BLDG |
| | | FRONT COUNTER | |
| | | WAITING ROOM | |
| MINIMUM BLDG | TRUCK GATE | PROGRAMS P/T | LTS ON SHIFT |
| K-9 UNIT | PATROLS | SHAKEDOWN | |
| VACATION | SICK | HOLIDAY | |
| | | | TRAINING/OTHER |
| | COMP FMLA | MILITARY/MLWOP | P.R.T. |

CONFIDENTIAL    D00181