# EXHIBIT N

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CURTIS M. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-739-SLR |
| v. | ) | |
| | ) | Jury Trial Requested |
| WARDEN RICK KEARNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### AFFIDAVIT OF IRVIN JOHNSON

I, Irvin Johnson, having been duly sworn by law, do hereby depose and state as follows:

1. I am employed by the State of Delaware Department of Correction ("DOC") as a Correctional Officer at the Sussex Correctional Institute ("SCI"), Georgetown, Delaware. I have been employed by SCI since September 2004.

2. On August 6, 2005, I was on duty in the control room of the Multi-Security Building ("MSB"). I was not on duty in the MSB chow hall during breakfast.

3. I had no involvement in the incident that occurred during breakfast in the MSB chow hall as described in Inmate Curtis Collins's Complaint.

_____
Irvin Johnson

SWORN AND SUBSCRIBED before me this 8th day of December, 2006.

_____
Notary

RHONDA LEE ZAWORA
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires April 20, 2008