12-7-06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

*   *   *

FILED
DEC 11 2006
Rd scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DEAR" JUDGE,
HONORABLE "SUE" L. ROBINSON"

CIVIL NO. 1:05-739-SLR

TO WHOM" IT MAY BE CONCERN THAT I CURTIS COLLINS READ" STATE" DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF, MOTION TO EXTEND DEADLINE" AFFIDAVIT"S" OF TIMOTHY MARTIN THE (DOC) PARALEGAL AT THE DELAWARE CORRECTIONAL CENTER DCC DID NOT ELABORATE TO COURT THAT INMATES THAT ARE HOUSES IN THE LOCKDOWN"MAXIMUM HOUSING UNIT THE (MHU) BUILDING #21 OUT OF 7 DAYS THERE ARE 168 HOURS A WEEK THE" MAXIMUM" BUILDING 21# GETS RACKREATION #3 HOURS OF THAT 168# HOURS PER WEEK" I COME OUT OF MY CELL MONDAY FOR 1 hour, WEDNESDAY FOR 1 hour FRIDAY FOR 1 hour THOSE ARE MY 3 hours OUT OF A WEEK SO OUT OF 7 DAYS I AM LOCKDOWN IN A CELL APPROXIMATELY 165# hours PER WEEK AND THEY ARE going TO TELL THE FEDERAL' COURTS THAT IS NOT A LOCKDOWN SEGREGATION UNIT WEAR I'AM houses AT "BUILDING 21# MAXIMUM" (MHU" THEN SOMEONE NEEDS TO INVESTIGATE THESE PROFESSIONALS FABERCATES I DON'T have know Reason TO LIE TO YOU ABOUT THIS LOCKDOWN"UNIT" THESE PEOPLES ARE PROFESSIONAL" LIEER AND THE LORD JESUS WILL SEE THEM AT THE END" THANK YOU FOR YOUR TIME JUDGE SUE AND MAY JESUS BE WITH YOU AND HAVE A GREAT NEWYEARS AND ALWAYS HAVE THE LORD JESUS A-MEN

12-7-06

Dear
   Clerk, Peter,
I would very much appreciate
   if the court can send me District Court
   a Docket List" I dont have know money
   if it is a charge
if I have to pay for it
could the courts charge it to my
Inmate Accounts Indigent
Can you please send me a Docket List"
Thank you for your time
                      and love Jesus
and have a great new years

      Love
         Jesus A-men

IM Curtis M. Collins
SBI# 314125  UNIT C-U-3# Building
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 DEC 2006 PM

(CLERK,
PETER "DALLED" UNITED STATES V.
DISTRICT COURT OF) DELAWARE
LOCK BOX 18
844# North King Str.
WILM/DEL
19801-3570

LEGAL- MAIL