OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 13, 2006

TO: Curtis M. Collins
    SBI #314128
    Delaware Correctional Center
    SHU 17-DL-2
    1181 Paddock Road
    Smyrna, DE 19977

**RE:  Request for Copy of Docket; Civ. No. 05-739 SLR**

Dear Mr. Collins:

   A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted civil action.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. **Should you require copies (including docket sheets) in the future**, please be aware of this fee requirement.  Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.  Enclosed, please find your **one** free copy of the docket report for Civ. No. 05-739 SLR.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/rpg                                    PETER T. DALLEO
                                        CLERK

cc: The Honorable Sue L. Robinson