IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS,<br><br>      Plaintiff,<br><br>v.<br><br>WARDEN RICK KEARNEY, *et al.*,<br><br>      Defendants. | )<br>)<br>)<br>)  C.A. No. 05-739-SLR<br>)  Jury Trial Requested<br>)<br>)<br>)<br>) |

## ORDER

Upon the Plaintiff's Motion To Extend Deadline For A Dispositive Motion (D.I. 71), and State Defendants' Response In Opposition To Plaintiff's Motion To Extend Deadline For A Dispositive Motion; and it appearing that good and sufficient notice of Plaintiff's Motion and State Defendants' Response has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** that Plaintiff's Motion To Extend Deadline For A Dispositive Motion is **DENIED**.

SO ORDERED this _14th_ day of _December_, 2006.

_____
The Honorable Sue L. Robinson
United States District Court Judge