\* UNITED \* DISTRICT \* COURT OF DELAWARE \*

\* STATES OF DELAWARE \*

CURTIS M. COLLINS    )    .C.V. NO. 05-739-S.L.R.
)
)
)
VS.
)
RICK KEARNEY ET AL
)
)
)    \* \* \* \* \*
) MOTION "TO AMEND
"MOTION FOR A ORAL" ARGUMENTS"

NOW COMES THE ABOVE "PLAINTIFF" AT HAND TO ASK THIS "HONORABLE" COURT TO GRANT THIS MOTION TO HAVE A ORAL,, ARGUMENT,, BECAUSE THE "PLAINTIFF" IS NOT SURE THAT THE REPLY,, BRIEF" THAT WAS JUST RECENTLY SENT TO THE COURTS, MAY NOT BE CORRECT,, OBVIOUSLY THE PLAINTIFF,, DIDN'T HAVE THE SKILLS,, TO THAT TASK" THE PLAINTIFF EVEN SENT A ORDER OF SAMPLES ON REPLY BRIEF" TO THE M.N.U. LAW LIBRARY TO LEARN HOW THE REPLY BRIEF, GOES AS FAR AS PUTTEN IT TOGETHER FOR SERVICES, THE PLAINTIFF IS ASKING THE COURT TO GRANT HIS MOTION FOR A ORAL, ARGUMENTS IF THE PLAINTIFF REPLY BRIEF WAS INCORRECT

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD Scanned

## CERTIFICATE OF SERVICES

I, CURTIS M. COLLINS, hereby CERTIFY THAT ON 12-22-06 I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED, AMENDMENT MOTION WAS HANDED TO A, D.C.C. CORRECTIONAL OFFICER TO PLACE IN, D.C.C. U.S MAILING SYSTEM TO FORWARD TO:

| | |
|---|---|
| DEFENDANTS, COUNSEL | CLERK PETER. DALLEO |
| ERIKA TROSS DEPUTY | UNITED STATE DISTRICT COURT |
| ATTORNEY GENERAL | LOCK BOX 18# 844# |
| D.R.P.T. OF, JUSTICE | N, King St WILM, DEL |
| CARVEL STATE BLDG. | 19801-3570 |
| 820 NT French St WILM, DEL | |
| 19801 | |

RESPECTFULLY, SUBMITTED

CURTIS M. COLLINS
S.B.I. 314128 DEL, CORR, CENTER
1181, PADDOCK ROAD
19977

IM Curtis Collins
SBI# 314128  UNIT C-U-3 #
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal-mail",

RECEIVED
DEC 27 2006
U.S. DISTRICT COURT

Clerk "United States"
District Court
Lock-Box 18
844 N. King St.
Wilm, Del
19801-3570

UNITED STATES POSTAGE
$00.390
MAILED FROM ZIP CODE 19977
DEC 22 2006