P.1#

\* UNITED STATES DISTRICT COURT \*
\* FOR THE DISTRICT OF DELAWARE \*
                              \*
                              \* CIVIL ACTION NO. 105-CV-739-SLR
CURTIS M. COLLINS             \*
           v.                 \*
WARDEN                        \*
RICK KEARNEY, ET. AL          \*

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

DEFENDANTS' ANSWER TO THE COMPLAINT

ON PAGE #2 SENTENCE NO. 11 OF THE COMPLAINT"
That began with, so plaintiff obeyed" ARE DENIED" my ANSWER
IS This how That could Be DENIED" when THE PLAINTIFF got up
AND Threw AWAY THE FOOD AT THE OFFICER REQUEST.
OK NOW SENTENCE NO. 12# THE ALLEGATIONS OF THE COMPLAINT
That began with, Then' PLAINTIFF,, APPROACHES ARE "DENIED" how
Could That be" when STATE DEFENDANTS" ANSWER TO THE AMENDED
COMPLAINT ON PAGE 2# SENTENCE NO. #5 STATE DEFENDANTS
ADMIT That The Plaintiff began TALKING TO THE SERGEANT
AFTER he WAS given A Direct ORDER TO Dump his "TRAY
THE DEPOSITION OF SERGEANT JAMES CHANDLER WAS held ON
NOVEMBER 2# THEY' had TEXT WRITTEN QUESTION" FOR THE SGT"
JAMES CHANDLER TO ANSWER! THE PLAINTIFF Number 3 QUESTION
TO SGT" CHANDLER' WAS IS it TRUE when PLAINTIFF COLLINS
CAME TO YOU ABOUT A unprofessional OFFICER BEREZANSKY
BEING OUT OF' Control *His ANSWER TO Number 3 WAS NO!
THE SGT' CHANDLER TOLD THE "JUDGE A" LIE" because when you go
BACK TO THE STATE DEFENDANTS' ANSWER TO THE AMENDED
COMPLAINT ON PAGE 2# SENTENCE NO. #5 STATE DEFENDANTS
ADMITS That the plaintiff began TALKING TO THE SERGEANT
JAMES' CHANDLER" - NEXT - PAGE

\* UNITED STATES DISTRICT COURT \*
\* FOR THE DISTRICT OF DELAWARE \*

CURTIS M. COLLINS           \*   CIVIL ACTION NO. 1:05-CV-739-S.L.R.
          V.                \*
WARDEN
RICK KEARNEY ET. AL.        \*
                            \*

ALSO FOR THE RECORD SGT JAMES CHANDLER WITH RANK AT THE PRISON REFUSES TO TAKE A LIE DETECTOR TEST!

BACK TO THE DEFENDANTS ANSWER TO THE COMPLAINT SENTENCE NO. 13 THE ALLEGATIONS OF SENTENCE NUMBER 13 #13 OF THE COMPLAINT that begin with So Sergeant chandler ARE DENIED IS ALSO A LIE when you go back to THE AMENDED COMPLAINT on PAGE 2# SENTENCE NUMBER 5# STATE DEFENDANTS ADMITS that the plaintiff WAS TALKING TO THE sgt chandler THE DEFENDANTS CONTRICDICKED Themselves OK now back TO THE DEFENDANTS ANSWER TO THE Complaint! SENTENCE NO. 14 the Allegation NUMBER 14# Complaint That begin with "AS plaintiff WAS SPEAKING ARE" Denied that IS ANother Lie because when you go BACK TO DEFENDANTS ANSWER TO THE AMENDED Complaint Again on PAGE 2# SENTENCE NUMBER 5 Again were State DEFENDANTS ADMITS, OK BACK TO THE DEPOSITIONS OF BRADLEY BEREZANSKY with The Ten WRITTEN QUESTIONS ANSWER NUMBER 4# WAS yes BEREZANSKY has A history OF Abusin INMATES AT S.C.I. PRISON AND he been SUED before" AND TO ANSWER NUMBER 5# IN THE TEN WRITTEN QUESTION yes it TRUE That 82% percent OF BEREZANSKY DISCIPLINARY REPORTS FILED ON INMATES ARE Black AT THE S.C.I. PRISON NEXT PAGE



P 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Civil No. 105-CV-739-SLR

When the Courts look at Officer Berezansky history reports "They will see that he has a "Mental Problem" They will also see all of the Complaints that he has on him from inmates Complaing to the Prison about Berezansky crazzy action toward inmates" being abuse and Captured Pepper Sprayed to the fullest "and have all kinds of Racial jokes about black people"
Refusral of Medical Nurse Helen A. Whitley said in one of her reports "that I had Exrays takeing 8-8-05 # Two Days after the Incedent which is a big lie" my Exrays was takein on # 8-17-05 and I was told on 9-22-05 that I had Fractures Ribs" and that was the day that I have been Really treated for my injures "on 9-22-05 and that was the very First Time I saw Doctor Burns" I also maybe had about 16 # sick call slip in complaing about some strong medication For my Fractures Ribs injures that I received From Correctional Officer Brutality" on the Plaintiff

I/M Curtis Collins
SBI# 314128 UNIT C U-3-B.L,D.g. 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal-Mail"

Clerk Peter T.
United States
District Court 844
N. King St. Lockbox 18 Wilm, Del
19801-3570

"Legal-Mail!"