Dear Cheif, Judge Sue,"

05-739

Could you please read these papers so you could get a clear understanding how these Correctional Officers had really Lied to you, and Comdicted "themsleves" I would like for you Ms. Judge Sue, look through my orignal 1983# Complaint, and Please look at my Amendment Complaint they both has the same statment claims ok' Now' I want you to look at the Defendants Antswer's to the Complaint And then I would like for you to look at the States Defendants Answers to my Amending Complaint, and you will see how the Correctional Officers Fabricated their Story and Comdicted themsleves Please also Read the Ten Written Questions on that depositions of Sgt Chandler and Berezansky' Ms. Cheif Judge Sue,

Have a great new years

Love Jesus" A-men

Sincerely
Curtis M. Collins

FILED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bp scanned