"UNITED" STATES "DISTRICT" COURT
FOR THE DISTRICT OF DELAWARE

Curtis Collins                    *    CIVIL No. 105-739-SLR
           Plaintiff              *
      v                           *
Warden "Rick" Kearney             *
Et., al
           Defendants

ANSWERING BRIEF IN OPPOSITION TO THE
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
AND REPLY BRIEF IN SUPPORT OF THE PLAINTIFF
MOTION FOR SUMMARY JUDGMENT

FILED
JAN 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Curtis M. Collins
D.R.p.o of correction
Smyrna Delaware 1181, Paddock Road
19977

District's Court

# Table of Contents

| | |
|---|---|
| Table of Authorities | Page 1 |
| Nature Stage Proceeding | Page 2 |
| Summary of the Facts | Page 3 |
| Summary of the Arguments | Page 4 |
| Statement of the Facts | Page 5 |
| Arguments | Page 6 |
| Conclusion | Page 7 |

In District Court of Delaware

Table of Authorities

Cases

Bracey v. Grenobie 494-F.2D-566

Byrd v. Brishke 466-F.2D-6

Collins v. Brown 268-F-Supp-198

Curtis v. Everett 489-F.2D-516

Davidson v. Dixon 386 F. Supp 482

Dole v. ARCO Chemical Co. 921-F.2D-484

Hudson 112 S.CT-995

Lompert v. Renold Metal Co. 372-F.2D-245

Landman v. Royster 354-F. Supp-1302

Monroe v. Pope 81-S.CT-473

Nussle v. Porter 122-S.CT-983

Popow v. Margnt 476-F. Supp-1237

Wright v. McMann 460 F.2D-126


Constitutional Provision

Eight Amendment

Fourteenth Amendment

# \* NTATURE STAGE OF PROCEEDINGS \*

PAGE # 2 # PAGE #

On 8-6-2005 Plaintiff Curtis M. Collins entered the main chow hall at Breakfast time while at the Sussex Correctional Center Located in Georgetown, De. He asked other inmates already seated at the table to slide down so he could sit down to eat. at which time C/o Berezansky told Mr. Collins to "shut the fuck up" and "Throw your fucking food trey away" Mr. Collins asked C/o Berezansky why he had to throw away his food trey. C/o Berezansky responded There no talking in the chow Hall, Mr. Collins was not having a conversation with another inmate, he was simply trying to get a place vacated so he could eat his food. Mr. Collins the use the chain of command rank in which he ask Sgt. Chandler why he couldn't finish his food. Sgt. Chandler didn't respond. Mr. Collins dumped his food trey. As Mr. Collins was leaving the chow hall C/o Berezansky made a comment directed to Mr. Collins. Then Mr. Collins turned around in attempt to hear what C/o Berezansky said, C/o Berezansky punched Mr. Collins in his face. Then hand cuff and pepper spray Mr. Collins before the rest of the C/o staff of C/o Milligan, Daisey, Irvine Johnson maliciously assault Mr. Collins. When a member from SCI medical staff REFUSE to look at Mr. Collins injuries. She told Mr. Collins to "stop crying like a little Bitch." Mr. Collins went 47 days without recieving proper medical treatment. since then x-rays were taken of Mr. Collins ribs that displayed his ribs was fractured Mr. Collins was refuse copies of

\*NATURE\* STAGES \* PAGE # 2    2 # #
OF PROCEEDINGS

his medical report by the doctor at Sussex Correction Center in Georgetown, De

\*NATURE\* STAGES \*
OF PROCEEDINGS

~~Abstract~~ Court                              Page # ~~3~~ 3 ~~#~~

## Summary of the Facts

Delaware Dept. of Correction has a Dietitian who puts together a menu on which an inmate will recieve all proper nutritions

D.E.p.t. of Correctional Commissioner (Stanley Taylor) and Sussex Correctional Institution, Warden (Rick Kearney) supports their correctional officers to violate inmates Fourteenth Amendment Right to Due Process under civil Right Act by permitting the correctional officers to order an inmate to dump their food tray and not providing the Required Food Nutrient Design by the Dietitianer

"UNITED" STATES "DISTRICT" COURT
FOR THE DISTRICT OF DELAWARE

CIVIL NO. 105-739-SLR-

## Summary of the Argument

Plaintiff, witnesses, that, were present in S.C.I Chow hall, will testify in District Court that C/o Johnson, was present in the chow hall, on 8-6-05" time of the attack, on the plaintiff

