\* UNITED \* STATES \* DISTRICT \* COURT \*
\* OF DELAWARE \*

CURTIS M. COLLINS          )          CIV. NO. 05-739-SLR
                           )
         v.                )
                           )
WARDEN RICK KEARNEY        )
   ET.AL.,                 )
                           )
                           )
                           )

NOW COMES THE PLAINTIFF MR. CURTIS M. COLLINS, MOTION TO SUBMIT WITNESS NAME THAT WHO CAN VERIFY OF ALL OF THE COMOTION ON 8-6-05 INSIDE A.S.D.A AFTER A BRUTEL ASSAULT & BATTERY ON THE PLAINTIFF, NURSE (HELEN WHITLEY) REFUSE TO TREAT THE PLAINTIFF FOR BROKEN RIBS INJURIES AND REFUSE TO GIVE SOME TYPE OF SOLUTION OR REMDY TOO. WASH OUT TWO CANS OF PEPPER SPRAYS THAT WAS SPRAYED DIRECTLY INTO THE PLAINTIFF FACE AND EYES CAUSEIN THE PLAINTIFF TO WEAR SOME EYE PRESCRIPTION GLASSES ALL BECAUSE OF NURSE HELEN WHITLEY WAS NOT PERFORMIN HER DUTY AS A GOOD NURSE AND MY WITNESSE HEARD AND SEEN THEM WHEN THE C/O'S BROUGHT ME INTO A.S.D.A 1ST ON 8-6-05. NOW THE PLAINTIFF PRESENTS TO THE COURTS THE FOLLOWIN: PLAINTIFF WITNESS NAME IS MICHAEL GIVENNE WHO WAS IN A.S.D.A 1ST ON 8-6-05. MICHAEL GIVENNE NEW LOCATION IS HERE IN SMYRNA AND IS WILLIN TO TESTIFY ON THE PLAINTIFF behalf

\*CERTIFICATE OF SERVICES\*

I' CURTIS M. COLLINS hereby CERTIFY THAT

ON •1•14•07• I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION TO SUBMIT-WITNESS WAS HANDED TO A •D•C•C• CORRECTIONAL OFFICER TO PLACE IN DCC. U.S. MAILIN SYSTEM TO FORWARD TO:

\*CLERK\*
PETER T. DALLEO
UNITED STATES DISTRICT
COURT OF DELAWARE LOCKBOX 18#
844# N. King ST WILM/DEL
19801-3570 ##

DEFENNANTS
COUNSEL ERIKA TROSS
DEPUTY ATTORNEY GENERAL
D•E•P•T• OF JUSTICE"
CARVEL STATE BLDG
820" N. FRENCH ST.
WILM, DEL, 19801

PLAINTIFF
RESPECTFULLY
SUBMITTED;
CURTIS M. COLLINS
SBI# DEL/CORR, CENTER
1181 PADDOCK ROAD
SMYRNA DEL 19477