1/4/07

Dear Cleark,,

(Peter)

I did'nt send Erika Tross a copy of the summary judgement Reply Brief" because the time I' send for copys at the law Labrary my due date would of' expirer to" the courts, so I'am asking the courts to provide a copy for the attorney general Erika Tross ID4506*

"Thank you for you attention"

Curtis M Collins

05cv739 SLR
FILED
JAN 18 2006
DISTRICT DELAWARE
RG
SC-HHM



I/M Curtis Collins
SB1# 314128 UNIT C.W.3 # B.L.D.J.Z1#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk

"Peter" United States
District Court
844 North King Street
Lock Box 18
Wilmington, Delaware
19801-3570

legal-mail