Dear

Peter

Could you Please Tell my Judge Sue
That Curtis m Collins Case-05-739-SLR
would very much Appreciate if She will Read
This news Paper About Correctional Officers
Beat Another Inmate up at Georgetown Prison
S.C.I. They Are more likely The Same one That
Brok my Ribs » I Just want you To be update
with The Assault on The Inmates Thank you



FILED

FEB 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Sabry

INM Curtis Collins
SBI# 31128 UNIT C-L-3 B.L.b.g-2A
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL - MAIL
WILMINGTON DE 197
14 FEB 2007 PM 3 L

(CLERK)
Peter, T. Dalleo
UNITED STATES DISTRICT COURT
844 NORTH King st.
lock box 18
Wilmington, Delaware
19801-3570

1980173513  C012

LEGAL - MAIL

**FILED**

FEB 16 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BO scanned

LEGAL MAIL