## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

CURTIS M. COLLINS,                      )
                                        )
             Plaintiff,           )
                                        )       C.A. No. 05-739-SLR
      v.                                )
                                        )       Jury Trial Requested
WARDEN RICK KEARNEY, et al.,            )
                                        )
             Defendants.          )

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Eileen Kelly on behalf of State Defendants Warden Rick Kearney, Sgt. James Chandler, Officer Bradley Berezansky, Officer Michael Milligan, Officer Jeffrey Daisey and Officer Irvin Johnson (the "State Defendants"). This Entry of Appearance shall not be considered a waiver of any jurisdictional defects or defects in service upon the State Defendants. The State Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Eileen Kelly*_____
Eileen Kelly (#2884)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Attorney for the State Defendants

Dated: February 21, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, Eileen Kelly, Esq., hereby certify that on February 21, 2007, I caused a true and correct copy of the attached *Entry of Appearance* to be served on the following individual in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT:**

Inmate Curtis M. Collins
SBI #00314128
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**MANNER OF DELIVERY:**

__One true copy by facsimile transmission to each recipient

✓Two true copies by first class mail, postage prepaid, to each recipient

__Two true copies by Federal Express

__Two true copies by hand delivery to each recipient

*/s/ Eileen Kelly*_____
Eileen Kelly (#2884)
Deputy Attorney General
Delaware Department of Justice
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400