OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 2, 2007

TO:  Curtis M. Collins
     SBI #314128
     Delaware Correctional Center
     SHU 17-DL-2
     1181 Paddock Road
     Smyrna, DE 19977

   **RE:  Lack of Service on DI 91; 05-739(SLR)**

Dear Mr. Collins:

   Papers have been received by this office for filing in the above matter which do <u>not</u> conform to:  Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

   In order for your documents to be acceptable for filing, they ***must be served by you, upon all local counsel of record***. Please serve the letter on local counsel and enclose the articles. A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                         Sincerely,

/ead                                     PETER T. DALLEO
                                         CLERK

cc:  The Honorable Sue L. Robinson
enc: Local Counsel List