Dear

CLERK PETER,                                    CA. 05-739-SLR

To Whom it may be concern THE PAPERS WAS RECEIVED by your OFFICES FOR FILEING you SAID THAT It Does, Not Conform To: FEDERAL RULES OF CIVEL, PROCEDURE, PETER I Really Don't know EXACATLEY WHAT THE COURTS ARE SAYING But I AM SPECUALATEEN on THE LAST To THINGS THAT I HAD SENT TO THE COURTS THE FRIST THING That I SENT TO THE COURTS WAS THE BRIEFEN DOCUMENTS AND THE SECCOND THING THAT I'Sent WAS THE LETTER AND THE NEWSPAPERS ARTICEL. I'WOULD LIKE THE COURTS TO ADVISE me IF it's EITHER ONE OF THE TWO AND IF It IS CAN you PLEASE SEND me back ONE OF THE COPYS So That I'CAN SEND OFF TO THE, DEFENDANTS COUNSEL. I WROTE TO THE DEFENDANTS COUNSEL, EXPLAING THE MATTER AT hand ABOUT THE DOCUMENTS THAT I'SENT FORTH TO THE COURT' THANK YOU FOR YOUR

                     ATTENTION

FILED

MAR - 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BDSan699

                              Sincerely

                                         PRO- SE
                              CURTIS COLLINS

P.S.
    PLEASE SEND BACK THE EXTRA COPYS
PER PRETAING TO THE BREIF, ARTICEL, LETTER,
AND ETC.
AND I'WILL SEND it TO THE DEFENDANTS
COUNSEL

FORM#: MED 263 reverse(military flip)

CERTIFICATE OF SERVICES

I' CURTIS M. COLLINS hereby certify that on 3-7-07-

I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED " LETTER

WAS " HANDED TO A D.C.C. CORR " CENTER OFFICERS

TO BE PLACED IN A D.C.C. U.S mailing System

TO Forward To:

UNITED STATES Clerk office District Court Lockbox 18#

Dl, 844 N. King st wilm, Del 19801-3570

DEFENDANTS COUNSEL

Ms eileen Kelly  D.E.PT OF JUSTIC st
carvel state B.I.D.g  820 N. French
6TH Floor
        warm, Del

Roo - Se

RESPECTFULLY submitted
                     S .B.I 314128 #
Curtis M Collins
Del, Corr, Center 1181 PADDOCK ROAD
                  Smyrna Del 19a9n

| Date/Time | Inmate's Name | D.O.B.: | / | / |



I/M Curtis Cousins
SBI# 31A123 UNIT C-1-3-
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

loegal~mail

UNITED STATES' DISTRACT' COURT,
844 N. KING St. LOCKbOX- 18 #s
WILMINGTON' DelAWARE
1980I-3570

legal~mail