UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Civil Action No. 1:05-CV-739-SLR

CURTIS M. COLLINS

v.

WARDEN
RICK KEARNEY, et. al.

Dear, Ms. Eileen Kenny,,

To whom it maybe concerned that I was informed by District Court about documents to be acceptable for filing I sent District Court Article and copys I mailed two copys to: District Court one for the courts and one to: you because I wasn't going to meet the deadline in time so I was hopin that the courts would send the other copys to your office.

Enclose in the article the letter that I had sent to honorable Sue, L. Robinson was a newspapers article about the assults that been takein place in Georgetown Prison by the correctional officers and I wanted that to be put on file on my behalf to help me present my case. I am Pro-seing my case.

Sincerely Pro-se
Curtis Collins
Del Corr. Center,
MUU. B.L.D.j 21# 1181 Paddock Road
Smyrna Del 19977

[FILED MAR - 8 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

BD scanned

PS- I'also sent a brief to the courts and I asked the court to send one to your offices because if I would have sent it out to the law library to make copys I wouldnt have met the dead line for the briefs to be in

CERTIFICATE OF SERVICES

I, Curtis Collins, hereby certify that on 3-7-07- I caused a true and correct copy of the attached letter was handed to a D.C.C. correctional officer to be placed in a DCC U.S. mailing system to be forward to:

DEFENDANTS, COUNSEL
MS. EILEEN KELLY D.B.P.T.
OF JUSTIC CARVEL STATE B.L.D.S
820# NORTH FRENCH St 6TH FLOOR
WILM, Del 19801

Clerk Peter
UNITED STATES DISTRICT COURT
OF DEL, Lockbox 18 # 844 N. King St
WILM, Del 19801-3570

120-SE
Respectfully submitted
Curtis M. Collins S-B-L 316128 #
DEL, CORR, CENTER 1181, PADDOCK ROAD
Smyrna Del, 19477