IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 05-739-SLR |
| | ) |
| WARDEN RICK KEARNEY, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

At Wilmington this _____ day of April, 2007, the plaintiff having been ordered on September 25, 2006 to provide a USM-285 form for the attorney general of the State of Delaware (D.I. 49), the clerk of court having sent an advisement letter regarding same on October 6, 2006 (D.I. 53), and plaintiff indicating on October 10, 2006 he would submit the form;

IT IS ORDERED that, on or before **April 27, 2007**, plaintiff shall either:

1. Show cause why this case should not be dismissed for failure serve process on the attorney general of the State of Delaware, or

2. Submit a complete USM-285 form for the attorney general of the State of Delaware.

**Failure to respond to this order could result in dismissal of the case.**

UNITED STATES DISTRICT JUDGE