Dear, Clerk'

05-739-SLR

A 16 07

To:

"Whom It May Concern"

That 'I' Curtis Collins Received a Letter' from District Court Statin That I Need" to Serve the Attorney general' of' the State of 'Delaware by April 27, 2007.

I have already sent forth a Form U.S.M. 285 Form to the Attorney general appearently Did Not Receive."

I had already wrote to the Prison Law-Library for Another USM 285th Form I' will send Another Form In To The Attorney general of 'Delaware' But I have been Sendin my Legal mail To The Attorney general offices and I Dont No why They have been Receivein my mail and I wants the Courts Too No!

Thank You

Curtis Collins

C.C.

Copy

FILED
APR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD Scanned

C.C.

I/M Curtis Collins
SBI# 314128  UNIT C-U-3## B.L.D.3.
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Clerk"
IN THE UNITED STATES "DISTRICT COURT"
844# N. King ST. 'Lock box
Wilmington, DELAWARE
19801-3570