4.18.07

Dear 'Clerk' Peter

To whom it may Concern

That I, Curtis M. Collin sent a USM-285 to the Attorney general offices Joseph R. Biden III and I also sent USM-285 form too the Prothonotory Offices all of this action was sent on 4-18-07

Thank you

Curtis Collis 05-739-SLR

FILED APR 20 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE
BD scanned

I/M Curtis M. Collins
SBI# 314128   UNIT C-U-B#  B-L-Dg 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
Offices of the Clerk
844# N. King St Lockbox 18#
Wilmington, Delaware
19801-3570


