OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 25, 2007

TO: Curtis M. Collins
SBI #314128
Delaware Correctional Center
SHU 17-DL-2
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
*Civ. No. 05-739(SLR)*

Dear Mr. Collins:

Please be advised that this office is in receipt of letters dated 4/19/07 (DI 98) and 4/20/07 (DI 99) regarding USM 285 forms sent to the Attorney General, Joseph R. Biden III and the Prothonotary Office. Per the Order dated 4/13/07, you need to submit a USM 285 form directly to the United States District Court Clerk's Office for the Attorney General of the State of Delaware.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson