Case
1:05-739-SLR

Dear Clerk,

4-25-07

To whom it may be concerned:

That I Curtis M. Collins sent a U.S.M. 285# Form to the Attorney general office Dept. of Justice of Delaware and it was "Return" back too me on a Billing Statement Issues! I don't understand of what's going on because is a "Pauper Case" and I really don't have no money I didn't no that they want me to pay for services to serve the Attorney general of Delaware like I said District Court already know that I am Indigent and this case is a Pauper-Cases no body sent me a Fee on how much I had to pay-but they just now sendin me a Billing Statement sayin that I have to send thee amount of the Fee to the U.S Marshal what ever the Fee is The Courts been Chargenin my Indigent Account! And I give the Courts permission to Do so as of now to charge my account for Fee for services on the Attorney general of Delaware I am sending this Form U.S 285 to serve the Attorney general Thank you! P.S

05cv739SLR

FILED
APR 30 2007
US DISTRICT COURT
KG Seward

Also the recently paper work" that I received From District Court statein that I need to serve the attorney general of Delaware with a 285 Form" which I DiD I'am ask the courts to enllighten me on this situation because this is supposes to be a pauper cases I am also asking the courts for extension of time if it is possible so that we can reslove this matter at hand" This is my second time sendin a 285A Form to Serve the Attorney General I sent this before to District Court would you please look into this matter

Thank you
S.B.I
314128
Curtis Collins

I/M Curtis Collins
SBI# 341138 UNIT MHU21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 APR 2007 PM 2 L

To: office of the Clerk
United States District Court of Delaware
8 44 N. King Street
Wilmington, Del.
19801

1980143319 C012