IN THE UNITED STATES "DISTRICT" COURT

* FOR "THE "DISTRICT" OF" DELAWARE" *

CURTIS M. COLLINS )
PL
    v.                  )   CIV. NO. 05-739-S.L.R.
                        )
WARDEN RICK KEARNEY"    )
DF      ET/AL           )
                        )
                        )

# MOTION FOR PRODUCTION"

NOW COMES THE PLAINTIFF' CURTIS COLLINS TO MOVETH THIS COURT FOR A MOTION FOR A" PRODUCTION" TO ASK THE COURTS FOR PERMISSION TO SERVE A 285 U.S. MARSHAL FORM ON A" DEFENDANT C/O SHAWN "EMERICK WHO' COMMITTED ASSAULT' AND BATTERY ON THE PLAINTIFF AND THE PLAINTIFF WISHES AND PRAISES FOR THIS' COURT'S FOR,, PERMISSION TO SERVE A. U.S. MARSHAL'FORM ON THE DEFENDANT'S Shawn Emerick

FILED
MAY 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

In: District Court of Delaware

05-739-SLR

Certificate of "Services"

I, Curtis M. Collins, hereby certify that on 5·8·07 I caused a true and correct copy of the attached Motion for Production was handed too a D.C.C. Correctional Officer too.

Place inside a D.C.C. U.S. mailing system to forward to:

① Defendants' Counsel
D.E.P.T. of Justice, Carvel State Bldg. 820 North French St.
Wilm, Delaware 19801
Deputy Attorney General
M.S. Kelly / Ereka Y. Tross
6th Floor

Clerk, Peter
United State District Court
844 North King St Lock box 18
Wilm, Delaware 19801

Plaintiff Respectfully Submitted
SBI 314128
Curtis M. Collins
Delaware Correctional Center 1181
Paddock Road Smyrna Del 19977

I/M Curtis M Collins
SBI# 314128 UNIT C-U-3#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Legal mail

(Clerk)
United States District
Court: 844# N. King Str.
Lock-box # 18 #
Wilmington, Delaware
19801-3570

U.S.M.S.
X-RAY

FILE

Legal mail