"UNITED" STATE'S "DISTRICT" COURT"
FOR "THE" DISTRICT" OF "DELAWARE

CURTIS COLLINS          • CIVIL" NO 05'739'S.N.R.
          v.            •
WARDEN "RICK" KEARNEY   •
ET, AL,                 •



## "MOTION" FOR "APPOINTMENT" OF "A" *COUNSEL*

NOW COME'S THE PLAINTIFF" CURTIS M. COLLINS TO ASK THIS "HONORABLE COURT FOR A "COUNSEL" AT THIS TIME THE HONORABLE IS TAKEING IN CONSIDERATION A" SUMMARY JUDGEMENT BUT ALL THE FACT'S IN THIS CASE HAS NOT BEEN PUT FORWARD IN THIS CASE BECAUSE THE STATE" HAS BEEN AFFORDED" THE OPPORTUNITY TO BE ABLE TO DEPOSITION PETITIONER IN THIS CASE. AS REGARD" TO THE DEFENDANTS THE PETITIONER HASN'T BEEN AFFORDED THE SAME DUE PROCESS. THE PETITIONER WISHE'S TO BE ABLE TO DEPOSITION THE DEFENDANT'S IN THIS CASE BUT CANNOT DO SO BECAUSE THE PETITIONER NEEDS" AN ATTORNEY TOO DEPOSITION THE" DEFENDANT'S SO THAT ALL FACT'S CAN BE' PRESENTED" TO THE HONORABLE' COURT'S

ON EQUAL TERMS" BECAUSE I'M UNSKILLED AT KNOWING THE LAW AN SHOULD BE " AFFORDED THE SAME.

ALSO, I ASK THAT THE HONORABLE COURTS TO APPOINT ME AN ATTORNEY BECAUSE I HAVEN'T BEEN ABLE TO RECEIVE INTERROGATORY FROM STATE'S ATTORNEY THAT WAS ORDERED BY THIS 'HONORABLE' COURT". SO I PRAISE THAT THIS "HONORABLE COURT'S CONSIDER THIS APPOINTMENT OF COUNSEL AND I TRUELLY THANK YOU FOR YOUR TIME IN THIS SERIOUS MATTER MAY GOD BLESS,,

Sincerely

Curtis M. Collins

"District Court" of "Delaware"

Certificate" of "Service's

I "Curtis Collins" hereby certify that on this 6 day 27 of 07 I handed this motion for a Counsel Document to a Delaware Correctional officer's Gaurd, to be place said motion in A.D.C.C. United State's mailing System in a paid envelope to be sent to Delaware District Court

Deputy "Eileen" "Kelly"
820 N. French Str. 6# Floor
Wilmington Delaware Zip 19801

Clerk
Peter T. Dalleo"
United "State's" "District"
Court of "Delaware Lock Box
18# , 844" North" "King" "Str"
Wilmington "Delaware
Zip, 19801

Curtis M. Collins
S.B.I. 314428# Delaware
Corr, Center, B.Ld, 21#
11.81# Paddock Road
Smyrna Del, 19977

Date 6-27-07



I/M Curtis Collins
SBI# 314128   Unit C-U-3, Bldg. 21#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL "MAIL"

Clerk
UNITED STATES
DISTRICT COURT
OF DELAWARE "844 N.
King Street" Lock-Box
#18
WILM, DELAWARE
19801

LEGAL "MAIL"