IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-739-SLR |
| | ) |
| SGT. JAMES CHANDLER, | ) |
| C/O BEREZANSKY, C/O DAISEY, | ) |
| NURSE HELEN WHITLEY, and | ) |
| DR. ROBERTA BURNS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 18th day of July, 2007, having considered plaintiff's pending motions;

IT IS ORDERED that:

1. Plaintiff's motion to compel medical records/reports is **denied** as moot. (D.I. 50) The record reflects State defendants provided plaintiff with a complete copy of his medical records. See D.I. 55, 56.

2. Plaintiff's motions to amend the complaint and direct service upon C/O Shawn Emerick are **denied**. (D.I. 67, 102) Plaintiff seeks to add the claims of excessive force and assault and battery against a new defendant C/O Shawn Emerick. State defendants object to the motion on the basis that plaintiff is dilatory in his request. The incident reports indicate that C/O Emerick was present during the August 6, 2005 incident. Plaintiff has had ample time, but waited until late in the litigation to seek leave to amend the complaint to add a new defendant.

3. Plaintiff's motions for evidentiary and oral hearing (D.I. 68, 83) are **denied.**

_____
UNITED STATES DISTRICT JUDGE