IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-739-SLR |
| | ) |
| SGT. JAMES CHANDLER, | ) |
| C/O BEREZINSKY, C/O DAISEY, | ) |
| NURSE HELEN WHITLEY, and | ) |
| DR. ROBERTA BURNS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of August, 2007, there having been no activity in the above-captioned case with respect to defendants Nurse Helen Whitley and Dr. Roberta Burns since service was effectuated and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a);

IT IS ORDERED that, on or before **September 21, 2007,** plaintiff shall file a request with the court for default in appearances for said defendants in accordance with Fed. R. Civ. P. 55(a) or show cause why said defendants should not be dismissed from the above-captioned action for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS.

_____
United States District Judge