IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CURTIS M. COLLINS
      PLAINTIFF    )
        v.               )    CIV 05-739 SLR
Sgt. JAMES CHANDLER
C/O BEREZANSKY C/O DAISEY,  )
NURSE HELEN WHEATLEY AND
DR. ROBERTA BURNS         )
      DEFENDANTS
                           )

MOTION FOR DEFAULT

I CURTIS M COLLINS PLAINTIFF PRO-SE FILE A MOTION FOR A DEFAULT JUDGEMENT AGAINST THE DEFENDANTS FOR FAILING TOO RESPOND TOO A TIMELY MANNER I ASK THIS HONORABLE COURT WITH PRAISE TO ENTER A DEFAULT JUDGEMENT AGAINST THE DEFENDANTS IN THE CASES IN THE PLAINTIFF FAVOR



RECEIVED
AUG 28 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

District Court of Delaware

Certificate of Services

I Curtis M. Collins hereby certify that on 8-26-07 I caused a true copy of the attached motion for a default was handed too, a D.C.C. Corr. officers to be place in a D.C.C. U.S. mailing system to forward to:

Defendants Counsel
Eileen Kelly
Erika Tross
Dept of Justice
820# N. French St
Wilm, Del 19801

Clerk Peter T
United States District
Court of Del, Lock-box 18# 844# N King St
Wilm-Del-19801-3570

Curtis Collins SBI 314128 H
Smyrna Del Prason
1181
Paddock Road
19977



I/M Curtis Collins
SBI# 314128 UNIT 2A-C-U-3#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK
United State District
Court of Delaware 844 N.
King St. Lock-box 18#
Wilm, Delaware
19801-3570

LEGAL-MAIL