UNITED STATES DISTRICT COURT OF
"DELAWARE"

CURTIS COLLINS *
PLAINTIFF
    VS   *     CASE NO. 05-739-SLR
DEFENDANTS
c/o BEREZANSKY *
c/o DAISEY *
Sgt. JAMES CHANDLER

RECEIVED AUG 31 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## MOTION FOR APPOINTMENT OF COUNSEL AND AFFIDAVIT IN SUPPORT

I, CURTIS M. COLLINS, hereby APPLY FOR APPOINTMENT OF COUNSEL. IN SUPPORT OF MY MOTION I, DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS ARE TRUE:

① I'AM THE PLAINTIFF IN THE ABOVE-ENTITLED CASE AND I'BELIEVE I'AM ENTITLED TO REDRESS.

② BECAUSE OF MY POVERTY I'AM UNABLE TO PAY A REASONABLE ATTORNEY FEE.

③ I'HAVE MADE DILIGENT EFFORTS TO OBTAIN LEGAL COUNSEL, but BECAUSE OF MY POVERTY "I HAVE BEEN UNABLE TO SECURE SAME.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON 8-29-07

Curtis M. Collins
SIGNATURE OF PLAINTIFF

\* DISTRICT COURT OF DELAWARE \*
\*

CERTIFICATE "OF" SERVICES

I, CURTIS M. COLLINS hereby CERTIFY THAT ON THIS 8 DAY OF 29-07 I HAVE HANDED THIS MOTION FOR A APPOINTMENT OF A COUNSEL TO A D.C.C. CORRECTION OFFICER TO PLACE IN D.C.C. ITS MAILING SYSTEM TO FORWARD TO:

CLERK,
PETER T. DALLEO
UNITED STATES DISTRICT COURT
OF DELAWARE LOCK BOX 18
844. NORTH KING STR.
WILMINGTON DELAWARE
19801

DEFENDANTS, COUNSEL,
EILEEN, KELLY 820 #
N. FRENCH ST 6TH FLOOR
WILMINGTON DELAWARE
19801

CURTIS M. COLLINS
S.B.I 314128 #
DEL. CORR. CENTER
B.L. Bg 21 #
1181 # PADDOCK ROAD
SMYRNA, DELAWARE
19977



I/M: Curtis M. Collins
SBI# 314128   UNIT 21-C-U-3#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK" PETER

"UNITED" "STATES"

DISTRICT "COURT" OF
DELAWARE" LOCK- BOX-18
844# NORTH" KING" STR.
WILMINGTON "DELAWARE
19801-3570

LEGAL, MAIL,