IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Curtis M. Collins
    PLTF.

* CA. NO. 05-739-S.L.R.

v

Sgt. James Chandler   *
c/o Berezansky
c/o Daisey
Nurse Helen Whitley   *
Dr. Roberta Burns
D.R.F.T.S.



\* MOTION FOR DEFAULT \*

Now come the Plaintiff Mr. Curtis Collins pro-se *

File this motion for a default judgement against the above defendants for failing too, respond too a timely manner and I ask this Honorable Court to enter a default judgement against the above defendants in this case's and too, enter a judgement into the plaintiff' favor,

# DISTRICT COURT
## DELAWARE
## *Certificate of Services*

I' CURTIS M. COLLINS hereby CERTIFY THAT ON 8-29-07 I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION FOR A *DEFAULT* WAS HANDED TOO, A D.C.C. CORRECTION OFFICER'S TOO, BE PLACED IN A D.C.C. U.S. MAILING SYSTEM TO FORWARD TO:

| | |
|---|---|
| D.E.F.T.S. ATTORNEY GENERAL COUNSEL EILEEN KELLY ERIKA Y TROSS D.E.P.T OF JUSTICE CARVEL STATE BUILDING 6TH FLOOR 820 N. FRENCH STR. WILM, DEL- 19801 | CLERK PETER T. DALLEO UNITED STATES DISTRICT COURT OF DELAWARE LOCK-BOX 18# 844# N.KING STR. WILM, DELAWARE 19801-3570 |

P.L.T.S.
RESPECTFULLY
S.B.I 314128#
CURTIS M. COLLINS
DELAWARE CORRECTION CENTER
1181# PADDOCK ROAD
19977 #