**JOSEPH R. BIDEN, III**
Attorney General



**DEPARTMENT OF JUSTICE**

| **NEW CASTLE COUNTY** | **KENT COUNTY** | **SUSSEX COUNTY** |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5353 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

September 10, 2007

[New Castle County-Civil Division]

The Honorable Sue L. Robinson
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:   *Collins v. Chandler, et al.,*
              <u>D. Del., C.A. No. 05-739-SLR</u>

Dear Judge Robinson:

      On August 28 and 31, 2007, Plaintiff Curtis Collins ("Collins" or "Plaintiff") filed two Motions for Default in the above-captioned matter against all defendants including State Defendants Chandler, Berezansky and Daisey (D.I. 110, 112) (the "Motions"). By the Motions, Collins requests that the Court enter default judgment against the defendants "for failing too respond too a timely manner [sic]…."

      State Defendants do not understand Plaintiff's Motions. To the extent Plaintiff is seeking a default judgment against the State Defendants there is no basis for such relief. State Defendants filed a timely answer in the case and, most recently, filed a motion for summary judgment. Therefore there is no basis for a default judgment and the State Defendants ask that the Court deny the Motions.

The Honorable Sue L. Robinson
September 10, 2007
Page 2

        If the Court has any questions or concerns, or would like a more formal response from the State Defendants, please contact the undersigned counsel at (302) 577-8400.  Thank you.

        Sincerely,

        */s/ Erika Y. Tross*

        Erika Y. Tross
        Deputy Attorney General
        Attorney for State Defendants

cc:    Curtis Collins, Plaintiff