# U.S. DISTRICT COURT OF DELAWARE

CA05-739 SLR

CURTIS M. COLLINS          * NO. 105-739. SLR
   -vs-
DR. ROBERTA BURNS          *
                           *
NURSE HELEN WHITLEY        *

## "MOTION" FOR A "DEFAULT"S

NOW COMES THE PLAINTIFF" CURTIS M. COLLINS PRO-SE- FILE THIS MOTION FOR A DEFAULT JUDGEMENT AGAINST THE DEFENDANT FOR FAILING TO A TIMELY RESPONSE'S TO THE COMPLAINT AFTER "SERVICE'S WAS EFFECTUATE'D; AND NOW THE "PLAINTIFF IS FILEING TOO THE COURT'S FOR A DEFAULT JUDGEMENT IN A APPEARANCE'S FOR SAID DEFENDANT'S THE PLAINTIFF IS NOW ASKING THIS HONORABLE COURT TOO ENTER A JUDGEMENT IN THE PLAINTIFF "FAVOR WITH "PRAISE



FILED
SEP 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Certificate
# *OF SERVICES*

I Curtis M Collins hereby certify that on 9-12-07 I caused a "true and correct copy of the attached motion for a DEFAULT'S was handed too a D.C.C. Correction officer's to place U.S. mailing system too forward to:

DEFENDANTS COUNSEL
Eileen Kelly
Erika Tross
Dept. of Justice Carvel
State bldg. 6th Floor
820 North French Str.
Wilm, Del 19801

CLERK
Peter Dalleo
United States District Court
of Delaware Lock-box 18#
844 N. King St. Wilm, Del 19801-3570

Curtis M. Collins
S.B.I 314128# Del. Corr.
Center 1181 Paddock Road
Smyrna Del 19977

I/M Curtis M. Collins
SBI# 314128  UNIT 21# C-U-3-
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



LEGAL-MAIL

CLERK
*Peter Dalleo*
United States "District
Cort of Delaware
Lock-Box 18#
844# N. French St
Wilm, DEL 19801-3570