Dear CA 05-739 SLR
Judge
Sue " God Bless you!   9 16 07

Now to whom it may be concern that I P.L.T.F. Curtis M. Collins I have put in four "Motion for a Default Judgement on the Defendant's Dr. Roberta and Nurse Helen Whitley why I had put in four motion for a Default judgement is because Erika Y. Tross stated in her " letter's too you,, that state defendants do not understand the' Plaintiff motion's' when I had put the motion together I named all, thee above defedant's but I was only converseing about Dr. Roberta burns and Nurse helen Whitley but I really wasn't too sure about the whole thing if I was doing the motion correct so I named in my motion all thee! above defendants because I was confused from the start! then I receive motion too deny from Erika Y. Tross as I was reading the Docket text from Erika Y. Tross regarding motion for default- re [110] Motion for default judgement as to Helen Whitley, Roberta burns

FILED SEP 18 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

MS. JUDGE SUE,,

SO I THOUGHT THAT I HAVE PUT MY MOTION TOGETHER INCORRECTLY I TRY TO PUT THINGS TOGETHER TO THE BEST OF MY KNOWLEDGE I DON'T HAVE KNOW KIND OF EXPRIENCE OF A REAL "LAWYER SO THAT IS THE REASON WHY I PUT IN SO MANY MOTION TO TRY TO GET "THINGS RIGHT" I ALSO HAVE DEADLINE THAT YOU SET FROM ME TO HANDLE MY BUSINCESS" I PRAY TO JESUS THAT ONE OF THE MOTION IS CORRECT" THAT I HAD RECENTLY SENT TOO THE COURT'S IF NOT I AM PRAYING TO JESUS ON THIS ONE! HERE YOU ARE GETTING NOW PLEASE SELECT THE BEST MOTION FOR COURT'S IF NONE OF THE MOTIONS ARE CORRECT WOULD YOU PLEASE GIVE ME TEN MORE DAYS TO GET IT RIGHT! JUDGE SUE"
IF NOT WOULD YOU PLEASE GET ME A LAWYER
   TAKE CARE
MS. JUDGE SUE
            SINCERELY
            Curtis Collins



I/M Curtis Collins
SBI# 314128  Unit 21-CU-3#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Clerk:"

Peter Dalleo
United "States"
District Court of
Del" Lock-box 18 #
844 # North King
Wilm, Del 19801-3570