IN "THE" UNITED "STATE'S" DISTRICT COURT FOR DISTRICT OF" *DELAWARE*

COLLINS
PLAINTIFF
V.
DEFENDANTS  CHANDLER  ET/AL

DEL "CASE 05-739-SLR.


FILED
SEP 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*MOTION For "A DEFAULT*

I "CURTIS M. COLLINS" PRO-SE- FILE THIS MOTION FOR A "DEFAULT- JUDGEMENT" AGAINST THE DEFENDANT'S

DR. ROBERTA "BURNS" AND NURSE" HELEN WHITLEY" FOR FAILING TO A TIMELY RESPONTES TO THE PLAINTIFF COMPLAINT AFTER SERVICE'S WAS" EFFECTUATED, SO NOW THE PLAINTIFF IS ASKIN THIS COURT FOR A DEFAULT IN APPEARANCES ON DR. ROBERTA "BURNS AND THE NURSE 'HELEN' WHITLEY THE PLAINTIFF ALSO ASKIN THIS HONORA- BLE-COURT TO ENTER A" DEFAULT-JUDGE- MENT ON THE DEFENDANTS DR. ROBERTA- BURNS AND NURSE "HELEN-WHITLEY FOR FAILING TO RESPOND IN APPEARANCES PLEASE IN THE NAME OF JESUS ENTER A" JUDGEMENT INTO THE PLAINTIFF' FAVOR:

DISTRICT COURT
DELAWARE

*CERTIFICATE OF SERVICES*

I CURTIS M. COLLINS HEREBY CERTIFY THAT ON 9-16-07 I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION FOR A *DEFAULT* WAS HANDED TOO, A D.C.C. CORRECTION OFFICER'S TOO, BE PLACED IN A D.C.C. U.S. MAILING SYSTEM TO FORWARD TO:

| | |
|---|---|
| D.E.F.T.S. ATTORNEY GENERAL COUNSEL<br>EILEEN KELLY<br>ERIKA Y TROSS<br>D.E.P.T OF JUSTICE<br>CARVEL STATE BUILDING 6TH FLOOR<br>820 N. FRENCH STR.<br>WILM, DEL-19801 | CLERK<br>PETER T. DALLEO<br>UNITED STATES DISTRICT COURT OF DELAWARE<br>LOCK-BOX 18 844 N. King STR.<br>WILM, DELAWARE<br>19801-3570 |

.PL.T.F.
RESPECTFULLY
S.B.I 314128
CURTIS M. COLLINS
DELAWARE CORRECTION CENTER
1181 PADDOCK ROAD
199__