Dear:

M's. Judge "Sue"    CA-DEL-05-73[9]
"S.L.R."

To: Whom it may "Be Concern" that I' Plaintiff, Mr. Curtis M. Coll[ins] I' just "recently filed a ,, Default" Judgement against Defendant's" Dr. Roberta "Burns and Nurse (Helen Whitley) the Plainti[ff] is" addressing the Court's * that the Plaintiff "is seeking" monetary relief's from,

The Defendant's Dr. Roberta Burns and Nurse Helen Whitle[y] The" Plaintiff will leave the "monetarys relief's" in[ ] the Jury" hand's

Jury trial ,,
Demand
Pursuant to the
(7th Amendment USCA)

Thank you "for your attenti[on] And may God bless you

Sincerely" Curtis M. Colli[ns]

FILED
SEP 26 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

P5

# CERTIFICATE OF *SERVICES*

I, CURTIS M. Collins, hereby CERTIFY

ON 9#20#07# I CAUSED A TR AND, CORRECT COPY OF THE ATTACHED LETTERS TO MISS, Judge Sue Robinson) WAS HANDED TO A. D.C.C. U.S. MAILING SYSTEM TO

FORWARD TO:     CLERK·PET
                ~~T·DALLEE~~
                UNITED STATES DIST
DEFENDANTS COUNSEL  COURT OF DEL
EILEEN KELLY    LOCK BOX 18#
ERIKA TROSS     844# N. KINC
D.E.P.T. OF JUSTICE  WILM, DEL.
CARVEL STATE, BLDG   19801-35
820# N. French St.
WILM, DEL 19801


RESPECTFULLY
CURTIS M. Collins
DEL/CORR/CENTER,
1181 PADDOCK ROAD Smyrn
DEL, 19977  B.L.Dg. 21#
              C·U·3#



IM Curtis M. Collins
SBI# 314128   UNIT 21 CU-3#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
25 SEP 2007 PM 2 L

LEGAL-MAIL

CLERK)PETER T. DALLEO
UNITED STATES DISTRICT COURT
OF DELAWARE "Lock-box 18#
844. N King STREET
WILM, DEL   19801-3570