RECEIVED
OCT - 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Dear: Ms. Judge "Sue"

To whom, it may be concern" that the "Plaintiff" Curtis M. Collins" just recently file a Default-Judgement" on "two Defendants" Dr. Roberta Burns" and Nurse Helen Whitely" if the Default-Judgement is, granted" against" the two Defendant's the Plaintiff is now, securing seeking some type of "Relief's"

From the two Defendant's the Plaintiff will now established some of the Relief's But will leave the monetary part and punitive damge's and District Court's filing fee and for service's of Process Costs that the "Plaintiff had pay" to the Court's the Plaintiff is asking this honorable Court if Default Judgement is granted to make an independent determination of the sum to be awarded" to the Plaintiff Fed. rules, cv. Proc. Rule "55" (B)(2) 28" u.sc.A

Thank, you and may God, Bless you Judge Sue

It's in your" Discretion

Praise "Jesus"

\*Certificate\*
 of Services

I Curtis M. Collins hereby certify that on 9·27·07 I caused a true and correct copy of the attached letter to Judge Sue Robinson to be served on the following individuals by placeing same in the United State's by givein to a c/o D.C.C. Correctional Officer's who is employed at the Del. Corr. Center. where I am currantly detained

                              Clerk Peter T. Dalleo
D.E.F.T.S                United States District Court of Delaware
Counsel Attorney General    Lock box 18# 844 N. King Str.
Eileen Kelly  Erika Tross,   Wilmington Delaware
D.E.P.T. of Justice Carvel State    19801-3570
b.L.D.g   6th Floor
         820 # N. French Str.
Wilm, Del


                 Respectfully

         Curtis M. Collins  S.B.I. 314128
         Del. Corr. Center: 1181# Paddock Road
         Smyrna, Del. 19979

Curtis Collens
SBI# 314128  UNIT 21-C-U3#
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

LEGAL MAIL

CLERK PETER DALLEO
UNITED STATES DISTRICT
OF DELAWARE lock box 18##
844 N. King Str, Wilmington
Delaware

19801-3570

LEGAL MAIL,