IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, )<br>)<br>Plaintiff, )<br>)<br>v. )  Civ. No. 05-739-SLR<br>)<br>SGT. JAMES CHANDLER, )<br>C/O BEREZINSKY, C/O DAISEY, )<br>NURSE HELEN WHITLEY, and )<br>DR. ROBERTA BURNS, )<br>)<br>Defendants. ) | |

**DEFAULT IN APPEARANCE**

AN ENTRY OF DEFAULT IN APPEARANCE is entered against defendants Nurse Helen Whitley and Dr. Roberta Burns pursuant to Federal Rule of Civil Procedure 55(a) as defendants have failed to answer or otherwise respond to the complaint. (See D.I. 80, 96, 109, 115)[1]

Dated: November 13, 2007

_____
(By) Deputy Clerk

---

[1] Plaintiff's motion D.I. 117 is denied as moot by the Clerk of Court.