IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-739-SLR |
| | ) |
| SGT. JAMES CHANDLER, | ) |
| C/O BEREZINSKY, C/O DAISEY, | ) |
| NURSE HELEN WHITLEY, and | ) |
| DR. ROBERTA BURNS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 20th day of November, 2007, plaintiff having filed four motions for default judgment and the Clerk of Court having entered a default in appearance for defendants Nurse Helen Whitley and Dr. Roberta Burns based upon the third filed motion (D.I. 115) on November 13, 2007;

IT IS ORDERED that the remaining three motions for default judgment (D.I. 110, 112, and 117) are denied as moot. The court will review the remaining motion for default judgment in due course.

_____
United States District Judge