IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-739-SLR |
| | ) |
| SGT. JAMES CHANDLER, | ) |
| C/O BEREZINSKY, C/O DAISEY, | ) |
| NURSE HELEN WHITLEY, and | ) |
| DR. ROBERTA BURNS, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 7th day of November, 2007, there having been no activity in the above-captioned case with respect to defendants Nurse Helen Whitley and Dr. Roberta Burns since service was effectuated and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a); and a default in appearance having been entered on the docket (D.I. 120);

IT IS ORDERED that, on or before **December 28, 2007**, plaintiff shall file a motion with the court for entry of judgment by default for said defendants in accordance with Fed. R. Civ. P. 55(b)(2) or show cause why said defendants should not be dismissed from the above-captioned action for failure to prosecute. In his application, plaintiff shall tell the court in detail what relief he is seeking from these defendants and the grounds upon which he bases his request for relief. FAILURE TO

TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANTS.

_____
United States District Judge