# "UNITED STATES DISTRICT COURT OF DELAWARE"

| | | |
|---|---|---|
| COLLINS | * | 'JUDGE' SUE' |
| v. | * | 'Robinson' 105-739-SLR |
| SGT. James Chandler ET; ALs | * | |
| | * | |

NOW COMES THE, PLAINTIFF CURTIS COLLINS, FILED THIS MOTION TO, DISREGARD THE 'DEFAULT' JUDGEMENT ON ALL OF THE, DEFENDANT'S, THE PLAINTIFF WAS VERY CONFUSED AT THE TIME FOR FILEIN' FOR A, DEFAULT JUDGEMENT, THE, PLAINTIFF LATER LEARNED THAT THE 'DEFAULT' JUDGEMENT WAS JUST FOR TWO INDIVIDUALS DR. ROBERTA BURN'S AND NURSE HELEN WHITLEY, SO THE PLAINTIFF IS ASKIN THIS HONORABLE COURT TOO: DISREGARD OTHER MOTION THAT WE'RE FILED BY THE PLAINTIFF THANK YOU
JUDGE SUE

RECEIVED NOV 28 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

CERTIFICATE

SERVICES

OF DELAWARE,

I, MR. CURTIS M. COLLINS, hereby CERTIFY THAT, ON 11 25 07 I, CAUSED A TRUE AND CORRECT COPY OF, THE ATTACHED MOTION WAS, HANDED TO A. D.C.C. CORRECTION, OFFICER'S TO:

BE PLACED IN A, D.C.C. U.S. MAILING SYSTEM TOO: FORWARD TO:

ATTORNEY GENERAL
MS. ERIKA Y. TROSS
MS. EILEEN KELLY
DEPARTMENT OF JUSTICE, CARVEL, STATE BLDG 820# N.C. French STR. WILM, DEL, 19801

CLERK
PETER T. DALLEO
UNITED STATES DISTRICT COURT OF DELAWARE Lockbox 18#
844# North King STR.
WILM DELAWARE 19801-3570

RESPECTFULLY MR. CURTIS M. COLLINS
S.B.I. 314# DELAWARE CORR, CENTER
# 2g 1181# PADDOCK, ROAD
SMYRNA, DEL 19977

# "UNITED STATES DISTRICT COURT OF DELAWARE"

| | | |
|---|---|---|
| COLLINS | * | 'JUDGE' SUE |
| v. | | 'Robinson' 105-739- |
| SGT. JAMES CHANDLER ET/AL; | * | |
| | * | |

NOW COMES THE PLAINTIFF, CURTIS COLLINS, FILED THIS MOTION TO DISREGARD THE DEFAULT JUDGEMENT ON ALL OF THE DEFENDANTS. THE PLAINTIFF WAS VERY CONFUSED AT THE TIME FOR FILEIN FOR A DEFAULT JUDGEMENT, THE PLAINTIFF LATER LEARNED THAT THE DEFAULT JUDGEMENT WAS JUST FOR TWO INDIVIDUALS DR. ROBERTA BURNS AND NURSE HELEN WHITLEY, SO THE PLAINTIFF IS ASKIN THIS HONORABLE COURT TOO DISREGARD OTHER MOTION THAT WERE FILED BY THE PLAINTIFF. THANKS, JUDGE SUE

# CERTIFICATE

## SERVICES OF DELAWARE,

I, MR. CURTIS M. COLLINS,

hereby CERTIFY THAT ON 11 25 07 I, CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED MOTION WAS HANDED TO A D.C.C. CORRECTION OFFICERS TO:

BE PLACE IN A D.C.C. U.S. MAILING SYSTEM TOO: FORWARD TO:

ATTORNEY GENERAL
MS. ERIKA Y. TROSS
MS. EILEEN KELLY
DEPARTMENT OF JUSTICE, CARVEL STATE BLDG 820# N. FRENCH STR.
WILM, DEL, 19801

CLERK PETER T. DALLEO
UNITED STATES DISTRICT COURT OF DELAWARE
Lockbox 18#
844# North King STR.
WILM DELAWARE 19801-3570

Respectfully, MR. CURTIS M. COLLINS
S.B.I. 314# DELAWARE CORR. CENTER
# 2 1181#
PADDOCK ROAD



Curtis Collens # 314128   Unit Shu.18
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

Clerk,
United States District Courts,
844 North King Str. Lock-box 18 #
Wilmington, Del.
19801-3570