DEAR MS, CASE 105-739-SLR.

HONORABLE JUDGE SUE ROBINSON

TO,
  Whom it may be concerned that I' Plaintiff Curtis Collins did not really comprehand the last order document 122 filed from the District Court 27 day of November it's ordered judgment by Default for said Defendant's Nurse Helen, Whitley and Dr Roberta Burns it's ordered that on or before December 28, 2007 the Plaintiff was very confused debateing may I have filed judgement by Default against the Defendant's but sence you ms Honorable Judge Sue Granted Summary Judgment as too the medical needs issue eleventh Amendment the Plaintiff did not file a motion judgement by Default because of the summary judgement was Granted so I did not have good grounds for Nurse Helen, Whitley and Dr. Roberta Burns so

FILED JAN 18 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

THE PLAINTIFF DID NOT FILE A MOTION FOR ENTRY OF JUDGEMENT by DEFAULT SO THAT YOU WILL DISMISS DR. ROBERTA BURN'S AND NURSE HELEN WHITLEY FROM THE CASE'S BUT NOW MY QUESTION IS DO I STILL HAVE A CASE'S AGAINST THE OTHER DEFENDANT'S SGT. CHANDLER, C/O BERCZANSKY AND C/O DAISEY I PRAY AND HOPE SO! THAT I READ THE LETTER ORDER CORRECTLEY FROM THE COURT'S IF NOT THE PLAINTIFF IS PRO-SEINg AND MADE A MISTAKE AND ASKING THIS COURT'S FOR PERMMISSION TOO FILE A JUDGEMENT by DEFAULT FOR NURSE HELEN WHITLEY AND DR. ROBERTA BURN'S

ALSO MS. JUDGE SUE I FOUND SOME HELP HERE IN THIS PRISON I GAVE MY CASE NUMBER TO ANGELOE CLARK TO TALK TOO YOU ON JANUARY 15-2008 HE TOLD ME THAT HE SPOKE TO YOU ON THE PHONE AND THAT YOU WILL LOOK INTO MY CASE'S MR. ANGELO HAD A BAD HEART OF TACT ON JANUARY 16, 2008 THEY TOOK HIM TO THE PRISON HOSPITAL SOMEWHERE I PRAY THAT HE'S ALRIGHT

WELL
     JUDGE SUR YOU TAKE
GOOD CARE OF YOURSELF AND
PLEASE GET BACK TOO ME!
AND MAY GOD BLESS YOU

   SINCERELY

CURTIS M. COLLINS
CASE 105-739-SLR

I/M CURTIS COLLINS
SBI# 314128# UNIT SHU-18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

CLERK - SUE-KOBERSON
TOO, JL
UNITED STATES
DISTRICT COURT'S
#844 North French Str.
LOCK-BOX 18# WILM, DEL
19801-3570

LEGAL MAIL
LEGAL MAIL
LEGAL MAIL

U.S.M.S.
X-RAY

$ 00.41⁰   JAN 17 2008
PITNEY BOWES
UNITED STATES POSTAGE
02 1A
0004608975
MAILED FROM ZIP CODE 19977