Dear Miss,
"Judge" Sue

# 1 #

TO: CASE 105-739 SLR,

Whom it may "Be Concerned
That I'
Curtis M. Collins
Is, Addressing
District Court's that Mr. Collins
Is havein some problems
Comprehandin the "Recently
Court's orders
Mr. Collins is pro-seeing
Mr. Collins, seek's for,
Help in the prison system's
Mr. Collins meets
Mr. (Angeloe) Clark who just"
Recentley won a major Lawsuite
that you had Ruled on in Mr
Angeloe Favor!
Mr. Collins and Mr. Angeloe
have got into a stupid crazzy
Argument about some inmates
That Mr. Angeloe is havein, some
Problems with, Mr. Angeloe
Asked me Mr Collins too stop
Talkin to the Inmat's that he's
Beefin with I told mr Angeloe
That I don't have anything too do with
His Beef's he got very upset and
Told me that he has my →

FILED JAN 25 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BD scanned

CIVIL CASES, NUMBER 105-739-SLR. AND MY NAME AND S.B.I. 314128#

#2#

I AM ASKIN YOU MISS JUDGE SUE

Can you please, give me, another case's number because this Angeloe guy might try to mess up my cases by useing my names and cases numbers "to my civil-suit" so miss Judge, Sue, could you please send me another cases numbers for civil, before someone like Mr. Angeloe, will send the Court's a letter or, a motion to get my cases dismissed, Mr. Angeloe, Clark has my full name Curtis M. Collins, S.B.I. Number 314128#

And my civil C.A. 105-739-SLR

Mr. Collins is alertin the Court's if the, Court's received any motion, or letter with my name on it abouts dismissin my cases I want Federal charges on that person for committen such act, please stay alerted can you please send me another case number or can courts stay alerted of any foul

# 3 #

PLAY ON RECEIVIN MOTION OR Letter, COMEIN, FROM ME WITH MY NAME ON THE ENVOLOPE I WANT THE COURT'S TOO CONTACT ME FOR VERIFICATION BEFORE DISMISSIN MY CASES ON ANY ~~say~~ Such ACT,

I' GREATLY APPRECIATE MISS JUDGE SUE IF' YOU JUST SEND ME, ANOTHER CASE NUMBER FOR' CIVIL AND I' WILL NEVER EVER, GIVE MY CASES NUMBER, UP AGAIN AND That'S MY WORDS

WELL JUDGE SUE YOU TAKE EASY AND MAY GOD BLESS YOU "FOR EVER! KEEP YOUR FAITH IN (JESUS Christ) LOVE JESUS -A-M-E-N- (AND HAVE A GREAT NEW YEARS)

SINCERELY

CURTIS COLLINS

-DATE 1-20-08-

I/M Curtis Collins
SBI# 314128 UNIT Shu-18-
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Clerk
United States District Court's
844# North French Str.
Lock-box-18
Wilmington, Delaware
19801-3510

Legal mail

$00.41
JAN 24 2008
MAILED FROM ZIP CODE 19977