IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-739-SLR |
| | ) |
| SGT. JAMES CHANDLER, C/O BEREZANSKY and C/O DAISEY, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 29th day of January, 2008, having reviewed the docket in the above captioned case; and it appearing from plaintiff's letter dated January 16, 2008 (D.I. 124) that plaintiff is interested in pursuing this litigation but is confused over the court's November 27, 2007 order (D.I. 122);

IT IS ORDERED that:

1. Judgment by default shall be entered at the end of the case in favor of plaintiff and against defendants Burns and Whitley as to plaintiff's claims of deliberate indifference to serious medical needs. The amount of such judgment shall be determined by the court at that time.

2. With respect to the remaining claims of excessive force against the remaining defendants (Chandler, Berezansky and Daisey), the case is hereby referred to the Federal Civil Panel. In this regard, the Clerk of Court is directed to attempt to refer

representation of plaintiff to a member of the Federal Civil Panel for purposes of mediation and trial. The court's Standing Order regarding the establishment of a Federal Civil Panel to provide legal representation to indigent parties in certain civil litigation is incorporated by reference. Once counsel has accepted representation, he or she shall immediately contact the court and opposing counsel for scheduling purposes.

_____
United States District Judge