**D.I. #** _____

## CIVIL ACTION
## NUMBER: _____ 05 CV 739 SLR _____

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ 41 |
| Certified Fee | 265 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 521 |

Postmark Here

Sent To
Roberta F. Burns, MD
Street, Apt. No.; or PO Box No.
1724 Harness Place
City, State, ZIP+4
Brentwood, TN 37027

PS Form 3800, August 2006          See Reverse for Instructions

7007 0710 0003 9056 7505