**D.I. #** _____

## CIVIL ACTION
## NUMBER: _____ 05 CV 739 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 41 |
| Certified Fee | 2 65 |
| Return Receipt Fee (Endorsement Required) | 215 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5 21 |

Postmark
JAN

Sent To Helen Whitley - Sussex Corrections
Street, Apt. No.; or PO Box No. SCI, Route 113
City, State, ZIP+4 Georgetown, DE 19947

PS Form 3800, August 2006          See Reverse for Instructions

7006 0710 0003 9056 7383