

JOSEPH R. BIDEN, III
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

February 4, 2008

Clerk of Court
U.S. District Court
District of Delaware
844 N. King Street
Wilmington, DE 19801

   Re: *Collins v. Rick Kearney, et al.*
     C.A. No. 05-739-SLR

Dear Clerk of Court:

  Please allow this letter to serve as my withdrawal as counsel for State Defendants Warden Rick Kearney, Sgt. James Chandler, Officer Bradley Berezansky, Officer Michael Milligan, Officer Jeffrey Daisey and Officer Irvin Johnson in the above-captioned case. Pursuant to Local Rule 83.7, Erika Tross, DAG will remain as the attorney of record for the Defendants. I also request that my name be removed from electronic filing notification.

             Very truly yours,

             /s/ Eileen Kelly
             Deputy Attorney General

cc: Inmate Curtis M. Collins
   SBI #314128
   Delaware Correctional Center
   1181 Paddock Road
   Smyrna, DE 19977