United States District Court
For the District of Delaware


FILED
FEB - 4 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. 05CV739-SLR

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

05-739-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____  ☐ Agent  ☐ Addressee |
| | B. Received by (Printed Name) William Wise   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Helen Whitley<br>SCI<br>Route 113<br>Georgetown, DE 19947 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 0710 0003 9056 7383 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |