SS

United States District Court
For the District of Delaware



FILED
FEB - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Acknowledgement of Service Form
### For Service By Return Receipt

Civil Action No. 05cv739-SLR

scanned

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.

---

05-739-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Roberta F. Burns, MD<br>1724 Harness Place<br>Brentwood, TN 37027 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 0710 0003 9056 7505 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540