CA05-739 SLR



**First Medical Management**

Roberta F. Burns, M.D.
1724 Harness Place
Brentwood, Tennessee 37027
February 5, 2008



95 White Bridge Road,
Suite 219
Nashville, TN 37205-1497
Direct: 615.356.1656
Fax: 615.356.0061

RECEIVED
FEB 14 2008
SUE L. ROBINSON
U.S. DISTRICT JUDGE

The Honorable Sue L. Robinson
Justice
United States District Court for the State of Delaware
Lockbox 18
Wilmington, Delaware 19803570

Dear Judge Robinson:

On February 4th, 2008, I received an order from the U.S. District Court for the State of Delaware via certified mail. The order concerns the case of Curtis M. Collins, Plaintiff, v. Sgt. James Chandler, C/O Berezansky and C/O Daisey, Defendants, Civ. No. 05-739-SLR. This document states: "It is ordered that: 1. Judgment by default shall be entered at the end of the case in favor of plaintiff and against defendants Burns and Whitley as to plaintiff's claims of deliberate indifference to serious medical needs. The amount of such judgment shall be determined by the court at that time."

I do not remember receiving service on this suit and I cannot find a copy of it. I did receive a less formal letter last month that I interpreted as a default judgment but a dismissal of the suit and I thought required no action. Apparently I misunderstood that letter.

I worked as a physician in corrections in Delaware from July 1995 to May 2006, when I moved to Tennessee. I was employed by 3 different companies, on five different contracts for the Delaware Department of Corrections during that 11 year period. Without the original complaint, I do not even know where to start with this, which company I was working for, or who would have been my malpractice carrier at the time. I called the clerk of the court, who told me I needed to write to you.

Would it be possible to get a copy of the suit so I can notify the company that employed me and their malpractice carrier, so it can be investigated and answered?

Thank you for your attention and assistance.

Sincerely,

*Roberta F Burns MD*

Roberta F. Burns, M.D.

**First Medical Management**
95 White Bridge Road, Suite 219
Nashville, TN 37205-1497

The Honorable Sue L. Robinson
Justice
United States District Court for the State of Delaware
Lockbox 18
Wilmington, Delaware 19803570