IN THE UNITED STATES DISTRICT COURT
FOR **THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CURTIS M. COLLINS, | ) | C. A.. No. 05-739 SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| SGT. JAMES CHANDLER, C/O BEREZINSKY, C/O DAISEY, NURSE HELEN WHITLEY, AND DR. ROBERTA BURNS, | ) ) ) | |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

TO:   CLERK OF THE COURT:

Kindly enter my appearance on behalf of defendants, Nurse Helen Whitley and Dr. Roberta Burns, in the above-captioned matter.

>MARSHALL, DENNEHEY, WARNER,
>COLEMAN & GOGGIN
>
>BY: */s/ Kevin J.Connors*
>KEVIN J. CONNORS, ESQ.
>DE Bar ID: 2135
>1220 North Market Street, 5th Fl.
>P.O. Box 8888
>Wilmington, DE 19899-8888
>Attorney for Defendants, Nurse Helen
>Whitley and Dr. Roberta Burns

IN THE UNITED STATES DISTRICT COURT
FOR **THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CURTIS M. COLLINS, | ) | Civ. No. 05-739 SLR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | TRIAL BY JURY DEMANDED |
| | ) | |
| SGT. JAMES CHANDLER, C/O BEREZINSKY, C/O DAISEY, NURSE HELEN WHITLEY, AND DR. ROBERTA BURNS, | ) ) ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I, Kevin J. Connors, certify that the foregoing Entry of Appearance on Behalf of Defendants, Nurse Helen Whitley and Dr. Roberta Burns, was served upon all counsel of record on March 7, 2008 via electronic filing and U. S. Mail upon the following:

Curtis M. Collins
SBI #314128
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J.Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants, Nurse Helen Whitley and Dr. Roberta Burns,

Date: March 7, 2008