IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-739-SLR |
| | ) |
| SGT. JAMES CHANDLER, C/O BEREZANSKY, C/O DAISEY, DR. ROBERTA BURNS, and NURSE HELEN WHITLEY, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER RECOGNIZING REPRESENTATION**

The Court recognizes that Jason C. Jowers, Esquire, has agreed to represent the plaintiff Curtis M. Collins as counsel of record in the above captioned case. Counsel's representation shall remain in effect until the final determination of this case unless, prior thereto, this order is amended or revoked by further order of the Court.

_____
United States District Judge

DATED: 3/12/08