3-9-08

\* DISTRICT \* COURT \* OF DELAWAR \*

Dear,            Case:05-739-SLR,
M'S, HONORABLE JUDGE SUE, ROBINSON
TO:
Whom "IT May Be, Concerned
That I, MR. Lurtis M. Collin's
is, Corresponden To you ms.
Judge Sue in Regards of the
January 29 order you appointin
me.
     "Federal" Counsel" and I was
wondering why nobody has,
contact me as of yet?
I'would greatly appreciated
If you would kindly check in
to, this matter at, you earliest
convenience Thank you, ms, Judge
Sue in the name of JESUS
and may God blesses you
abundantly

           Respectfully
           Lurtis M. Collins



FILED
MAR 11 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scarred

I/M Curtis Colliers
SBI# 314128   UNIT SHU-18-B-U-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail
Legal mail

• S.L.R. •
UNITED STATES DISTRICT COURT
# 844, North French Str.
Lock-Box-18
Wilmington, Delaware
19801-3570

Legal mail
Legal mail