IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS,<br><br>        Plaintiff,<br><br>    v.<br><br>SGT. JAMES CHANDLER, C/O<br>BEREZANSKY, C/O DAISEY, DR.<br>ROBERTA BURNS, and NURSE<br>HELEN WHITLEY,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 05-739-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this 13th day of March, 2008,

IT IS ORDERED that a telephonic status conference shall be held on **Tuesday, April 1, 2008**, at 9:00 a.m. Counsel for plaintiff shall coordinate and initiate this call.

                                                    _____
                                                    United States District Judge