IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CURTIS M. COLLINS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| v. | : | C.A. No. 05-739 SLR |
| | : | |
| WARDEN RICK KEARNEY, et al.; | : | JURY TRIAL DEMANDED |
| | : | |
| Defendants. | : | |

**O R D E R**

**AND NOW,** this _____ day, 2008, upon consideration of the Motion of Defendants, Dr. Roberta Burns and Nurse Helen Whitley, to vacate the Entry of Default Judgment and Plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and the entry of Default Judgment is lifted.

 The Honorable Susan L. Robinson

15/596422.v1