# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CURTIS M. COLLINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 05-739-SLR |
| v. | ) | |
| | ) | Jury Trial Requested |
| SGT. JAMES CHANDLER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that on April 1, 2008, copies of **Documents Previously Produced Bates Stamped 000001 - 000181** were served upon the following individuals by U.S. Mail:

| | |
|---|---|
| Jason C. Jowers, Esquire | Kevin J. Connors, Esquire |
| Morris James LLP | Marshall, Dennehey, Warner |
| P.O. Box 2306 | Coleman & Goggin |
| Wilmington, DE 19899-2306 | 1220 North Market Street, 5th Floor |
| | P.O. Box 8888 |
| | Wilmington, DE 19899 |

DEPARTMENT OF JUSTICE
STATE OF DELAWARE

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE 19801
(302) 577-8400
Attorneys for State Defendants

Dated: April 1, 2008