IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-739 SLR |
| ) | |
| SGT JAMES CHANDLER, ) | |
| C/O BEREZINSKY, C/O DAISEY, ) | |
| NURSE HELEN WHITLEY, and ) | |
| DR. ROBERTA BURNS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

Please take notice that on the 5th day of May 2008, copies of the following document, **(1)** *Plaintiff's Request for the Production of Documents to Defendants Chandler, Berezinsky, and Daisey*, were served on counsel as indicated:

**By Hand**
Erika Yvonne Tross, Esquire
Delaware Department of Justice
Civil Division, 6th Floor
820 North French Street
Wilmington, DE 19801

**By Hand**
Kevin J. Connors, Esquire
Marshall, Dennehey, Warner,
Coleman & Goggin
1220 N. Market Street, Suite 500
P.O. Box 8888
Wilmington, DE 19899

MORRIS JAMES LLP

*/s/ Jason C. Jowers*
Edward M. McNally (#614)
Jason C. Jowers (#4721)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
emcnally@morrisjames.com
jjowers@morrisjames.com
*Attorneys for Plaintiff Curtis M. Collins*