IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CURTIS M. COLLINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 05-739-SLR |
| v. | ) |
| | ) Jury Trial Requested |
| SGT. JAMES CHANDLER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SERVICE

I, Erika Y. Tross, Esquire, hereby certify that on June 4, 2008, copies of **State Defendants' Responses to Plaintiff's Request for the Production of Documents to Defendants Chandler, Berezinsky, and Daisey, Documents Bates Stamped 000182 – 000248,** and this **Notice of Service** were served upon the following individuals by U.S. Mail:

| | |
|---|---|
| Jason C. Jowers, Esquire | Kevin J. Connors, Esquire |
| Morris James LLP | Marshall, Dennehey, Warner |
| P.O. Box 2306 | Coleman & Goggin |
| Wilmington, DE 19899-2306 | 1220 North Market Street, 5th Floor |
| | P.O. Box 8888 |
| | Wilmington, DE 19899 |

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

*/s/ Erika Y. Tross*
Erika Y. Tross (#4506)
Deputy Attorneys General
820 N. French Street
Wilmington, DE 19801
(302) 577-8400
Attorneys for State Defendants

Dated: June 4, 2008