Ms. Freka, Cross said that the plaintiff couldn't produce a signal affidavits from my witnesses" well to answer that remark the plaintiff did'nt have know knowledge of the legal system, also the plaintiff was transfer to Smyrna for a cover up! The plaintiff can demonstrate to District Court that the defendants violated the Eight Amendant and the Fourteenth Amendant by the Plaintiff" witnesses that saw the incident in .s.c.i. chow hall the plaintiff ask this court to subpoena all the witnesses that the plaintiff has, and Deny the Summary Judgement of the Defendants Sergeant, Chandler did act with deliberate indifference and he should be held liable for failure to protect because, with him being a sergeant he could of prevent the whold situation by utilizing "the rank that the prison promotion him with, the state's defendants has, already met their burden of showing that they

\* IN THE "UNITED" STATES "DISTRICT" COURT \*
\* FOR THE "DISTRICT OF" DELAWARE \*

"Summary"    Civil No. 105-739-SLR

violate the Plaintiff Constitutional Right by Tampering with the medical Reports Date's and the False Defendants answer's to the Complaint and the stat Defendants answers to the amendment complaint followed by the Deposition of the ten written question were the Defendants got Caught in a bunch of lie's the Plaintiff ask the Courts to grant Rehears" for trial, Warden Rick Kearney has knowledge of the incident that took place in S.C.I. on 8-6-05. he fail to investigate the situation when the Plaintiff have corresponded to him Deputy warden, warden on Numerous Occasion the warden should be held, Responsible for any thing that transpire in S.C.I. and the Warden should not be Dismissed from this case c/o Johnson was in the Building at chow time like always c/o Mohagan the person Claims that he wasn't worken Does c/o Mohagan have a Alibi because everybodys knows that the person Tamper with the Paper work, a court in Reviewing a Claim of Excessive Force used by the Prison Official was applied on the wrong doings to, maintain or Restore Disciplin or maliciously and sadistically for the Purpose causing harm on the Plaintiff will Constitute a De, Facto Policy Popow v Margate 176 F. Supp 1237, the D.e.pt, Correction has a history for Excessive Force violation the Eight and 14th Amendments of U.S. Constitution glene Davidson v Dixon 386. F supp 482

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIVIL NO. 1:05-CV-739-SLR

## Summary

The Disciplinary hearing decision from the 8-6-05 incident reveals that Collins admitted that he complied and dumped the food tray, and told the officer" that he should shut his mouth up the Disciplinary" Lt's Hennesey is fabrication on the paper work I don't recall using profanity language in the chow hall at S.C.I. M.S.B. Building c/o Berezansky was the aggressor by using profanity language in the chow hall being or acting unprofessional in front of a bunch of inmates if any thing c/o Berezansky was serious inciting a Riot being the aggressive assaulted the Plaintiff in front of bunch of inmates, The Plaintiff was no threat when he turned around to hear what the officer had to say the Plaintiff was no threat when he got handcuff after the handcuffing the officers sprayed the Plaintiff with two tubs of Pepper spray then proceed to punch and kick the Plaintiff, for no Reason at all no kind of threat to the correctional officers safety or the environment the officers violated the Plaintiff Eight-Amendment and the Fourteen, Amendment the Summary Judgment for the Defendants should be Deny

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PAGE #4#

CIVIL NO. 105-CV-739-SLR

Plaintiff, Medical, Records show that he was on schedule for a examination four days after the incident. The Plaintiff had ExRays done on 8-17-05 Eleven, Days after the incident, the Plaintiff can prove that by the Physicians, order and the only time that the Plaintiff was treated for two fracture ribs was on 9-22-05 when Doctor Burns told me that my Ribs are Fracture, And the Rest of the Physicians order has been tamper with by the Prison, And the State Defendants motion for summary judgement should be deny

Abstract Court                Page 1

## Summary of the Facts

Delaware Dept. of Correction has a Dietitian who puts together a menu on which an inmate will recieve all proper nutritions

D.E.P.T. of Correctional Commissioner (Stanley Taylor) and Sussex Correctional Institution, Warden (Rick Kearney) supports their correctional officers to violate inmates Fourteenth Amendment Right to Due Process under civil right act by permitting the correctional officers to order an inmate to dump their food tray and not providing the required food nutrient design by the Dietitianer

# 5

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

CIVIL NO. 105-739-S.L.R.

## STATEMENT OF THE FACTS

Delaware Department of Corrections has a dietitian, who puts together a menu in which an inmate will recieve all proper required nutritions.

Department of Corrections, Commissioner, Stanley Taylor and Sussex Correctional Institution, Warden, Rick Kearney support their correctional officer to violate Inmate's Fourteenth Amendment right to due process under civil right act by permitting the correctional office to order Inmates to dump their food trey and not providing the required food nutrient design by the dietitians.

Excessive use of force, assault and battery, and verbal abuse violated Mr. Collins constitutionally Protected rights in accordance with the Eighth Amendment of United States constitution, By physically Beaten Mr. Collins. The actions by the Correctional officers also violated the Fourteenth Amendment of United States Constitution, Equal Protection right.

When the medical staff failed to provide adquate medical attention it also violated Mr. Collins Eighth Amendment of United State constitution excessive cruel unusual punishment.

\* THE
 \* STATE OF
  \* DELAWARE

PAGE # #6
PAGE 6

## Argument \*

Delaware, Department of Correction, Commissioner, Stanley Taylor and Sussex Correctional Institution, Warden, Rick Kearney failure to control correctional officer with their knowledge of the Correctional officer repetive use of excessive force constitute a de facto policy Popow v Margate 476 F. Supp 1237.

Delaware Department of Corrections has a history for using excessive force violating the eighth and fourteenth Amendment of United States Constitution Davidson v Dixon 386 F. Supp 482

All prisoner is entitle to be in an environment that's free from cruel and unusual punishment under the eighth and Fourteenth Amendment Nussle vs. Porter 122 S. Ct 983.

This case should be ruled more by the merits then technicalities. The Department of Correction Control all paper work. Commissioner, Stanley Taylor went under a major review for the neglect of Department of Correct Medical Staff. In that same error Mr. Collins was denied medical treatment also denied right to x-ray in his personal medical file. Dole v Arco Chemical Co. 921 F.2d 484

The Correctional officers was maliciously and sadistically when they hand cuff, sprayed

## ARGUMENT CONT'

two cans of pepper spray in Mr. Collins face. Then continue to beat Mr. Collins <u>Hudson</u> 112 S.Ct 995 When a prisoner is under control where the Correctional officers can't be harmed. Then continue to physcally hurt Mr. Collins that act violate Prisoner Fourteenth Amendment right to due process under civil right act <u>Davidson v Dixon</u> 386 F. Supp. 482.

Although it may appear that some Correctional officer didn't physcally beat Mr. Collins personally they to share equal amount of responsibilty Because of their knowledge of event that took place Even the medical staff that refuse Mr. Collins Proper treatment is equally responsible for Mr. Collins pain and suffering. <u>Bracey v Grenoble</u> 494 F.2d 566, <u>Byrd v Brishke</u> 466 F.2d 6, <u>Landman v Royster</u> 354 F. Supp 1302, <u>Wright v McMann</u> 460 F.2d 126

State Prisoners are entitle to recover for Physcal abuse of his body under civil right act <u>Curtis v Everett</u> 489 F.2d 516 In this kind of premeditate malicious assaut punitive damages are appropiate <u>Collins v Brown</u> 268 F.Supp 198 <u>Lampert v Renold Metal Co.</u> 372 F.2d 245 Correctional officer are not elligable for sovereign immunity when they act unconstitutionally <u>Monroe v Pope</u> 81 S.Ct 473

\*DISTRICT COURT\*  PAGE #7#

\* \*

CONCLUSION

MOREOVER" THE PLAINTIFF BELIEVES THAT SUFFICIENT EVIDENCE EXIST FOR THIS HONORABLE COURT TO GRANT RELIEFS HE REQUESTED.

RESPECTFULLY
Curtis Collins
DELAWARE CORRECTIONAL CENTER
#1181# PADDOCK RD SMYRNA DELAWARE
1997 \*

Certificate of Service

I Curtis Collins hereby certify that on 1-14-07 I caused a true and correct copy of the Answering Brief attached was handed to a D.C.C. Corr. Center to place in a D.C.C. U.S. mailing system to forward to:

D.E.P.T. Counsel
Erika Y. Tross
Deputy Attorney General
D.E.P.T. of Justice,
Carvel State b.l.D.g.
820 N, French St
Wilm, Del
19801

Clerk
United States District Court
of Delaware Lock Box 18
844 N King St Wilm, Del
19801-3570

Respectfully
Curtis Collins
Del. Corr. Center
Smyrna Del, 1181- Paddock Road